No. 24-4542

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CASCADIA WILDLANDS and OREGON WILD,

*Plaintiffs-Appellants*,

v.

U.S. BUREAU OF LAND MANAGEMENT,

*Defendant-Appellee*.

On Appeal from the United States District Court for the District of Oregon,
No. 6:23-cv-1358-MC, Honorable Judge Michael J. McShane

APPELLANTS' EXCERPTS OF RECORD

INDEX VOLUME

| | |
|---|---|
| Nicholas S. Cady, OSB # 113463 | John S. Persell, OSB # 084400 |
| Cascadia Wildlands | Oregon Wild |
| P.O. Box 10455 | 5825 N Greeley Ave |
| Eugene, OR 97440 | Portland, OR 97217 |
| (541) 434-1463 | (503) 896-6472 |
| nick@cascwild.org | jp@oregonwild.org |

*Counsel for Plaintiffs-Appellants*

# INDEX TO APPELLANTS' EXCERPTS OF RECORD

| Document | Date | ECF No. | ER Nos. |
|---|---|---|---|
| **VOLUME 1 of 8** | | | |
| **Document** | **Date** | **ECF No.** | **ER Nos.** |
| Judgment | 7/3/2024 | 33 | 2 |
| Opinion and Order | 6/28/2024 | 32 | 3–22 |
| | | | |
| **VOLUME 2 of 8** | | | |
| **Document** | **Date** | **ECF No.** | **ER Nos.** |
| 2023 Coos Bay BLM Marbled Murrelet Survey Annual Report | 3/13/2024 | 23-1 | 24–41 |
| Modelling Assumptions: Marbled Murrelet with notes | 11/13/2023 | 13-2 AR42–44 | 42–44 |
| Anderson Brown Wildlife Review | 8/5/2022 | 13-2 AR329–334 | 45–50 |
| Wildlife Review Big Weekly Elk (BWE) Timber Sales | 2/22/2022 | 13-2 AR352–357 | 51–56 |
| BWE Finding of No Significant Impact | 10/21/2021 | 13-2 AR432–461 | 57–86 |
| | | | |
| **VOLUME 3 of 8** | | | |
| **Document** | **Date** | **ECF No.** | **ER Nos.** |
| BWE Environmental Assessment | 10/1/2021 | 13-2 AR464–762 | 88–386 |
| | | | |
| **VOLUME 4 of 8** | | | |
| **Document** | **Date** | **ECF No.** | **ER Nos.** |
| BWE Biological Opinion | 12/22/2020 | 13-2 AR2024–2303 | 388–667 |

| VOLUME 5 of 8 | | | |
|---|---|---|---|
| **Document** | **Date** | **ECF No.** | **ER Nos.** |
| BWE Biological Assessment | 12/01/2020 | 13-2 AR2304–2527 | 669–892 |
| USFWS Memo re: BLM RMP Interpretation Letter | 9/23/2019 | 13-2 AR4492–4508 | 893–909 |
| BLM Modification Clarification re: RMP Marbled Murrelet Direction | 6/19/2018 | 13-2 AR6036–6037 | 910–911 |
| | | | |
| **VOLUME 6 of 8** | | | |
| **Document** | **Date** | **ECF No.** | **ER Nos.** |
| 2018 Marbled Murrelet Science Synthesis | 1/1/2018 | 13-2 AR7579–7650 | 913–984 |
| 2016 Northwestern and Coastal Oregon Resource Management Plan | 8/5/2016 | 13-2 AR10804–10925 | 985–1106 |
| 2016 RMP Final EIS – Marbled Murrelet Section | 8/5/2016 | 13-2 AR9657–9680 | 1107–1130 |
| | | | |
| **VOLUME 7 of 8** | | | |
| **Document** | **Date** | **ECF No.** | **ER Nos.** |
| 2016 RMP Biological Opinion – Marbled Murrelet Section | 7/20/2016 | 13-2 AR11679–11901 | 1132–1354 |
| Rambo and North (2008) | 1/1/2008 | 13-2 AR21699–21709 | 1355–1365 |
| Burger et al. (2004) | 1/1/2004 | 13-2 AR23547–23565 | 1366–1384 |
| Pacific Seabird Group Marbled Murrelet Survey Protocol | 1/6/2003 | 13-2 AR23856–23884 | 1385–1413 |

| **VOLUME 8 of 8** | | | |
|---|---|---|---|
| **Document** | **Date** | **ECF No.** | **ER Nos.** |
| Raphael et al. (2002) | 1/1/2002 | 13-2 AR24569–24583 | 1415–1429 |
| Notice of Appeal | 7/18/2024 | 34 | 1430–1432 |
| Docket Sheet | 10/2/2024 | | 1433–1436 |