No. 24-4542

---

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

---

CASCADIA WILDLANDS and OREGON WILD,

*Plaintiffs-Appellants*,

v.

U.S. BUREAU OF LAND MANAGEMENT,

*Defendant-Appellee.*

---

On Appeal from the United States District Court for the District of Oregon,

No. 6:23-cv-1358-MC, Honorable Judge Michael J. McShane

---

APPELLANTS' EXCERPTS OF RECORD

VOLUME 5 of 8

---

Nicholas S. Cady, OSB # 113463
Cascadia Wildlands
P.O. Box 10455
Eugene, OR 97440
(541) 434-1463
nick@cascwild.org

John S. Persell, OSB # 084400
Oregon Wild
5825 N Greeley Ave
Portland, OR 97217
(503) 896-6472
jp@oregonwild.org

*Counsel for Plaintiffs-Appellants*

# BIOLOGICAL ASSESSMENT

### FOR

# BIG WEEKLY ELK



Prepared by Coos Bay BLM
December 1, 2020

AR 02304

## TABLE OF CONTENTS

1.0    INTRODUCTION ................................................................................................. 8

1.1    BACKGROUND, PURPOSE AND NEED ................................................................. 8

1.2    CONFORMANCE ............................................................................................... 8

1.3    PLANNING & CONSULTATION HISTORY ............................................................. 8

1.4    HABITAT DEFINITIONS & ANALYTICAL ASSUMPTIONS ....................................... 8

1.4.1    Forestry Principals ................................................................................ 9

1.4.2    Coastal Marten .................................................................................... 11

1.4.3    Marbled Murrelet ................................................................................ 14

1.4.4    Northern Spotted Owl .......................................................................... 15

1.5    BREEDING PERIODS ....................................................................................... 17

1.6    DISTURBANCE AND DISRUPTION DISTANCES .................................................. 17

1.6.1    Coastal Marten .................................................................................... 17

1.6.2    Marbled Murrelet ................................................................................ 17

1.6.3    Spotted Owl ........................................................................................ 18

1.7    HABITAT MODIFICATION ............................................................................... 19

1.7.1    Coastal Marten .................................................................................... 19

1.7.2    Murrelet ............................................................................................. 20

1.7.3    Spotted Owl ........................................................................................ 20

1.8    Analysis Metrics ........................................................................................... 20

2.0    DESCRIPTION OF THE PROPOSED ACTION ...................................................... 21

2.1    PLANNING AREA ........................................................................................... 21

2.2    SELECTION OF PROJECT AREA ........................................................................ 21

2.3    ACTION AREA ............................................................................................... 25

2.3.1    Coastal Marten .................................................................................... 25

2.3.2    Murrelet ............................................................................................. 27

2.3.3    Spotted Owl ........................................................................................ 29

2.4    PROPOSED ACTION ....................................................................................... 34

2.4.1    Details ................................................................................................ 35

2.5    CURRENT AND FUTURE STAND CONDITIONS ................................................... 46

2.5.1    Harvest Land Base ............................................................................... 51

2

AR 02305

2.5.2    LSR Commercial treatments (Prescription 1 & 2) ........................................ 52

2.5.3    LSR Non-Commercial treatments (prescription #3) .......................... 57

2.5.4    Riparian Reserves ........................................................................... 58

2.5.5    Roads ............................................................................................ 60

**2.6    INTERRELATED AND INTERDEPENDENT ACTIONS ................................ 60**

**2.7    CONTEMPORANEOUS FEDERAL ACTIONS ............................................ 60**

**2.8    MANAGEMENT STANDARDS ............................................................... 61**

2.8.1    General Standards .......................................................................... 62

2.8.2    Standards Specific to Coastal Marten ........................................... 65

2.8.3    Standards Specific to Marbled Murrelet ....................................... 65

2.8.4    Standards Specific to Northern Spotted Owl ................................ 66

**2.9    MONITORING ................................................................................... 66**

**3.0    ENVIRONMENTAL BASELINE ............................................................. 68**

**3.1    COASTAL MARTEN ............................................................................ 68**

3.1.1    Regional ........................................................................................ 68

3.1.2    Action Area Environmental Baseline ............................................ 69

3.1.3    Survey Effort ................................................................................. 75

3.1.4    Critical Habitat ............................................................................. 76

**3.2    MARBLED MURRELET ....................................................................... 78**

3.2.1    Regional ........................................................................................ 78

3.2.2    Survey Data ................................................................................... 78

3.2.3    Habitat At Action Area & Harvest Unit Scales .............................. 79

3.2.4.       Harvest Unit ............................................................................. 84

3.2.4    Habitat Modification (Indirect Modification) ............................... 87

3.2.5    Marbled Murrelet Critical Habitat In The Action Area .................. 89

**3.3    NORTHERN SPOTTED OWL ............................................................... 94**

3.3.1    Regional ........................................................................................ 94

3.3.2    Information From Nearby Demography Areas ............................... 94

3.3.3    Spotted Owl Survey Effort ............................................................ 97

3.3.4    Habitat at the Action Area and Harvest Unit Scales ..................... 99

3.3.5    Barred Owls in the Action Area .................................................... 113

3.3.6    Northern Spotted Owl Critical Habitat in the Action Area ............ 113

3.3.7    Northern Spotted Owl Recovery Actions 6, 10 and 32 .................. 115

3.3.8    Compliance with Appendix A of the 2016 RMP ............................ 123

**4.0    EFFECTS OF THE PROPOSED ACTION ................................................ 124**

3

AR 02306

4.1     Effects Analysis to the Coastal Marten ................................................................. 124

    4.1.1   Effects due to habitat modification .................................................................. 124

    4.1.2   Effects to Marten ............................................................................................ 127

    4.1.3   Effects Due to Disturbance ............................................................................ 127

    4.1.4   Effects to Critical Habitat .............................................................................. 127

    4.1.5   Cumulative Effects ......................................................................................... 127

4.2     DIRECT & INDIRECT EFFECTS TO THE MARBLED MURRELET .............................. 128

    4.2.1   Effects Due to Habitat Impacts ..................................................................... 128

    4.2.3 Effects Due to Habitat Modification (Indirect Effects) ................................... 131

    4.2.4   Effects Due to Disturbance ............................................................................ 135

    4.2.5   Effects to Critical Habitat .............................................................................. 135

    4.2.6   Cumulative Effects ......................................................................................... 136

4.3 DIRECT & INDIRECT EFFECTS TO THE NORTHERN SPOTTED OWL ........................... 136

    4.3.1 Effects Due to Habitat Impacts ....................................................................... 136

    4.3.2   Effects Due to Disruption .............................................................................. 145

    4.3.3   Effects Due to Barred Owls ........................................................................... 146

    4.3.4 Effects to Critical Habitat ................................................................................ 147

    4.3.5   Effects to Prey Species .................................................................................. 150

    4.3.6   Cumulative Effects ......................................................................................... 150

4.4     EFFECTS OF INTERDEPENDENT ACTIONS .............................................................. 151

5.0 Appendix ............................................................................................................... 152

Appendix A: Roads Memo For Coos Bay District ................................................................ 152

Appendix B: Marten Survey Summary ................................................................................ 156

Appendix C: Coos Bay District managed block area methods and Analysis (MBAs) for Coastal Marten
................................................................................................................................. 169

Appendix D: Murrelet Table of Occupied sites within Action Area ..................................... 171

Appendix E: Murrelet Occupied sites and New Road Construction .................................... 173

Appendix G: Spotted Owl Sites Detail Maps ...................................................................... 197

Appendix H: Murrelet prescription table by LUA ............................................................... 204

Appendix I: Spotted owl prescription table by LUA ........................................................... 207

6.0 Attachments List ................................................................................................. 209

    1.  Spotted owl survey data: BLM 2019, CIT 2019 ................................................. 209

    2.  MAMU survey data 2019 ...................................................................................... 209

7.0 LITERATURE CITED .............................................................................................. 210

4

AR 02307

# TABLE OF TABLES

Table 1-1. Breeding Periods for Listed or Proposed Species Within the Project Area ............................... 17
Table 1-2. Disturbance and disruption distances for marbled murrelets during the breeding period* .... 18
Table 1-3. Disturbance and disruption distances for the spotted owl during the breeding period* ......... 19
Table 2-1. Proposed Action Basic Information .......................................................................................... 21
Table 2-2. Stand complexity as a quantifiable measure of structural complexity and biological diversity for the central coast range of Western Oregon to provide prime NRF habitat for spotted owls. ............. 23
Table 2-3. Action area for each species by distance and biological analysis area. .................................... 25
Table 2-4. Overall Harvest Summary for BWE Timber Management Project by LUA and Age Class ......... 34
Table 2-5. Harvest Land Base Proposed Treatment Activities .................................................................. 36
Table 2-6. LSR Timber Sales Summary by Unit, Age Class and Treatment Acres for BWE. ...................... 40
Table 2-7. Miles of Roads Planned for Use in BWE by LUA ...................................................................... 44
Table 2-8. Acres of Previous Commercial Harvests in the BWE Project Area (three watersheds that the proposed units overlap) on BLM Managed Land ..................................................................................... 48
Table 2-9. Comparison of stand stages by stand age as referenced by Oliver and Larson (1990), Franklin et al. (2002). .............................................................................................................................................. 49
Table 2-10. Current Vegetation Attributes for Proposed Units based on 2020 Stand Exam Data ........... 51
Table 2-11. Stand Metrics: No Action ...................................................................................................... 55
Table 2-12. Stand Metrics Following Thinning to 20-30 RDI (Heavy Thinning) ......................................... 55
Table 2-13. Stand Metrics Following Thinning to 30-40 RDI (Light Thinning) .......................................... 55
Table 2-14. Key-Nesting Habitat Metrics for Northern Spotted Owls ...................................................... 56
Table 2-15. Desired Quantities of Snags Per Acres to Provide Habitat for Spotted Owl Prey Species and Spotted Owl Nesting Structures. ............................................................................................................. 58
Table 2-16. Total Volume of Wood Available for Recruitment to Streams from the Outer Zone Riparian Reserves ................................................................................................................................................... 59
Table 2-17. Summary of Habitat Acres by Species Impacted by the Pipeline ROW Within the BWE Project Area ........................................................................................................................................................... 60
Table 3-1. Summary of BWE Area for Marten Within Action Area by Landowner and Land Use Allocation ................................................................................................................................................................. 70
Table 3-2. Potential marten habitat within the project footprint based on Slauson et al. (2019) model .. 71
Table 3-3. MBA Analysis of Project Footprint .......................................................................................... 73
Table 3-4. Coastal Marten Managed Large Blocks (MBA) Effects Analysis Within the Marten Action Area ................................................................................................................................................................. 74
Table 3-5. Summary of BWE Area for Murrelets Within the Murrelet 0.25 Mile Action Area .................. 81
Table 3-6. Occupied Murrelet Sites Overlapping the Action ................................................................... 82
Table 3-7. Acres of Proposed Treatments by LUA .................................................................................... 85
Table 3-9. Unsurveyed Suitable Murrelet Habitat That Would Be Modified by Proposed Harvest Type .. 89
Table 3-10. Land Use Allocations Within Murrelet Critical Habitat (CHU) Subunit OR-06-c ..................... 90
Table 3-11. Northern Spotted Owl Activity Centers Within the Owl Nesting Action Area for BWE ......... 100
Table 3-12. Acres of Habitat for Owls Sites Overlapping Proposed BWE Units by Analysis Spatial Scale 102
Table 3-13. Summary of BWE Area for Owls in the Nesting Action Area (primary action area) ............. 105
Table 3-14. Summary of Land Ownership and Habitat Type Within the Spotted Owl Dispersal 15.5 mile Action Area.............................................................................................................................................. 109
Table 3-15. Habitat Impacts Due to Treatment of Project Footprint to Owl Habitat by LUA .................. 112
Table 3-16. Potential Owl Core Area (POCA) NRF Acres Greater Than 50% Based on Local & GNN Habitat and Forestry Models for BWE Within the Owl Nesting Action Area ......................................................... 121

AR 02308

Table 4-1. Effects Analysis for BWE Project Footprint Using Slauson Habitat Model Intersected with MBA ................................................................................................................................................. 125

Table 4-2. Marten Analysis of Modeled Slauson habitat, MBAs, and Sale Area Units for BWE. .............. 126

Table 4-3. Effects to Murrelet Habitat by LUA .......................................................................................... 128

Table 4-6. Acres of Habitat Potentially Removed, Downgraded or Treated and Maintained (T&M) in Each Home Range That Would Be Impacted by the Proposed Project .......................................................... 138

Table 4-7. Percent of NRF and RF in Each Home Range at the Nest Patch, Core-Use Area and Home Range Scale and the Percent Change Following the Proposed BWE Project Implementation ................ 139

Table 4-8. Effects to Owl Habitat Within the Owl Nesting Action Area by Land Allocation for All BWE Units ........................................................................................................................................................ 145

Table 4-9 Effects to Spotted Owl Habitat Within the Portion of the ORC-06-02 Critical Habitat Subunit that overlaps the owl nesting Action Area[1] and overlapping units ........................................................ 149

6

AR 02309

# Table of Figures

**Note** that a larger area was originally analyzed. The units in figures 14, 15, 18, 24, 25, 26, 29, 31, 32 include areas that have since been dropped for various reasons.

Figure 1. The Relationship Between Stand Growth, Thinning Intensities and Cutting Cycle Frequencies. 10
Figure 3. Action Area for Coastal Marten - Home Range .................................................................. 26
Figure 4. Action Area for Marbled Murrelet - Nesting..................................................................... 28
Figure 5. Action Area for Northern Spotted Owl - Nesting Action Area for Northern Spotted Owl, Nesting
.................................................................................................................................................. 30
Figure 6. Action Area for Northern Spotted Owl - Dispersal ........................................................... 32
Figure 7. Action Area for Northern Spotted Owl - Known Occupied Sites ....................................... 33
Figure 8. Forest Vegetation Simulator Image of Prescription 1 Post Implementation (left) and 60 Years
Later (right) ............................................................................................................................... 38
Figure 9. Forest Vegetation Simulator Image of Prescription 2 Post Implementation (left) and 60 Years
Later (right) ............................................................................................................................... 39
Figure 10. Private Timberlands in the Big Weekly Elk Project Area.................................................. 47
Figure 11. Timber Harvest Practices, 1955-Present in the Big Weekly Elk Project Area ................... 50
Figure 12. Examples of a 40 year stand With and Without Treatment ............................................. 53
Figure 13. Stand Visualization System Images................................................................................. 54
Figure 14. Wildlife Analysis Area and Pipeline ............................................................................... 61
Figure 15. Map of Marten EPAs with Distances from Units ............................................................. 69
Figure 16. Slauson Model of Habitat for Marten Within Marten Action Area .................................. 72
Figure 17. Managed Block Areas for Marten Within Marten Action Area for BWE ........................... 75
Figure 18. Map of Marten Camera Survey Location Efforts Within the Marten Action Area for BWE ...... 77
Figure 19. Murrelet Survey Sites Within the Murrelet Action Area for BWE .................................... 79
Figure 20. Murrelet Action Area and Distance from Ocean ............................................................ 83
Figure 21. Marbled Murrelet Habitat with the Murrelet Action Area for BWE................................. 84
Figure 22. Murrelet Critical Habitat (CHU) Map Within Murrelet Action Area ................................ 91
Figure 23. The Proposed Rock Slide unit Within Murrelet CHU in Murrelet Action Area ................. 93
Figure 24. Owl Nesting Area Distances to Demography Areas ......................................................... 95
Figure 25. Map of Call Points for Owl Survey Effort Within Owl Nesting Action Area ...................... 98
Figure 26. BWE Owl Action Area with Spotted Owl and Barred Owl Observation Locations since 2015 .. 99
Figure 27. Spotted Owl Sites and the Nesting Action Area ............................................................. 104
Figure 28. Map of Spotted Owl Nesting Habitat in the Action Area................................................ 107
Figure 29. Spotted Owl Dispersal Habitat in the Action Area with Owl Habitat Grid Code.................... 110
Figure 30. Owl CHU Map Within the Owl Nesting Action Area ...................................................... 115
Figure 31. RA 10 Analysis ............................................................................................................ 118
Figure 32. RA 10 Analysis for Stands in LSRs and Other Reserves That Are Currently Not Habitat.......... 120
Figure 33. POCA Analysis ............................................................................................................. 122

7

AR 02310

# 1.0 INTRODUCTION

## 1.1 BACKGROUND, PURPOSE AND NEED

This assessment was prepared pursuant to the Endangered Species Act of 1973, as amended (ESA)re 2, to describe and evaluate the potential effects of the proposed Big Weekly Elk timber management plan actions on the northern spotted owl (*Strix occidentalis caurina*), marbled murrelet *(Brachyramphus marmoratus)*, and coastal marten *(Martes caurina),* hereafter referred to as spotted owl, murrelet, and marten. The proposed action occurs within the Moderate and Light-Intensity Timber Area (MITA and LITA) of the Harvest Land Base (HLB) land allocation, within late successional reserves (LSR), as designated by the Northwestern and Coastal Resource Management Plan (RMP) for sustained -yield timber production and/or restoration(USDI-BLM 2016c), and within the inner outer zones of the riparian reserve (Dugger et al. 2016a). The actions within the HLB would be implemented to provide timber products and achieve the Coos Bay District Allowable Sale Quantity (ASQ). The proposed actions that occur within LSR would be for restoration purposes to promote the development and maintenance of habitat for ESA-listed species.

The U.S. Fish and Wildlife Service (USFWS) is the regulatory agency for the species and critical habitats addressed in this assessment. The proposed action would have no effect on other federally listed plant or non-fish animal species because they are not present in or near the action area. Any effects to listed fish species would be analyzed in a separate assessment.

This document was prepared in coordination with, and reviewed by, Coos Bay BLM staff and the South Coast Interagency Level I Team (terrestrial subgroup).

## 1.2 CONFORMANCE

This Big Weekly Elk timber management project was initiated under, and conforms to the Bureau of Land Management's Northwestern and Coastal Oregon Record of Decision and Resource Management Plan of August 2016 (USDI-BLM 2016c, page 98, USDI-BLM 2016e). This assessment analyzes the effects of the proposed project action and associated activities.

## 1.3 PLANNING & CONSULTATION HISTORY

The proposed BWE project was first discussed by the Coos Bay Interdisciplinary Team members on May 20, 2019. Coordination and discussion with the South Coast Interagency Level I Team (terrestrial subgroup), including a representative of the USFWS began with a more formal initiation discussion on October 2019. The Level 1 Team discussed the project during several Level 1 Team meetings, and had a field visit in May 2019. In accordance with interagency streamline consultation agreements, BLM presented a draft of this Biological Assessment to the Level I Team on May 15, 2020 for review, and confirmation of, and concurrence on, effects determinations. The BLM submitted a BA on August 3, 2020 and the Service provided a draft BO on October 20, 2020. The BLM then retracted the BA and developed an updated proposed project to minimize impacts to spotted owls and murrelets.

## 1.4 HABITAT DEFINITIONS & ANALYTICAL ASSUMPTIONS

8

AR 02311

For the purposes of this assessment, the following general definitions are used and consistent with those provided in the Programmatic Biological Assessment: *Biological Assessment Coos Bay BLM District Fy2017 – 2021 Land Management Activities: Hazard Tree Removal, Salvage Blowdown Recovery, Manual Maintenance (*USDI-BLM 2017*).*

**Action Area(s):** Regulations for the implementation of the ESA (50 CFR Part 402) define an action area as the area directly or indirectly affected by the federal action and not merely the immediate area (i.e., harvest footprint); See that section for specific action areas defined.

**BWE-TMP or BWE-FMP:** Big Weekly Elk Timber (or forest) Management Project

**Harvest Unit**: The portion of the stand delineated for a prescribed treatment.

**Planning Area**: The proposed timber harvest units.

**Road maintenance, renovation, construction, and improvements:** *See Appendix A (*Aron and Bailey 2020*).*

**Stand**: As defined in the glossary for the RMP, a stand is "an aggregation of trees occupying a specific area managed as a discrete operational or management unit. A stand may be composed of trees and groups of trees of a variety of ages, species, and conditions, or it may be relatively uniform. A stand may also contain multiple land use allocations." In some circumstances, management direction applicable to a specific land use allocation (LUA) prescribes quantitative tree retention levels or post-harvest tree densities, referring to a 'stand' as a basis for the calculation. In these circumstances, the word 'stand' refers to the applicable land use allocation portion of the stand treated with that treatment type, not the entire FOI unit. Stand, planned harvest unit, and harvest unit are all synonymous in these circumstances (USDI-BLM 2016c, Q&A: definition of a 'stand').

**Treatment Unit**: The treatment unit is a delineated area that includes the prescribed harvest, stand retention, and other required actions necessary to complete the project.

## 1.4.1 Forestry Principals

### *The Role of Relative Density*

The 2016 RMP/ROD (2016c, pg. 301) defines Relative Density as "A means of describing the level of competition among trees or site occupancy in a stand, relative to some theoretical maximum based on tree density, size, and species composition. Relative density percent is calculated by expressing Stand Density Index (USDI-FWS) (Reineke 1933) as a percentage of the theoretical maximum SDI, which varies by tree species and range. Curtis's relative density (Curtis 1982b) is determined mathematically by dividing the stand basal area by the square root of the quadratic mean diameter." The onset of competition is as low as 15% to 30%, however at relative densities between 15% to 40%, total stand growth increases with density, but growth per tree declines, and 55% to 60% is associated with the lower limit of self-thinning, which is tree mortality (Drew and Flewelling 1979, Curtis 1982a). The 2016 RMP/ROD specifies that when conducting commercial harvest in the LSR, stands are to retain 20 to 45% Relative Density (2016c, pg. 66).

AR 02312

**Figure 1. The Relationship Between Stand Growth, Thinning Intensities and Cutting Cycle Frequencies**



Figure 1 is a conceptual graph from O'Hara (2014) which indicates the relationship between stand growth, thinning intensities and cutting cycle frequencies. Examples "A" and "C" produce more total volume but require very frequent harvest intervals and minimal removal to maintain the stand growth compared to examples "B" and "D" which allows for open growing conditions and more growth in individual trees. Example "D" maintains open growing conditions for longer durations than Example "B" by maintaining more frequent harvest intervals and less removal per harvest. Heavy thinning as proposed in this project is represented by example "B" and Light thinning is represented by example "C".

### *"Low Thinning" versus "Selection/Free Thinning" Methods*
Traditional thinning regimes are intermediate operations that are usually associated with even-aged systems, but are also applicable to habitat development. Two classical thinning methods and their effects on stand development are of particular interest in this analysis: low thinning/thinning from below which cuts mostly smaller trees to reduce densities while retaining a higher proportion of large trees, and selection harvest/free thinning which allows for tree removal of various sizes to reduce densities. The former may remove entire cohorts of trees and simplify stand structure, while the latter allows for greater structural diversity, and adjustments of species composition over time. In addition to the stand tending operations such as thinning, multi-cohort management systems must consider regeneration or else the system cannot be sustained over time (O'Hara 2014, pg. 84-97). Gap dynamics account for this.

### *Gap Dynamics and Regeneration*
York et al. (2004) and York and Battles (2008) studied the effect of various created gap sizes on the residual stand growth and the new cohorts of trees that were established post-harvest. The results

10

AR 02313

indicated that group selection needed to be larger than 0.6 hectares (about 1.5 acres) to avoid height suppression in the newly established seedlings, and that 1 hectare (about 2.5 acres) and larger maximized growth potential of seedlings. They also suggest that to maximize the availability of resources to the residual trees, thinning should also occur throughout the stand, rather than implementing group selection only. Group selections smaller than ½ an acre (0.2 ha) are associated with stunted tree growth; such a management approach would inhibit tree regeneration and is unlikely to promote the development of multi-cohort stands, open grown trees or allow for shade intolerant hardwood persistence.

## 1.4.2 Coastal Marten

*The marten is newly listed with new and developing research that contributes to our understanding of the species. The following are summaries of current science and discussions on definitions used for the marten in this consultation document.*

**Managed Block Area (MBA)**: These are areas on the district supporting more than 70 percent federal or state managed lands within a 500 ha (2.53 km diameter) home range area located within the historical range but outside the known population areas.  See detailed discussion in Appendix D.

**Documented Marten Detection:**  Marten detections from camera surveys or other wildlife surveys, as well as reasonably mapped detections in the GeoBOB database rated as excellent or good reliability.

**Denning Habitat:** Information on marten reproductive structures in the Pacific states is not well known; however, Moriarty et al. (2018), indicates that reproductive locations are typically found in large diameter woody structures in the California Sierras. Of the 56 reproductive structures identified, 95 percent (n = 53) were in woody structures, with natal and maternal dens found exclusively in snags, live trees, and logs (Slauson et al. 2019b). While there was no significant difference in size between marten reproductive structures and rest structures, reproductive structures were significantly larger than available structures within randomly-located plots (USDI-USFWS 2018).

All natal dens were located in snags and live trees within cavity microsites; cavities appear to be particularly important for marten reproductive activities (Ruggiero et al. 1998). Microsites such as cavities may provide optimal thermal buffering for altricial young, and cavities within large diameter woody structures should offer relatively dry and well-insulated locations. In northern California, Slauson found that of all natal dens, 66 percent were in hardwoods with an average diameter at breast height (dbh) of 101 inches, and 85 percent of all rest trees were in live trees (USDI-USFWS 2018, Slauson et al. 2019b).

**EPA:** Current extant population Areas or EPA are areas with existing populations and currently suitable habitat (Slauson et al. 2019a) and/or verified marten detections (USDI-USFWS 2018). There are 4 identified EPAs within Coastal Oregon and Northern California: central coastal Oregon (CCO), southern coastal Oregon (Dugger et al.), Oregon-California border (CAOR), and Northern coastal California (NCC) (USDI-USFWS 2018).

> **Southern Oregon Coastal (SOC) Extant Population Area:** Population of martens from the Oregon coast near Cape Blanco, through the Rouge-Siskiyou National Forest and west towards the Gold Beach area (USDI-USFWS 2019b).

> **Central Oregon Coastal Extant Population Area:** Population isolated to the Oregon dunes from Florence, Oregon to the North Spit, east to Highway 101.  All BLM activities within this population cluster are associated with the Western Snowy Plover (USDI-USFWS 2019b).

11

AR 02314

**Resting Habitat:** Large-diameter live trees with large horizontal limbs, standing snags with cavities, and downed hollow logs provide the main types of resting structures for martens in California and Southern Oregon. Coastal martens that occupy dune habitat in Oregon use rest structures that include squirrel nests in trees (most commonly), bare branches, and basal hollows from old overturned trees (Moriarty 2018). In coastal California, of 55 rest structures used by coastal martens in the summer and fall, 37 percent were snags, 23 percent downed logs, and 17 percent live trees. Rest structures are used daily by martens between foraging bouts to provide thermoregulatory benefits and protection from predators. Rest structures used by coastal martens in California averaged 95 cm (37 in) dbh for snags, 88 cm (35 in) maximum diameter for downed logs, and 94 cm (37 in) dbh for live trees. These woody structures were found in the oldest forest development stages. Most resting locations—the actual place in the structure the marten used for resting—occurred in tree cavities (33 percent), on platforms (33 percent) created by broken top snags or large live branches, or in chambers (28 percent) created by log piles or rock outcrops. In coastal Oregon and northern coastal California, rest structures providing cavities or chambers likely become seasonally important during the rainy period of the year: late fall through late spring (Slauson et al. 2019a).

**Foraging Habitat:** The Species Status Assessment summarizes findings of studies that evaluate habitat use (USDI-USFWS 2018, pg. 30):

> *"Many of the key prey species of the coastal marten reach their highest densities in forest stands with structural features characteristic of older forests where the key food resources of those prey species—conifer seed crops and fruiting bodies of ectomycorrhizal fungi— reach their greatest abundances (e.g., Hayes and Cross 1987, p. 543; Carey 1991, entire; Rosenberg et al. 1994, pp. 267–268; Carey and Johnson 1995, pp. 340–343; Waters and Zabel 1995, pp. 861–863; Smith et al. 2002, pp. 190–197; Luoma et al. 2003, pp. 346–347). The density of ericaceous (members of the plant family Ericaceae or heather family) shrub layers has also been shown to be positively correlated with chipmunk density in coastal Oregon and prey diversity and abundance in coastal dune forests in Oregon (Hayes et al. 1995, pp. 69–70; Eriksson et al. In review). Complex physical structure on or near the forest floor is typically provided by dense coarse woody debris and is directly related to predation success for martens…"*

**Stand Scale-Home range:** Martens select forest stands that provide habitat structure supporting life history needs that include foraging, resting, or denning. In addition, stands that provide sufficient structure to reduce the risk of predation, such as dense overhead vegetation and vertical tree boles, are also important(USDI-USFWS 2018). We discuss the three habitat types coastal martens are detected in below.

> ***Older Forest (mesic) Habitat:*** Coastal martens in California were found to most strongly select stands of older, conifer–dominated forests with dense, ericaceous shrub layers and an abundance of large downed logs, and large, decadent live trees and snags. Other than the older forests, which are used in proportion to their availability, stands in earlier developmental stages are selected against. These older forests occur on areas of highly productive soils that are most often dominated by Douglas–fir overstories, but also have mature hardwood understories composed of either tanoak or golden chinquapin (Slauson et al. 2019a). Shrub layers were dense (greater than 70 percent cover), spatially extensive, and dominated by evergreen huckleberry (*Vaccinium ovatum*), salal (*Gaultheria shallon*), and *Rhododendron* sp. (Moriarty et al. 2019).

> Similarly, in Oregon, coastal martens are strongly associated with areas of expansive and dense shrub cover that comprised of primarily salal and evergreen huckleberry. Dominant overstory on

12

non-serpentine soils includes *Picea sitchensis* (Sitka spruce), *Tsuga heterophylla* (western hemlock), and Douglas-fir. Marten sites were also in close proximity to large snags and logs. While martens used older forests, they may be found in forests with smaller diameter trees as long as combined overstory and understory cover remained high (USDI-USFWS 2018). Martens in the Southern Oregon Coast population use stands with a wider range of size classes and greater shrub cover than preferred by spotted owls. While utilizing stands with a greater size class distribution, stands still often had at least one large (> 51 cm) snag and log (Moriarty et al. 2019).

*Serpentine Habitat:* Serpentine habitats used by martens contain dense shrub layers and abundant rocky outcrops, providing habitat that martens use as resting structures because large woody structures are rare in serpentine habitat. While the distribution of serpentine soils is extensive in southwestern Oregon and northwestern California, martens have only been found in serpentine habitats in the fog influenced parts of their distribution near (less than 30 km [18.6 mi]) the coast, where the increased moisture may promote shrub composition and densities sufficient to meet marten needs (USDI-USFWS 2018).

*Shore Pine:* Per the Species Assessment (USDI-USFWS 2018), coastal martens in the central coastal Oregon population occupy shore pine and transitional shore pine/Douglas–fir–hemlock forests at the Oregon Dunes National Recreation. Forests grow on nutrient-poor sandy soils, dominated by young stands of shore pine and Sitka spruce <70 years old. The dense understory is dominated by *Salix hookeri* (willow), *Myrica californica* (Pacific waxmyrtle), and berry-producing ericaceous shrubs such as evergreen huckleberry and salal. These shore pine forests share many of the same characteristics with serpentine habitats, including having a variable tree over–story. However, the common denominator with serpentine and older forest habitats is the presence of dense, spatially extensive ericaceous shrub understories and diverse and abundant prey (Moriarty et al. 2019).

**Dispersal:** Juvenile dispersal of American martens is generally thought to occur as early as August, although fall, winter, and spring (the year after birth) dispersal periods have been reported. Juvenile dispersal in Humboldt martens has been observed to occur as early as August and continue at least until the following summer season. No information is available regarding the timing of juvenile dispersal for coastal martens in Oregon, although there is no reason to believe it would be different than that of coastal martens in northern coastal California. Dispersal distances of more than 70 km (43 mi) have been reported for martens, but this is rare and most studies find that the majority of juvenile martens in California, dispersed <15 km (about 9 miles) (Slauson et al. 2019a).

Habitat conditions greatly influence dispersal. Juvenile martens in logged versus unlogged landscapes in Canada traveled slower, shorter distances and suffered twice the mortality rate (Andruskiw et al. 2008, USDI-USFWS 2018). Another study from Canada demonstrated that the unlogged landscape offered increased foraging efficiency, presumably resulting in improved physical condition and thus facilitating longer dispersal distances and twice the success rate (25 percent in logged versus 49 percent in unlogged landscapes) of surviving to adulthood (USDI-USFWS 2018). Therefore, the best available information suggests that landscape condition (e.g., the spatial distribution of unlogged and logged stands) may have important effects on dispersal dynamics, affecting both the distance dispersers can travel and the success rate they have in establishing home ranges and surviving to adulthood (Slauson et al. 2019a).

The reasons for this are not entirely clear, but seem to be related to forage availability, with poorer foraging success and thus lower body condition in logged areas (Johnson et al. 2009). While the forest type in Ontario (boreal forest) is different than that found in the Pacific Northwest, it is reasonable to

13

assume that martens respond similarly to areas that have been thinned or clear-cut until sufficient vegetation develops that can support them.

## 1.4.3 Marbled Murrelet

*Murrelet habitat in this assessment refers to both nesting habitat and nesting structure (potential nesting structure) unless specifically identified as one or the other.*

**Critical Habitat**: Habitat areas that the USFWS has identified as necessary for the recovery of the species. The USFWS identified physical and biological features (PBFs) (sometimes known as primary constituent elements) necessary for murrelets to successfully nest (61 FR 26256).

**Known Occupied Habitat (also referred to as an Occupied Site)**: Nesting habitat or potential structure that has been surveyed and met the accepted occupancy definition at the time the survey was complete. The accepted definition of occupancy is described in the interagency Pacific Seabird Group (PSG) survey protocol (Evans Mack et al. 2003). From 2003-2015, the BLM delineated occupied murrelet sites based on the description in the PSG protocol. Since March, 2015, the BLM has delineated newly occupied sites according to the RMP (USDI-BLM 2016c,p. 98), by placing a quarter mile circle around the location of the occupying detection.

**Murrelet Detection**: An observation, either visual or auditory, of one or more murrelets during a survey. A murrelet presence detection is a survey during which a surveyor audibly detects a murrelet, or visually detects a murrelet above the canopy of the survey station. An occupied detection is where the surveyor visually detects a murrelet exhibiting behaviors indicating nesting, such as flying at or below the canopy, or circling overhead (Evans Mack et al. 2003).

**Marbled Murrelet Inland Management Zones (Zones)**: Zone 1 (up to 35 miles inland) and Zone 2 (35 to 50 miles inland (USDI-BLM 2016c, pg. 53).

**Marbled Murrelet Nesting Habitat**: Habitat as defined by the Pacific Seabird Group (Evans Mack et al. 2003) and further defined by the South Coast Level 2 policy of July 2012 (USDI-BLM and USDI-USFWS 2012 and USDI-BLM, 2012 #113 and USDI-BLM, 2012 #113).

In general, nesting habitat consists of conifer-dominated stands that are typically 80 years old or older and/or have trees greater than or equal to 18 inches average DBH, or contain sufficient trees with potential structure as described by the Level 2 policy. While murrelets will nest in individual trees, they are much more likely to nest in stands with multiple trees that have branches suitable for murrelet nesting (Hamer et al. 1994).

Murrelet nesting habitat, at the stand scale is generally characterized by coniferous forest 80 years of age or older within 50 miles of the coast with multi-storied canopies, moderate canopy closure, containing large trees that have sufficient limb size and substrate (moss, duff, etc.) to support nesting, flight accessibility, and protective cover from ambient conditions and potential avian predators. The Pacific Seabird Group survey protocol recommends that any forested area with a residual tree component, small patches of residual trees, or one or more platforms, should be considered potential murrelet nesting habitat (Manley 1992, Burger, 2002 #377, Nelson, 2002 #404, (Evans Mack, 2003 #34, Burger, 2002 #377, Nelson, 2002 #404, (Evans Mack, 2003 #34). The presence of platforms appears to be the most important stand characteristic for predicting murrelet presence in an area (Hamer et al. 1994). This definition was used to define survey areas for the murrelet.

**Marbled Murrelet Nesting Structure (Potential nesting structure)** (USDI-BLM 2016c): A conifer tree with the all the following characteristics:

14

AR 02317

- DBH ≥ 19.1 inches in diameter and > 107 feet in height,
- Has at least one platform (a relatively flat surface at least 4 inches wide), ≥ 32.5 feet above the ground, nesting substrate (e.g., moss, epiphytes, duff) on that platform, and an access route through the canopy that a murrelet could use to approach and land on the platform (Burger 2002).
- A branch or foliage (either on the tree with potential structure or on a surrounding tree) that provides protective cover over the platform (Nelson and Wilson 2002).

Any tree that does not meet all of these characteristics is unlikely to support nesting murrelets. However, the BLM recognizes that not all of these characteristics are visible from the ground in all situations. Therefore, the unit wildlife biologist made site-specific determinations on the presence of nesting structure as outlined by the BLM RMP (USDI-BLM 2016a, pg. 98). By agreement, the Level 1 Team may also make site-specific determinations on habitat conditions that might vary from these general definitions.

**Unsurveyed Nesting Habitat**: Consists of nesting habitat or nesting structure within younger stands that has not been surveyed by the established survey protocol (Evans Mack et al. 2003). For this assessment, the BLM assumes murrelets are occupying unsurveyed nesting habitat when analyzing effects. The BLM would manage unsurveyed nesting structure within disruption distances based on an assumption of occupancy.

Sources used to identify murrelet habitats include: Northwest Forest Plan 15 and 20-year monitoring data (Davis et al. 2011a, Falxa and Raphael 2016, Raphael et al. 2018), BLM corporate Forest Operations Inventory (FOI), light detection and ranging (LiDAR) imagery, aerial photos, Coos Bay predicted occupancy GIS layer, and field examination. Additionally, when available, biologists gathered site-specific information by surveys, field review, ArcGIS analyses and/or stand exams to refine habitat evaluations and definitions, and to better inform effects determinations in this assessment.

## 1.4.4 Northern Spotted Owl

This assessment primarily uses the following coarse habitat terms to describe spotted owl habitat; nesting, roosting-foraging, and dispersal -only.

**Activity Center**: The activity center is equivalent to the nest patch in size but is applied when pairs or resident singles are located without a nest tree being identified. The activity center is a single point that best reflects the center of a favored area, selected after evaluating individual detections, equating an occupied nest patch, and available habitat (Rosenberg and McKelvey 1999). This point, and all stands within 300 feet, are considered the activity center for the occupied site.

**Core or Core Area**: The core is the area within a 0.5 mile radius buffer (~500 acres) centered on the nest patch or activity center.

**Critical Habitat**: Habitat areas that the USFWS has identified as necessary for the recovery of the species. The goal of critical habitat in the project area is primarily for demographic support of the overall population and for north-south connectivity between subunits and critical habitat units.

**Dispersal-only Habitat**: While nesting and roosting-foraging habitat provide for high quality spotted owl dispersal, dispersal-only habitat is typically defined as conifer or hardwood dominated stands at least 40 years old with a canopy cover of at least 40 percent and dominant conifers with an average DBH of at least 11 inches (Thomas et al. 1990). These have at least minimal opportunities for foraging and sufficient canopy cover and sub-canopy flying room to provide protection from avian predators (Miller et al. 1997, USDI-USFWS 2011a). Dispersal-only habitat is primarily used by adult owls for movement at

15

the site and landscape scales. Juvenile and sub adult owls use dispersal-only habitat to move away from natal areas to establish their own site territories predators (Miller et al. 1997, USDI-USFWS 2011a).

**Home range**: The home range is typically defined as the area within a 1.5 mile radius buffer from the center of the activity center which would include the core area.

**Known Site**: A spotted owl nest patch or activity center, known to be occupied or unoccupied, and the corresponding core area and physiographic home range (USDI-USFWS 2012b).

**Nesting Habitat (NRF)**: Provides structural features for nesting, protection from adverse weather conditions, and cover to reduce predation risks for adults and young. Nesting stands typically include:

- Moderate to high canopy cover (60 to over 80 percent);
- Multi-layered, multispecies canopy with large overstory trees (≥30 inches at diameter at breast height (DBH));
- High basal area (240 ft2/acre);
- Mean conifer DBH of at least 16.5 to 24 inches;
- Significant component of larger trees (≥30 inches DBH).
- High incidence of large trees with various deformities (e.g., large cavities, broken tops, mistletoe infections, and other evidence of decadence);
- Large snags;
- Large accumulations of fallen trees and other woody debris on the ground;
- Sufficient flying space below the canopy.

Nesting habitat consists of habitat used by spotted owls for nesting, roosting, and foraging. Nesting habitat also functions as dispersal habitat, but these habitat functions are usually distinguished. In the action and planning areas, nesting habitat generally consists of stands 80 years of age or older with sufficient amounts of the attributes mentioned above. Stand-scale attributes include at least a moderate number of individual trees with potential nesting structure.

Stands that have few to isolated trees with nesting characteristics and lack the complexity described above are generally classified as roosting/foraging habitat. Although spotted owls may nest in such stands, this occurs infrequently.

**Nest Patch**: The nest patch is the nest tree surrounded by a 300 meter buffer (about 70 acres).

**Roosting-Foraging Habitat (RF)**: Provides food essential to survival and reproduction as well as sufficient large trees and snags with cover for roosting behavior; however, lacks the complex, decadent structure necessary for nesting. Roosting-foraging habitat is the most variable of all habitats used by territorial spotted owls, and is closely tied to prey base and ample flying room. Roosting-foraging habitat always provides for foraging and includes in various combinations: small brushy openings with high prey abundance, sufficient sub-canopy flying room, sub-canopy perches at multiple levels and multi-layered vegetation. Larger and older remnant trees may be present. In the action and planning areas, such stands are generally at least 40 years old, but typically 50-60 years old or older. It is important to note that stand age alone cannot be used to determine the quality or amount of forage attributes in any stand, including dispersal habitat. Within this assessment, the BLM classified stands with insignificant amounts of foraging attributes as dispersal-only habitat.

**Unoccupied Habitat**: Habitat (NRF, RF) areas that have been surveyed for two years to protocol standards, with sufficient evidence to declare that the habitat is likely unoccupied by a spotted owl.

16

AR 02319

## 1.5 BREEDING PERIODS

**Table 1-1. Breeding Periods for Listed Species Within the Project Area**

| Species | Breeding Period | Critical Breeding Period |
|---|---|---|
| Spotted Owl | March 1 – September 30 | March 1 – July 7 |
| Murrelet | April 1 – September 15 | April 1 – August 5 |
| Coastal Marten | March 1 – June 30 | |

## 1.6 DISTURBANCE AND DISRUPTION DISTANCES

The BLM used disruption and disturbance distances to assess effects to breeding spotted owls and murrelets. **Table 1-1**, **Table 1-2** and **Table 1-3** display breeding season and disturbance distances.

The **disruption distance** is the distance from the project boundary outward within which the effects to listed species from noise, or mechanical movement associated with an action would significantly disrupt normal behavior patterns of a listed animal. Behavior patterns include, but are not limited to, breeding, feeding, or sheltering, and altering these patterns may cause harassment or harm of affected individuals. Disruption distances have both a spatial and temporal component based on the behaviorally sensitive period of breeding, brooding, and rearing of young. Thus, activities creating noise levels above ambient, within the disruption distance and during the critical breeding period, would be expected to adversely affect listed species. Proposed activities that would occur within the distances and time periods shown in Tables 3 and 4 might result in disruption.

During the **critical breeding period**, activities occurring within the **disruption distances**, shown in Tables 1-1, 1-2, and 1-3, from known, unsurveyed nesting or roosting-foraging owl habitat, murrelet occupied sites or unsurveyed nesting murrelet habitat could cause injury by significantly disrupting the normal behavior pattern of individual animals or breeding pairs. Use of these threshold distances with the project design criteria listed below would minimize effects to listed species from disruption.

The **disturbance distance** is the distance from the project boundary outward within which the effects to listed species from noise, human intrusion, and mechanical movement are discountable or insignificant and incidental harm or harassment is not expected. Thus, between the disruption distance threshold and disturbance distance threshold, effects would not adversely affect listed species (NLAA). The unit wildlife biologist may increase or decrease these disturbance distances based on the best available scientific information and site-specific conditions. Beyond the disturbance distance threshold, no effects to listed species are expected.

### 1.6.1 Coastal Marten

Little is known about how marten respond to disturbance from vegetation management activities; however, effects from motorized vehicles showed no impact to marten in the Sierras (USDI-USFWS 2015). Due to the lack of disturbance related information, actions occurring from March 1-July 31 are evaluated for direct impacts (project footprint) to potential denning features.

### 1.6.2 Marbled Murrelet

Proposed activities that would occur within the disruption/disturbance distances and time periods shown in Table 1-2 of murrelet known occupied sites or unsurveyed nesting habitat might disrupt the

17

AR 02320

normal behavior patterns of individual murrelets or breeding pairs. Activities noted below are known or potential components of the proposed action. Listed activities conducted outside the breeding season would have no disturbance/disruption effect on the murrelet.

**Table 1-2. Disturbance and disruption distances for marbled murrelets during the breeding period\***

| Disturbance or Disruption Activity (known or potential components of proposed action) | Disturbance Distance | Disruption Distance‡ | | |
|---|---|---|---|---|
| | Entire Breeding Period (April 1 – September 15) NLAA | Critical Breeding Period (April 1 – August 5) LAA | Late Breeding Period (When activity occurs from two before sunset to two hours after sunrise) (August 6 – September 15) LAA | Late Breeding Period With DTR (August 6 – September 15) NLAA |
| Timber haul and renovation of open roads† | 0.25 mile | NA | NA | NA |
| Renovation and new construction on closed roads‡ | 0.25 mile | 110 yards | 110 yards | NA |
| Chainsaw and heavy equipment operation for large culvert replacements, yarding, mechanical harvest, etc. | 0.25 mile | 110 yards | 110 yards | NA |
| Pile Burning | 1 mile | 0.25 mile | 0.25 | NA |
| Blasting | 1 mile | 0.25 mile | 0.25 mile (NO DTR permitted) | 0.25 mile |

Notes:

NLAA – Not Likely to Adversely Affect

LAA – Likely to Adversely Affect

\* The BLM biologist may evaluate individual disturbance effects and waive seasonal restrictions for activities if they are determined to be short duration or the activity is separated from the habitat by topographic features.

† Open roads, for the purposes of determining disturbance effects, are roads not officially closed with the use of a tank trap, rock pile, or other permanent barrier and are passable with the use of a 4x4 vehicle.

‡ Closed roads, for the purposes of determining disturbance effects, are roads officially closed with the use of a tank trap, rock pile, or other permanent barrier, or due to the overgrowth of vegetation to the point where the road is no longer passable.

## 1.6.3 Spotted Owl

For spotted owls, the determination of effect is from disruption/disturbance associated with activities near known owl sites or unsurveyed suitable nesting habitat. Distances (Table 1-3) are measured from the edge of the 300-meter nest patch, unless the nest tree is known, in which case the distance is measured from that tree. Activities noted below are known or potential components of the proposed action. Listed activities conducted outside the breeding season would have no disturbance effect on spotted owls.

18

AR 02321

**Table 1-3. Disturbance and disruption distances for the spotted owl during the breeding period\***

| Disturbance or Disruption Activity (known or potential components of proposed action) | Disturbance Distance$^{⚹}$ | Disruption Distance$^{⚹}$ | |
|---|---|---|---|
| | Entire Breeding Period (March 1 – September 30) NLAA | Critical Breeding Period (March 1 – July 7) LAA | Late Breeding Period (July 8 – September 30) NLAA |
| Timber haul and renovation of open roads† | 0.25 mile | NA | NA |
| Renovation and new construction on closed roads‡ | 0.25 mile | 65 yards | NA |
| Chainsaw and heavy equipment operation for large culvert replacements, yarding, mechanical harvest, etc. | 0.25 mile | 65 yards | NA |
| Pile Burning | 0.25 mile | 0.25 mile | NA |
| Blasting | 1 mile | 0.25 mile | 100 yards (injury) |

Notes:

NLAA – Not Likely to Adversely Affect

LAA – Likely to Adversely Affect

* The BLM biologist may evaluate individual disturbance effects and waive seasonal restrictions for activities if they are determined to be short duration or the activity is separated from the habitat by topographic features.

⚹ Distances are measured from the edge of the 300-meter nest patch, unless the nest tree is known, in which case the distance is measured from that tree.

† Open roads, for the purposes of determining disturbance effects, are roads not officially closed with the use of a tank trap, rock pile, or other permanent barrier and are passable with the use of a 4x4 vehicle.

‡ Closed roads, for the purposes of determining disturbance effects, are roads officially closed with the use of a tank trap, rock pile, or other permanent barrier, or due to the overgrowth of vegetation to the point where the road is no longer passable.

## 1.7 HABITAT MODIFICATION

### 1.7.1 Coastal Marten

The following definitions describe scenarios for typical management activities. For context, definitions include activities that are not part of the proposed action. Habitat descriptions can be found in the Species Status Assessment (USDI-USFWS 2018).

To **maintain** habitat means to affect the attributes or quality of a specific habitat (e.g., attributes of nesting habitat) without altering its minimal habitat function. This includes situations where the short-term effect (1-5 years) to habitat may be a reduction in quality, but the long-term effect (greater than 5 years) is neutral or beneficial, as long as the reduction in quality does not amount to changing the function of the habitat.

To **maintain denning and resting habitat** means the action may reduce habitat elements associated with denning and resting, but the stand will retain large trees and snags, large down wood, and Ericaceae shrub cover, and adequate overstory and understory to support prey.

To **maintain foraging habitat** means the action may reduce habitat elements associated with foraging habitat but the stand will continue to support a dense layer of shrubs, with an Ericaceae shrub component.

To **remove habitat** means to alter or remove habitat components associated with dispersal, resting, or denning habitat so that the habitat no longer provides any function for the species.

19

AR 02322

### 1.7.2 Murrelet

To **maintain murrelet nesting habitat** means the stand retains large trees with potential platforms for nesting and sufficient trees surrounding the nesting habitat to maintain the microclimate, wind firmness, and not increase the predation risk to the nest trees.

To **remove habitat** means to alter murrelet suitable habitat, so that the habitat no longer supports successfully reproducing murrelets.

To **modify habitat** means to alter the conditions around murrelet nesting habitat reducing the nesting function of the habitat stand. The BLM further refines this definition into direct and indirect effects to habitat. Habitat removal is considered a direct effect because it removes nesting structure. Indirect effects to adjacent stands can occur when the stand surrounding the nesting platforms is altered, which may increase predation and alter wind-firmness, temperature, and affect moss on branches.

### 1.7.3 Spotted Owl

To **maintain (aka treat and maintain) nesting and roosting-foraging habitat** means the stand retains 60 percent canopy cover; large trees and snags; large down wood; adequate understory to support prey; and structural diversity important to spotted owls. In addition, nesting habitat would retain features such as large snags and broken top trees required for nesting.

To **maintain dispersal-only** habitat means the stand would continue to provide at least 40 percent canopy; flying space; and trees ≥11 inches DBH, on average, following treatment.

To **downgrade habitat** means to alter the function of spotted owl nesting or roosting-foraging habitat so that the habitat no longer supports nesting or roosting and foraging. Downgraded nesting habitat would, by definition, still support spotted owl dispersal.

To **remove habitat** means to alter spotted owl nesting, roosting-foraging, or dispersal-only habitat so that the habitat no longer provides any function for the species.

## 1.8    Analysis Metrics

This assessment relies heavily on acres and subsequently generated values (e.g., sum, mean, and percent). Authors exercised care to ensure values are consistent, accurate, and appropriate for all analyses. This included minimizing rounding of values until the end of multi-step calculations. However, some values may be slightly different among portions of the assessment, and some calculations may *appear* to contain incorrect mathematics (e.g., an array of values adding to 99 percent instead of 100 percent). These types of inconsistencies are acknowledged, trivial and simply a byproduct of a necessary reliance on Excel, ArcGIS, modeling and other software. Any such inconsistencies or variance in precision would have insignificant impact on analyses and discussion, and no influence on effects determinations in this assessment.

20

AR 02323

# 2.0   DESCRIPTION OF THE PROPOSED ACTION

## 2.1   PLANNING AREA

The BWE proposed units are located entirely in Coos County, Oregon, and overlap fifth field watersheds (Middle Fork, East Fork Coquille River, and South Fork Coquille River) ( Table 2-1 ). Most of the project is north of Highway 42, with a small portion south of the highway. The communities of Bridge and Remote are located just south of the majority of the proposed harvest units, and the town of Myrtle Point is approximately three miles west of the proposed project units. Both Myrtle Point and Bridge are Federally Designated Communities at risk for wildland fire.

Two Areas of Critical Environmental Concern (ACEC) adjacent to proposed timber sales: Brownson Ridge (389 acres) and Euphoria Ridge (241 acres). No treatments are proposed within any ACECs.

**Table 2-1. Proposed Action Basic Information**

| Project Name (Proposed Action) | Big Weekly Elk Timber Management Project | | |
|---|---|---|---|
| **Action Type** | Forest restoration and timber harvest activities | | |
| **Project Legal Location** | Township | Range | Section |
| | 28 South | 10 West | 17, 18, 19, 20, 21, 29, 31 |
| | 28 South | 11 West | 02, 16, 17, 23, 27, 29, 31, 32, 33, 34, 35, 36 |
| | 29 South | 10 West | 06, 07, 08, 09, 17, 20, 28, 29 |
| | 29 South | 11 West | 01, 02, 03, 04, 05, 09, 10, 11, 13, 14, 15, 17, 19, 21, 22, 23, 24, 25, 26, 27, 29, 31 |
| | 29 South | 12 West | 23, 24 |
| | 30 South | 12 West | 01, 12 |
| | 30 South | 11 West | 01, 04, 06, 08 |
| **5th field watersheds** | East Fork Coquille River and Middle Fork Coquille River | | |
| **NEPA Environmental Assessment Number** | DOI-BLM-ORWA-C040-2019-0006-EA | | |
| **Implementing Agency** | U.S. Dept. of the Interior, BLM, Coos Bay District, Myrtlewood Field Office. Phone: (541) 756-0100. | | |
| **BA Prepared by** | Jennifer Kirkland, Myrtlewood Biologist, Email: jkirkland@blm.gov Carol Aron, District Wildlife Biologist, Coos Bay District,  Email: caron@blm.gov Phone: (541) 756-0100 With coordination and contribution from various Coos Bay BLM staff and the South Coast Interagency Level 1 Team (terrestrial subgroup). | | |

## 2.2   SELECTION OF PROJECT AREA

Wildlife biologists worked with the District silviculture specialist to identify stands in the LSR that do not currently meet the conditions described in the 2016 RMP (USDI-BLM 2016c, pg. 64-67) to support spotted owl nesting habitat using a combination of Geographic Information Systems Mapping (GIS),

21

AR 02324

Forest Operational Inventory (FOI), stand exams, and RA10 modeling, but in which treatment would result in higher quality NRF habitat sooner with treatment. A similar method was used by fisheries biologists to identify areas within the Riparian Reserve (Dugger et al.) that are not optimizing the goals identified in the 2016 RMP(USDI-BLM 2016c, pg. 64-67). While the goal of the riparian reserve is to restore habitat for Oregon Coast Coho salmon, the management direction will result in large, open grown trees, large snags and down wood that will also improve spotted owl NRF habitat and create large, open grown trees with branches suitable for murrelet nesting.

Within the HLB, the BLM first selected older stands beyond the intended rotation age (≥ 90-110 years old) for regeneration harvest to fill the 0-10-year age class void. Most of these stands were small in acreage and scatted throughout the project area. Stands were removed from harvest consideration if they were thinned within the last fifteen years.

The BLM also selected 40 year old stands within the HLB that are beyond the desired Relative Density targets described in the HLB management direction (USDI-BLM 2016c, pg. 60). These stands would be commercially thinned to promote stand vigor and health. Finally, stands that were between the ages of 50-90 would be regeneration harvested for timber production and to provide age classes in the currently deficit 0-10-year age class.

**Stands within the LSR:**

Suitable nesting habitat for spotted owls is typically found in complex forest stands with giant remnant conifer trees. Most of the documented use by spotted owls is in complex forests with multi-layered canopies (Davis et al. 2016). Stand conditions associated with nesting in the coast range modeling region include the highest number of trees >30 inches and > average dbh of any of the modeling regions (Davis et al. 2016) (Table 2-2). These trees are critical to the recovery of the species as detailed in their recovery plans. The trees are typically among the largest and oldest trees in the stands where they are located; they are the result of disturbances, which facilitated their development into suitable nest trees by eliminating competition for light and other resources. Trees used for nesting can take centuries to develop, while other elements of complex forests can develop in decades. For example, depending on growing conditions, middle story hardwood trees can develop in three to four decades, and large trees (>32"-48" dbh) can develop in about six to eight decades if they have enough light and other resources (Hersey et al. 1998).

Using Geographic Information Systems Mapping (GIS), LiDAR derived stand metrics and aerial imagery, Forest Operational Inventory (FOI), stand exams, and RA10[1] modeling, the BLM selected a preliminary set of forest stands located within the LSR land use allocation. BLM Wildlife Biologists and Silviculturists identified forest stands located within the LSR land use allocation that do not meet the desired conditions described in the 2016 RMP (pg. 64-67). These previously managed, even aged stands do not currently function as NRF habitat for spotted owl because they lack sufficient large diameter legacy trees that provide suitable nesting structures, as well as multi-layered canopies and a diversity of tree species that make up high quality spotted owl habitat. Due to the overly dense conditions found in

---

[1] From the recovery plan and our RA10 guidance document: The intent of RA 10 is to protect, enhance, and develop habitat in the quantity and distribution necessary to provide for the long-term recovery of

22

AR 02325

these stands (Relative Densities greater than 50%) they are unlikely to develop into high quality NRF habitat without stand level disturbance such as the treatments outlined.

The BLM used direction outlined in the 2016 RMP (p. 66) to apply silviculture treatments to speed the development of spotted owl nesting-roosting habitat. The BLM defined and quantified the desired future conditions of stand complexity for nesting-roosting habitat in the LSR using field visits, stand modeling with Forest Vegetation Simulator (FVS), and recent research from Poage and Tappeiner II (2004) in Table 2-2 below and (Andrews et al. 2005). This table shows the desired conditions in stands to provide optimal NRF habitat to support spotted owls. Results of applying the table below can be found in Section 4, **Error! Reference source not found.,** Table 4-8 and Table 4-9. While this analysis focusses on spotted owls, the treatments designed to encourage development of large trees would also increase the number of trees with murrelet nesting structure.

**Table 2-2. Stand complexity as a quantifiable measure of structural complexity and biological diversity for the central coast range of Western Oregon to provide prime NRF habitat for spotted owls.**

| Tree Species & Size | Desired Trees per Acre (TPA)* | Desired percent canopy cover ** |
|---|---|---|
| Middle story conifers 21-32" dbh | 8-22 | 5-20 |
| Middle story hardwoods > 9" dbh | 10-19 | 30-60 |
| Overstory Douglas-fir 32-48" dbh (large trees) | 8-13 | 20-40 |
| Overstory Douglas-fir > 48" (giant trees) | 2-3 | 20-40 |
| Understory deciduous shrubs, saplings, and grasses or forbs | NA | 30-100 ground cover |
| Deadwood | A minimum of deadwood required by the 2016 ROD/RMP for the Late-Successional Reserve land use allocation (pp. 64-67) | |

* Mature and old-growth data from the Oregon Coast province is used to approximate the desired conditions for complex, high-quality forest habitat. The desired quantities for live trees are based on the Late-Successional Reserve, Oregon Coast Province, Southern Portions (RO267, RO268) (USDA - USFS, UDSI - BLM 1997, pp. 55-56) (see hemlock dry, moist, and wet) and (Poage and Tappeiner II 2004).

** Canopy cover was calculated using a BLM canopy cover estimation tool with stands data and desired future condition data from (Poage and Tappeiner II 2004) & (USDI-BLM 2009).

**Within the Riparian Reserve:**
The BLM's future desired conditions in the RR mimic a pre-disturbance form. Large, open grown conifers, middle story component of both deciduous and coniferous trees, and an understory containing a variety of species is beneficial to animals dependent on riparian areas, and likely to contribute stable wood to streams. The following is a description of the RR that would benefit from thinning and individual tree tipping/falling:

- Age class between 40 and 80 years of age.
- Relative Density of trees over 45%
- Quadratic Mean Diameter of less than 19.5" DBH
- Even-aged stand condition,

23

- Composed largely of one overstory species (usually Douglas fir),
- Lacking a secondary canopy development and deciduous component.

Sites chosen for tree tipping exhibit features that would result in a higher likelihood of improved watershed function. Selected sites are overly dense, which limits stable wood development and contribution to neighboring streams. In overstocked RRs: trees die, break and fall in place without reaching streams due to excessive interference from neighboring trees' canopies; are stunted by a lack of resources such as sunlight and nutrients; and take longer to reach a diameter considered to be stable. By contrast, more open-grown RR trees: can directionally fall and reach streams from a distance; are less likely to be stunted by a lack of resources; are more likely to express growth as diameter, and thus attain a size capable of in-stream stability quicker. Factors considered are: (1) the potential of streams and stream reaches to provide habitat for different fish species (Burnett et al. 20017); (2) the potential erosion of streams-adjacent areas; (3) the potential of a stream to warm if stream side vegetation is modified; and (4) the potential of headwater streams to deliver wood to fish-bearing streams (Reeves et al. 2003). The project locations analyzed with respect to the above factors using NetMap (Benda et al. 2015), a Geographic Information System (GIS) enabling platform that integrates multiple modeling and analysis tools to provide landscape wide insight. NetMap employs models that are available in the published scientific literature to identify select watershed features (channel gradient, valley configuration, channel orientation, and landslide susceptibility) to establish the context of a location of interest (Reeves et al. 2016).

**Stands within the HLB:**
BLM Forestry specialists evaluated each HLB stand within the project area using a combination of LiDAR derived stand metrics, BLM's Micro*Storms[2] data, walkthrough assessments, aerial photography, and stand exams. Using direction from the 2016 RMP for the HLB (pp. 59-63), forestry specialists then decided whether the stands currently meet one of two stand conditions: a stand that would help to adjust age class distribution through a regeneration harvest prescription, or 2) a young stand that would benefit from commercial thinning  to improve future stand merchantability and value.

---

[2] Micro*Storms is the western Oregon corporate repository for stand level vegetation descriptions and land management treatments.

AR 02327

## 2.3    ACTION AREA

Regulations for the implementation of the ESA (50 CFR Part 402) define an action area as the area directly or indirectly affected by the federal action and not merely the immediate area (i.e., harvest footprint).

The BLM defined one action area for marten, one for murrelets, and three for spotted owls based on their biology. Table 2-3 illustrates the species, biological analysis area, and the action area measurements used for their analysis. Land ownership and LUA at the Action Area scale for each species is discussed in detail in Section 3, Environmental Baseline.

**Table 2-3. Action area for each species by distance and biological analysis area.**

| Species | Biology | Action area(s) |
|---|---|---|
| Coastal Marten | Home Range | 1.57 Mile buffer from units |
| Marbled Murrelet | Nesting | 0.25 Mile buffer from units |
| Northern Spotted Owl | Known spotted owl sites | Nest patch, core area, home range |
| | Nesting* | 1.5 Mile buffer from units |
| | Dispersal | 15.5 Mile buffer from units |

*Also referred to the primary action area for the owl.

### 2.3.1  Coastal Marten

To estimate an area where impacts to marten could occur, we buffered the project footprint with the radius of 1.57 miles from the units, with 36,198 acres managed by BLM. Recently Moriarty and Delheimer (2019) described home range sizes for Sierran martens in managed landscapes as between 240 and 420 hectares in size, in contract to Slauson who describes mean home ranges for females were 390 hectares and were 680 hectares for males.  Slauson et al. (2019a) also estimated 500 ha as the upper end of an average Sierra marten home range. While coastal marten males have similar, but smaller home ranges, they have been reported in California to have mean home ranges of 300-400 ha; (Slauson et al. 2019), but that study area was within a largely unlogged landscape. The BLM opted for a larger than 500 ha home range based on the overall condition of a heavily managed landscape found on the district and in the proposed project area. There is evidence to suggest that marten have larger home ranges if they contain low quality habitat (Slauson et al. 2019a).

Spotted owl nesting and foraging habitat is not a surrogate for marten habitat, but it provides a starting point for describing available denning and resting habitats containing large structures on the landscape. Martens do use stands with a wide range of conifer size classes but appears to prefer stands containing dense shrub cover (30-60 percent) for foraging. Most marten were found in areas with more than one large (>51 cm) snag and log (Moriarty et al. 2019).

25

AR 02328

**Figure 2. Action Area for Coastal Marten - Home Range**



### 2.3.2 Murrelet

For murrelets, the BLM used a one-quarter mile buffer around the proposed units as an action area to evaluate the proposed project's potential impacts on nesting, the only component of a murrelet's life history within the planning area. The murrelet analysis area of one-quarter mile out from the harvest units (Figure 3**Error! Reference source not found.Error! Reference source not found.**) totals approximately 15,265 acres of BLM managed lands.

27

AR 02330

**Figure 3. Action Area for Marbled Murrelet - Nesting**



28

ER-696

AR 02331

### 2.3.3  Spotted Owl

**Owl nesting Action Area**

The BLM analyzed the spotted owls' ability to forage, roost, nest, and reproduce within a 1.5-mile buffer (the Oregon Coast physiographic province) for the **spotted owl nesting action area,** also referred to as the **primary action area** for owls. A portion of the proposed project overlaps the Klamath physiographic province with a smaller 1.3 mile home range. However, the project area has the majority of units North of highway 42 in the coastal province with the larger home range (1.5 mile), so a buffer of 1.5 was applied to all units to create the action area. In addition, the action area was expanded to include several known owl activity home ranges within the action area. The owl nesting analysis area (Figure 4**Error! Reference source not found.**) totals approximately 37,614 acres of BLM managed lands (Table 3-13).

29

AR 02332

**Figure 4. Action Area for Northern Spotted Owl - Nesting Action Area for Northern Spotted Owl, Nesting**



BWE Spotted Owl Action Area

30

AR 02333

**Owl dispersal Action Area**

The BLM also analyzed the spotted owls' ability to disperse through the spotted owl dispersal action area, which is larger than a single home range. For this analysis we are using a 15.5 mile buffer extending out from the project unit boundaries based on (Davis et al. 2011a). Hollenbeck et al. (Hollenbeck et al. 2018) found similar dispersal with a 14.8 mile average range, see Figure 5.

The owl dispersal analysis area of 15.5 miles out from the harvest units totals approximately 907,451 acres of federally managed lands, of which approximately 202,645 acres in BLM management (Table 3-14).

31

AR 02334

**Figure 5. Action Area for Northern Spotted Owl - Dispersal**



**Owl Known Sites Action Area**

The proposed units overlap with 8 home ranges (11 alternate sites) (**Figure 6**).

**Figure 6. Action Area for Northern Spotted Owl - Known Occupied Sites**



ER-701

AR 02336

## 2.4    PROPOSED ACTION

The BLM proposed action would include the following activities:

### Timber Harvest

The BLM proposes to manage approximately 3,607 acres of timber harvest in the Harvest Land Base (HLB), Late Successional Reserve (LSR), and Riparian Reserve (Dugger et al.) Land Use Allocations (LUAs). Harvest methods will include regeneration harvest and commercial thinning in the HLB, commercial thinning, and non-commercial treatments in LSR and RR. (Table 2-4).

**Table 2-4. Overall Harvest Summary for BWE Timber Management Project by LUA and Age Class**

| Land Use Allocation | Acres | Stand Age Class 40 acres | Stand Age Class 50 acres | Stand Age Class 60 acres | Stand Age Class 70+ acres |
|---|---|---|---|---|---|
| **Project Size All LUA's Combined** | **3,608** | **1,025** | **692** | **1,022** | **869** |
| *Commercial* | *2,820* | *781* | *550* | *853* | *637* |
| *Non-Commercial* | *788* | *244* | *142* | *169* | *232* |
| **Harvest Land Base Total Acres** | **727** | **12** | **57** | **329** | **329** |
| *Regeneration Harvest LITA* | *287* | *-* | *-* | *232* | *55* |
| *Regeneration Harvest MITA* | *427* | *-* | *57* | *97* | *274* |
| *Commercial Thin LITA* | *10* | *10* | *-* | *0* | *-* |
| *Commercial Thin MITA* | *2* | *2* | *-* | *-* | *-* |
| **Late Successional Reserve Total Acres** | **1,827** | **634** | **407** | **387** | **392** |
| ***LSR Commercial Thin*** | ***1,562*** | ***573*** | ***376*** | ***373*** | ***240*** |
| ***LSR Non-Commercial Thin*** | ***265*** | ***68*** | ***31*** | ***14*** | ***152*** |
| **Riparian Reserve Total Acres** | **1,039** | **372** | **226** | **315** | **127** |
| *RR Commercial Thin* | *531* | *196* | *117* | *160* | *58* |
| *RR Non-Commercial Thin* | *508* | *176* | *109* | *155* | *69* |
| **Tree Tipping Total Acres** | **15** | **-** | **2** | **1** | **12** |

### Road work

Road work associated with the BWE proposed action includes new construction, road improvements, renovation, haul, and decommissioning. The BLM would design the use of existing roads to allow for operations to occur at times of the year appropriate to minimize effects to spotted owls and murrelets, and take into consideration existing road conditions, unit size, unit volume, and logging costs. For treatment operations to occur year-round in identified units, roads would have a rocked or paved surface adequate to withstand winter operations. After harvest operations are complete, the BLM will evaluate road segments that are suitable for decommissioning. Decommissioning would mean closing roads to vehicles on a long-term basis (> 5 years), but they may be used again in the future.

**Related activities**

Additional actions included in this assessment are necessary to support the proposed harvest. These actions include yarding, post-harvest fuels reduction and site preparation, planting, and sample tree falling. Details associated with these actions are described below.

## 2.4.1 Details

### Timber Management

All stands will be reviewed to ensure that murrelet trees are identified and appropriate buffers and seasonal and daily timing restrictions for murrelets are implemented as needed.

**Harvest Land Base Treatments**

Regeneration Harvest

The BLM is proposing to regeneration harvest approximately 727 acres within the HLB. Table 2-5 is a summary of these treatments by unit. Within these stands, the BLM would retain levels of a percentage of pre-harvest stand basal area in each harvest unit consistent with the management direction for the HLB (USDI-BLM 2016c). The HLB within the Coos Bay District is designated either as Moderate Intensity Treatment Area (Taki et al.) , or if within spotted owl critical habitat, Low Intensity Treatment Area (LITA) (Taki et al. 2018). Harvest in the MITA would remove a majority of the timber within the harvest unit with a total retention of 5-15% pre-harvest basal area. Harvest in the LITA would require the retention of 15-30% pre-harvest basal area. As final retention amounts and orientation will be determined during layout, this assessment does not include the retention in the analysis.

Retained live trees and snags would be left in a variety of spatial patterns, including aggregated groups and individual trees. Aggregated retention may be placed to protect existing snags and larger down wood, and provide or retain connectivity where feasible, and provide legacy features to enhance the regenerating stand. A portion of the retention would also be located preferentially to buffer trees with murrelet structure in adjacent stands that were designated as occupied prior to 2016.

Commercial Thinning

The BLM is proposing to commercially thin-from-below approximately 12 acres of HLB. Commercial thinning in the HLB would reduce stand densities by thinning from the current relative densities of 69 percent to a relative density of 35 to 40 percent. The primary reason for thinning from below is to remove suppressed or competing trees and reserve the dominant and co-dominant trees, to maximize future timber volume extraction within the stand. Using a combination of skyline cable and ground-based harvest systems, commercial thinning would occur on 12 acres in a 40-year old stand in portions of the stand designated as both LITA (10 acres) and MITA (2 acres).

Snag Creation

In the HLB, the BLM would create one snag per acre greater than 20 inches dbh, or the next size class available, as described in the RMP. Additionally, all snags and downed wood (over 20 feet long) greater than 20 inches diameter, and all snags and downed wood (over 20 feet long) in decay class III, IV, and V over 6 inches in diameter would be reserved from harvest or cut and left in the stand if required for operations or safety (USDI-BLM 2016c p. 61, Table 2-5).

In general, in the HLB units, snags will be created by topping at least 80 percent and base girdling no more than 20 percent of the selected trees. In coordination with the wildlife biologist, the BLM may use alternate methods of snag creation that may result in snags with different decay patterns that would

35

AR 02338

support a more diverse mix of species. For example, trees may be catfaced, piles may be placed near selected trees so that the heat from the fire kills them or damaged trees, including trees damaged in logging operations may be retained as snags.

Remnant Trees
The BLM will retain trees over 40 inches dbh and established prior to 1850 as part of the required basal area retention. Where falling is necessary for safety or operational feasibility, these cut trees will be left on site.

**Table 2-5.** Harvest Land Base Proposed Treatment Activities

| Timber Sale | EA Unit | Harvest Acres | Age (Acres) | Acres in Land Use Allocation | Harvest Type (Acres) | | Unit Vol. (MBF) | Harvest Operation and Season of Operations (Acres) | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | CT | Regen | | Ground (Summer) | Cable (All) |
| New Yankee | 100 | 71 | 50 (23)/ 80 (6)/ 90 (42) | MITA (71) | 0 | 71 | 1,787 | 0 | 71 |
| The Belieus | 103 | 40 | 160 | MITA (40) | 0 | 40 | 1,006 | 0 | 40 |
| South Elk 23 | 101 | 34 | 50 | MITA (34) | 0 | 34 | 850 | 17 | 17 |
| Small Sandy | 106 | 12 | 40 | MITA (2), LITA (10) | 12 | 0 | 184 | 0 | 12 |
| King Salmon | 109 | 24 | 130 | MITA (24) | 0 | 24 | 625 | 18 | 6 |
| | 110 | 9 | 140 | MITA (9) | 0 | 9 | 216 | 0 | 9 |
| King Salmon | 108 | 30 | 60 (18)/ 170 (12) | MITA (30) | 0 | 30 | 750 | 0 | 30 |
| Lower Frenchie | 105 | 230 | 60 (220)/ 130 (10) | LITA (230) | 0 | 230 | 8,000 | 0 | 230 |
| New Yankee | 111 | 20 | 240 | MITA (20) | 0 | 20 | 500 | 0 | 20 |
| Rock Slide | 107 | 58 | 60 (13)/ 100 (45) | LITA (58) | 0 | 58 | 1,450 | 0 | 58 |
| Sugar Rush | 102 | 114 | 60 (78)/ 70 (36)/ 80 (2)/ 130 (2) | MITA (114) | 0 | 114 | 2,950 | 4 | 110 |
| The Belieus | 104 | 85 | 70 | MITA (85) | 0 | 85 | 2,125 | 28 | 57 |
| **Total** | **12** | **727** | **40-240** | **MITA (429), LITA (298)** | **12** | **715** | **20,443** | **66** | **661** |

## Late Successional Reserve Treatments

Through modelling, desktop analysis, and some field verification, the BLM identified stands, or portions of stands, that do not currently support NRF habitat, but could benefit from treatment to develop a multi-story forest structure, snag creation, and increased limb development to promote future spotted owl nesting habitat. Treatment is proposed in portions of the LSR and RR harvest units are not currently murrelet nesting habitat or mapped as NRF. Prior to layout a biologist will field review all units to ensure that the on-the-ground conditions match the modelled conditions.

36

AR 02339

As described in the project design features, murrelet nesting structure and habitat within and adjacent to harvest units will be buffered to minimize potential edge effects. Road construction, yarding corridors, tree tipping, and snag creation may occur within the buffers. As noted above, stands will be field-evaluated for murrelet trees to ensure that they are buffered appropriately.

The BLM is proposing to treat the LSR using one of three prescriptions that fall into two general categories: commercial[3] and non-commercial treatments (listed below). The proposed prescriptions are contingent on current stand structure, habitat function and the desired habitat functions outlined in the 2016 RMP (USDI-BLM 2016c). Most units are assigned to prescription #1 to analyze for the heavy thinning option; however, upon field review by a biologist it is likely stands will move to prescription #2 or #3 to reduce potential modification to identified murrelet trees, after the application of the 150 foot no-harvest buffer. Additionally, units assigned to prescription #1 may be moved to a prescription #2 or #3 if stand conditions on the ground indicate that NRF habitat would be better developed with a lighter thin.  This will most likely occur with stands already exhibiting signs of foraging and roosting potential. **Table 2-6** shows the proposed LSR timber sale units and which prescription is proposed for each.

Commercial Treatments
The following prescriptions would be implemented as commercial timber sales. If stands analyzed as commercial treatments are not economically viable, they would be implemented under stewardship authority (where timber would be sold to offset the costs of restoration activities) or as service work subject to available funding. Stands were assigned to a prescription based on stand condition, not stand age. Therefore some of the stands in the 70-90 year old age-class are still dense with small trees and were assigned to prescription 1. Based on further field review as site-specific planning progresses, they may be moved to the lighter thinning options of prescription 2 or 3.

- *Prescription 1*: Implement commercial thinning to 20-30 Relative Density (RD), the lower densities allowed in the Management Direction, in stands that have a high RD (over 50), poor growth rates, and are at the early stages of stem exclusion. These stands are generally 40-60 years old, although can be as young as 30 or as old as 90.  They lack high quality spotted owl foraging features. These stands were established at high densities and may have missed a pre-commercial or commercial thinning entry. As a result, they exhibit poor height to diameter ratios, small live crown ratios, and/or appear to be at high risk for wind throw due to prolonged high-density growing conditions. Stands in these conditions are usually considered dispersal-only with only minor, opportunistic, forage components. The treatment prescriptions would follow the descriptions in the NCO ROD/RMP (Northwestern and Coastal Oregon Record of Decision and Approved Resource Managment Plan  2016, pg.66) including skips, snag creation, variable density thinning and group selection harvest (Figure 8). This treatment accelerates the development of complex stand conditions over a no-treatment option.

[3] Commercial thinning means stand thinning in which any of the cut trees are removed from the stand and sold. Commercial thinning in this context does not include individual tree cutting or tipping or stand thinning in which all of the cut trees are left in the stand for restoration purposes, or fuels reduction treatments in which trees are burned, chipped, or otherwise dispose of without removal from the stand for timber. Commercial thinning may be implemented through a variety of mechanisms, including timber sale contracts, stewardship agreements, or other types of contracts Northwestern and Coastal Oregon Record of Decision and Resource Management Plan, US Department of the Interior: Bureau of Land Management-Oregon/Washington State Office, at https://www.blm.gov/or/plans/rmpswesternoregon/rod/index.php

37

AR 02340

Approximately 1,450 acres of LSR are currently planned under Prescription 1. Stands would be reduced to an RD of 20-30 through thinning, skips, and group selection harvest. Group selections would be no more than 4 acres in size and comprise no more than 25% of the treatment area. Treatment units would also retain at least 10% of the area in untreated skips. As described in the project design features (PDFs) below, harvest units would include a buffer of un-thinned stand adjacent to murrelet nesting structure.



**Figure 7. Forest Vegetation Simulator Image of Prescription 1 Post Implementation (left) and 60 Years Later (right)**

*Prescription 2*: Implement a moderate to light commercial thinning to 30-45 RD in stands exhibiting low tree vigor and simplified stand structure, but having initiated stem exclusion mortality. Stands in this condition tend to be between 60 and 90 years old, although they can be as young as 50. These stands were also established at high densities and may have missed a pre-commercial or commercial thinning entry. As a result, they too exhibit poor height to diameter ratios, small live crown ratios, and/or appear to be at high risk for wind throw due to prolonged high-density growing conditions. With the larger trees, these slightly older stands have traits ranging from spotted owl dispersal-only to forage habitat. This lighter thinning, with group selections, skips, and snag creation could permit for an additional thinning entry in the future as needed, while limiting risk for windthrow and tree breakage in the near term (Figure 9). Post treatment, there would be at least 60 percent canopy cover in murrelet occupied stands or un unsurveyed stands with suitable murrelet habitat.

As with prescription 1, treatments would accelerate the development of complex stand conditions over a no-treatment option. However, these stands already have slightly larger trees and stem exclusion mortality so a heavy thinning prescription, as described in Prescription 1, has the potential to delay the development of larger trees when compared to this moderate to light thinning prescription. Stands that are located in occupied murrelet habitat and stands that support RF were removed from prescription 1 and assigned to prescription 2 to minimize within stand changes.

Approximately 76 acres of LSR are currently planned under Prescription 2. Stands would be reduced to an RD of 30-45 through thinning, skips, and group selection harvest. Group selections would be no more than 4 acres in size and comprise no more than 25% of the treatment area. Treatment units would also retain at least 10% of the area in untreated skips.

38



**Figure 8. Forest Vegetation Simulator Image of Prescription 2 Post Implementation (left) and 60 Years Later (right)**

<u>Non-commercial Treatment</u>
Through a combination of remote sensing data and field review, BLM foresters and wildlife biologists identified additional stands that do not meet the desired spotted owl habitat conditions described in the 2016 RMP (USDI BLM, 2016). Unlike the stands identified for Prescriptions 1 and 2 above, these stands contain some of the desired habitat components for spotted owl nesting, or are in the process of developing them naturally. For this prescription, all cut trees would remain on site unless the fuels specialist determines they are a fire risk, in which case they may be hand piled and burned following PDF's to avoid disruption. Prescription 3 may also be used for stands initially identified for Prescriptions 1 or 2, but for which the BLM determined those prescriptions are not appropriate due to stand conditions or feasible, due to other factors such as distance from roads.

- *Prescription 3:* Implement targeted silvicultural actions in stands 90 years of age and less that have larger average tree diameters (quadratic mean diameters greater than 20 inches), high canopy cover, but still developed under dense, single age class growing conditions. These stands generally support spotted owl foraging and some potential roosting functions but lack adequate canopy layering, snags, down wood, and/or structures that constitute nesting habitat. Light to moderate thinning in these stands may result in reduced numbers of larger trees over a no harvest action, thus the BLM may do targeted silvicultural actions to promote stand complexity and accelerate the development of NRF habitat. Actions include a combination of silvicultural actions such as individual tree falling/non-commercial thinning (up to 1 acre, but averaging 0.25 acres, and may often consist of single tree removal), and snag creation that together increase light for new canopy layers, promote limb development and future nest tree formation, snag recruitment, and downed wood accumulation (Northwestern and Coastal Oregon Record of Decision and Approved Resource Managment Plan 2016). This suite of silvicultural actions are relatively minor composition adjustments that would not reduce the current spotted owl habitat quality while still accelerating the development of stand characteristics associated with spotted owl NRF habitat.

Approximately 301 acres of LSR are planned for treatment under Prescription 3. The targeted implementation of this prescription will cause limited changes to the overall stand canopy. Existing murrelet nesting structure will be reserved from harvest, and group selects, gaps, and/or individual tree felling will be at least 150 ft from trees with murrelet nesting structure.

39

AR 02342

Table 2-6. LSR Timber Sales Summary by Unit, Age Class and Treatment Acres for BWE.

| Sale Area Name | EA Unit | Age Class (10 years) | Prescription Acres | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | Total |
| Anderson Brown | 16 | 40 | 33 | 0 | 0 | **33** |
| | 17 | 40 | 80 | 0 | 0 | **80** |
| | | 60 | 7 | 0 | 0 | **7** |
| | 18 | 60 | 9 | 0 | 0 | **9** |
| | 19 | 50 | 38 | 0 | 0 | **38** |
| | | 60 | 11.5 | 0 | 0 | **11.5** |
| | | 70 | 9.48 | 0 | 0 | **9.48** |
| | 20 | 50 | 71.2 | 0 | 0 | **71.2** |
| | 30 | 50 | 30.08 | 0 | 0 | **30.08** |
| | 37 | 60 | 7 | 0 | 0 | **7** |
| | | 90 | 35 | 0 | 0 | **35** |
| Bear and Elk Creek | 1 | 80 | 0 | 8.34 | 0 | **8.34** |
| | | 90 | 9.4 | 0 | 0 | **9.4** |
| | 9 | 40 | 5 | 0 | 0 | **5** |
| | | 50 | 2 | 0 | 0 | **2** |
| | 10 | 40 | 21 | 0 | 0 | **21** |
| | 12 | 40 | 17 | 0 | 0 | **17** |
| | 13 | 40 | 15 | 0 | 0 | **15** |
| | 14 | 40 | 34.78 | 0 | 0 | **34.78** |
| | 15 | 50 | 17.53 | 0 | 0 | **17.53** |
| | 34 | 60 | 0 | 0 | 6.49 | **6.49** |
| | | 70 | 0.09 | 0 | 51.7 | **51.79** |
| | | 80 | 0 | 0 | 4.43 | **4.43** |
| | 38 | 80 | 6.17 | 0 | 0 | **6.17** |
| Casey Jones | 31 | 40 | 61 | 0 | 0 | **61** |
| | | 60 | 93 | 0 | 0 | **93** |
| | | 90 | 35 | 0 | 0 | **35** |
| | 32 | 40 | 20 | 0 | 0 | **20** |
| | | 50 | 41 | 0 | 0 | **41** |
| | | 60 | 18.26 | 0 | 0 | **18.26** |
| | 33 | 40 | 31 | 0 | 0 | **31** |
| | | 50 | 47 | 0 | 0 | **47** |
| | | 60 | 80 | 0 | 0 | **80** |
| Elk Creek Ridge | 2 | 40 | 24 | 0 | 0 | **24** |
| | | 50 | 10 | 0 | 0 | **10** |
| | 3 | 40 | 0 | 68 | 0 | **68** |
| | 4 | 40 | 7 | 0 | 0 | **7** |

40

ER-708

AR 02343

| Sale Area Name | EA Unit | Age Class (10 years) | Prescription Acres | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | Total |
| | 28 | 40 | 24 | 0 | 0 | **24** |
| | 29 | 40 | 26 | 0 | 0 | **26** |
| | 41 | 70 | 24 | 0 | 0 | **24** |
| Lower Frenchie | 42 | 50 | 2.28 | 0 | 0 | **2.28** |
| | | 60 | 28 | 0 | 0 | **28** |
| | | 70 | 1 | 0 | 0 | **1** |
| Restoration Units | 3 | 40 | 0 | 0 | 11 | **11** |
| | 5 | 40 | 0 | 0 | 9 | **9** |
| | 11 | 40 | 0 | 0 | 27 | **27** |
| | 50 | 5 | 0 | 0 | 3 | **3** |
| | | 30 | 0 | 0 | 5 | **5** |
| | | 40 | 0 | 0 | 14.59 | **15** |
| | | 50 | 0 | 0 | 31 | **31** |
| | | 60 | 0 | 0 | 13.7 | **14** |
| | | 80 | 0 | 0 | 121.84 | **122** |
| | | 90 | 0 | 0 | 2.97 | **3** |
| Sheep Mountain | 43 | 80 | 85.29 | 0 | 0 | **85.29** |
| Small Sandy | 35 | 40 | 9 | 0 | 0 | **9** |
| South Elk 23 | 6 | 40 | 20 | 0 | 0 | **20** |
| | | 50 | 25 | 0 | 0 | **25** |
| | 7 | 40 | 30 | 0 | 0 | **30** |
| | 8 | 50 | 36 | 0 | 0 | **36** |
| | | 90 | 8 | 0 | 0 | **8** |
| Weekend Falls | 21 | 60 | 11 | 0 | 0 | **11** |
| | 22 | 50 | 35 | 0 | 0 | **35** |
| | 23 | 60 | 48 | 0 | 0 | **48** |
| | 24 | 40 | 10 | 0 | 0 | **10** |
| | | 50 | 11 | 0 | 0 | **11** |
| | | 60 | 43 | 0 | 0 | **43** |
| | 25 | 50 | 10 | 0 | 0 | **10** |
| | 26 | 40 | 13 | 0 | 0 | **13** |
| | 27 | 40 | 24 | 0 | 0 | **24** |
| **Totals** | | **30-90** | **1,450** | **76** | **301** | **1,827** |

LSR prescription 1 and 2 are commercial, treatment 3 is non-commercial.

41

ER-709

Snag Creation and Downed Wood

Within commercial timber harvest units, the BLM would protect downed wood, as operationally feasible, and create the required snag numbers across all commercially treated units with the LSR. The RMP defines snags as "any stand dead, partially dead, or defective (cull) tree at least 6 feet tall". Coos Bay snag requirements are as follows:

- Snags greater than 6 inches dbh would be retained from harvest. Snags felled for safety or feasibility reasons would be retained as downed wood.
- Within 1 year of the completion of yarding create 5 snags per acre greater than 10 inches dbh and 5 snags per acre greater than 20 inches dbh. If insufficient trees are available in the size class specified, trees would be selected from the largest size classes available.
- Snags would be created in a variety of spatial patterns, including aggregated clumps, and individual trees.
- Snags would not be within falling distance of power lines, structures, or roads that will remain open after harvesting activities are complete. If it is not possible to create snags beyond the falling distance of power lines, structures, or roads that will remain open after harvesting activities are complete, cut trees equivalent to the required number of snags and retain as down woody material within the harvest unit.
- Snags would be concentrated in areas of the stand where the BLM does not presently anticipate skidding or yarding will occur within 20 years.
- Trees damaged in harvest operations (ie: intermediate support trees, tail hold trees, guyline trees, and rub trees) may be considered as created snags.
- Trees damaged immediately pre- or post- harvest through wind throw or snow break, slash pile scorch, or other weather event damage may be counted toward snag creation totals.
- Snag creation levels would be met as an average across the harvest unit.

Snags would be created in a variety of spatial configurations, and using a combination of methods (girdling top or dbh, topping, catface, etc.) to create a varied temporal scale of decay of individual snags within the stands, a factor in owl nest tree selection(Wilk RJ et al. 2018). Snags created by tree top removal will be topped as high on the tree as possible while remaining below the overstory canopy which provides for use by NSO and flying squirrels, their primary prey in the Coast Range. Flying squirrel presence is correlated with standing snags and downed wood over 19 inches in diameter within a stand (Carey et al. 1992). Snag treatment would not only increase potential nesting habitat but increase the forage opportunities within these previously managed stands.

As required by the RMP, the BLM would retain down wood material greater than 6 inches diameter at the larger end and 20 feet in length.

**Riparian Reserve Treatments**

RR treatments will be done in compliance with ARBO II, which includes restrictions to ensure that murrelets and their habitat are protected.

Commercial Thinning in the Outer Zone RR

The proposed thinning in the outer zone (120 feet from the high water line to 1 site potential tree height) on perennial streams of the RR would reduce suppression and competition mortality. Therefore, treatment would release the remaining conifers to increase in size more quickly than without treatment. The BLM is proposing to commercially thin approximately 526 acres and non-commercially thin 54 units for a total of 580 acres.

42

Snag Creation in the Outer Zone RR

Follow snag creating requirements described above in the LSR thinning prescription. Snag creation amounts would be met as an average at the scale of the portion of the harvest unit within the RR, and need not be attained on every acre.

Non-commercial Thinning in the Outer and Middle Zone RR

The BLM proposes to non-commercially thin approximately 54 acres of the Outer Zone and 460 acres of Middle Zone (50 feet- 120 feet from the high water line) RR in intermittent, non-fish-bearing streams as defined in the 2016 RMP (p. 71) for a total of 513 acres. The BLM would maintain at least 30 percent canopy cover and 60 trees per acre average at the scale of the portion of the harvest unit within the RR per guidance in the RPM. The BLM would follow ARBI II requirements in the riparian reserve, which include protections to ensure that habitat continues to support nesting marbled murrelets and spotted owls (USDI-USFWS 2013)(p. 29). This includes a minimum of 40 percent canopy cover when in spotted owl or marbled murrelet critical habitat, when within 300 feet of occupied or unsurveyed murrelet nesting structure, and when spotted owl dispersal habitat is limited in the area. Additional snag creation is not required for non-commercial thinning in the RR.

Tree Tipping in the Inner Zone RR

The BLM is proposing to cut or tip individual trees in approximately 15 acres. The BLM would cut or tip trees up to 15 square feet basal area per acre adjacent to fish streams in select units where recent instream habitat projects have not been implemented. The BLM would directionally fall trees into adjacent streams. Additionally, the BLM may yard or deck trees and make them available for other instream restoration projects. Trees selected for tipping would follow the requirements of ARBO II (USDI-USFWS 2013) designed to protect murrelets, spotted owls, and marten.

If areas proposed for tree tipping are within the disruption zone of unsurveyed or occupied murrelet trees, seasonal and daily timing restrictions would be enacted.

## Road Management

To implement these actions, the BLM would provide access across BLM-controlled roads and private roads over which the BLM has rights of use under the terms of reciprocal rights-of-way agreements. Additionally, the BLM would complete road renovation, improvement, and construction of new roads as necessary to complete the proposed harvest. The BLM would design the use of existing roads to allow for operations to occur at times of the year appropriate to minimize effects to the spotted owl and murrelet. For treatment operations to occur year-round in identified units, roads would have a rocked or paved surface adequate to withstand winter operations. The BLM would emphasize winter operations within areas that already have adequate all-weather haul routes. The BLM would supplement the existing road network by constructing approximately 7 miles of new roads (

43

ER-711

Table 2-7).

ER-712

AR 02347

**Table 2-7. Miles of Roads Planned for Use in BWE by LUA**

| Land Use Allocation | BWE Proposed Actions | | | | | | |
|---|---|---|---|---|---|---|---|
| *BLM-Managed Land* | New Construction Miles | Light-Mod. Renovation Miles | Heavy Renovation Miles | Road Improvement | Haul Miles | Total Miles | Road Decomm |
| **Project Size All LUA's Combined** | 7.25 | 79.35 | 0.55 | 7.65 | 20.42 | **115.23** | 9.38 |
| **Harvest Land Bases** | 1.85 | 0.07 | 0.00 | 0.34 | 0.00 | **2.26** | 1.04 |
| *HLB LITA* | *0.79* | *0.00* | *0.00* | *0.00* | *0.00* | **0.79** | 0.06 |
| *HLB MITA* | *1.06* | *0.07* | *0.00* | *0.34* | *0.00* | **1.47** | 0.98 |
| **Late Successional Reserve** | 3.52 | 30.67 | 0.00 | 3.07 | 7.29 | **44.55** | 7.16 |
| **Riparian Reserve** | 1.03 | 13.80 | 0.00 | 0.61 | 2.93 | **18.37** | 1.18 |
| **District Defined Reserve** | 0.17 | 9.94 | 0.00 | 0.80 | 0.15 | **11.07** | |
| *TPCC-DDR* | 0.13 | 0.00 | 0.00 | 0.02 | 0.00 | **0.14** | 0.14 |
| *ACEC-DDR* | 0.00 | 0.42 | 0.00 | 0.00 | 0.15 | **0.57** | 0.02 |
| *ROAD-DDR* | 0.05 | 9.52 | 0.00 | 0.79 | 0.00 | **10.35** | 0.56 |
| **Other Landowner** | 0.68 | 24.88 | 0.55 | 2.82 | 10.05 | **38.98** | 1.48 |

Proposed new road construction outside of proposed regeneration harvest units would remove approximately 3 acres of NRF, 2 acre of RF, and 5 acres of dispersal for spotted owls (Table 3-15). The BLM will attempt to avoid impacting trees with murrelet structure or trees with interlocking branches when designing roads and yarding corridors, but this may not be possible in all cases. New roads would go through 2 acres of occupied murrelet habitat, 1 acre of which is suitable. New roads would go through an additional 1 acre of suitable habitat that has not been surveyed or has been surveyed as unoccupied (Table 4-3).

The BLM staff estimated proposed road work distances and locations in the EA but these values and locations are subject to change during project layout and individual timber sale preparation. Actual road work distances may be less, but will not be more, than reported above.

<u>Road Improvement and Renovation</u>
The BLM is proposing approximately 80 miles of road renovation and 8 miles of road improvements (Table 2-7). Road renovation involves bringing an existing road back up to the original design standard. Road renovation typically includes adding rock with a worn aggregate surface, clearing brush within the road prism, cleaning or replacing ditch relief/stream crossing culverts, restoring proper road surface drainage, and grading. The specifics of the needed renovation and improvement would be determined at the time of project implementation based on road conditions.

<u>Road Construction</u>

45

The BLM would supplement the existing road network by constructing approximately 7 miles of new roads, of which approximately 6 miles are outside HLB units. Newly constructed roads are estimated to have a width of 37 feet on average, however actual road widths could be less depending on site conditions. BLM has planned several routes to some sales, due to the multi-year process of acquiring a formal right-of-way request through private lands, however only one route will likely be utilized for each timber sale. In addition, some roads will be moved or dropped when they are implemented due to site conditions. The miles provided in the table below are the maximum miles of roads anticipated for this project and will likely be less when implemented.

For road activities, the BLM would follow the relevant BMP's to guide final road location, timing of roadwork, and haul to minimize potential negative impacts.

Decommissioning
The BLM proposes the decommissioning of 9 miles of roads, most being newly constructed roads or existing renovation roads. Decommissioning would mean closing roads to vehicles on a long-term basis (> 5 years); however, these roads may be used again in the future. Prior to closure, the BLM would leave the road in an erosion-resistant condition by establishing cross drains, eliminating diversion potential at stream channels, and stabilizing or removing fills on unstable areas. The BLM would treat exposed soils to reduce sediment delivery to streams. The BLM would close these roads using an earthen barrier or its equivalent. Decommissioning can include roads that have been or would be closed due to natural process (abandonment) and may be opened and maintained for future administrative use.

**Additional Actions**

Yarding

The BLM would conduct forest management treatments using either a cable (skyline) system, ground-based equipment, or a combination of these yarding systems. Ground-based yarding equipment is generally limited to slopes less than 35 percent; however, the BLM may make exceptions based on BMP's implementation. Yarding corridors would be located outside of the 150 foot buffer from murrelet trees in unsurveyed or occupied areas to the extent practicable. In cases where this is not possible PDF 11 will be implemented.

Fuels Reduction Treatments

The BLM proposes to use a combination of prescribed fire and mechanical treatments to reduce hazardous fuel loadings from the proposed actions at landings, along property lines, and roadsides and within timber harvest units. Hazard reduction treatments include any of the following:

- chipping slash,
- lop and scatter,
- hand or machine piling,
- covering and burning,
- jackpot burning.

Prescribed fire treatments would include pile burning during the late fall/early winter months after wetting rains have occurred. Piles may be placed around select trees as an alternate method of snag creation. BLM fuels specialists could choose to use more than one type of fuels reduction treatments in one unit. No broadcast burning is proposed. Project design features are included below to limit the disruption of spotted owls or marbled murrelets.

46

Sample tree falling for commercial timber sales in the HLB, LSR, and RR

The BLM would derive harvest volumes for treatment from cruising methods that would employ sample tree falling techniques. The BLM would conduct sample tree falling in preparation of timber sale contracts to improve the accuracy of the final cruise volume. Sample tree selection would come from trees marked for removal. If a timber sale does not occur, any felled trees would remain on site as large down wood and would enhance forest structure complexity and habitat.

Planting

Planting is done quickly in any given area by a crew walking through already harvested areas.  Impacts are minimal and seasonal restrictions are not required.

*Harvest Land Base*

Within the HLB, the BLM would replant following the direction of the RMP (pp. 62-63) with a mix of tree species, likely primarily Douglas-fir (*Pseudotsuga menziesii*), western redcedar (*Thuja plicata*), and western hemlock (*Tsuga heterophylla*), protected by mesh tubing if necessary. The BLM would conduct appropriate post-harvest manual vegetation maintenance to control competing vegetation and conduct surveys to identify additional maintenance needs. If abundant natural regeneration augments planting, the BLM would conduct treatments to maintain tree densities below crown closure (generally 200 trees per acre or a relative density index of less than 0.15) for 15–20 years following harvest activities. Effects of the future manual maintenance would be covered under the Biological Opinion addressing Manual Maintenance, Hazard Tree Removal and Blowdown Salvage Activities Proposed by Coos Bay District BLM (USDI-FWS 2017).

*Late Successional Reserve*

Within units treated commercially within the LSR, the BLM would replant openings following the direction of the RMP (p. 66) with a variety of tree species such as Douglas-fir, western redcedar, western hemlock and hardwoods such as myrtlewood (*Umbellularia californica*) and big-leaf maple (*Acer macrophyllum*).

In non-commercial units, only small gaps and individual trees would be removed, so no replanting will occur.

*Riparian Reserve*

Since gaps or other openings will not be created in the riparian reserve, replanting will not occur.

## 2.5     CURRENT AND FUTURE STAND CONDITIONS

**History of Forest Conditions**

Approximately 40 percent of all the BLM lands in the watersheds that contain the Big Weekly Elk proposed harvest units have undergone some form of clearcut or regeneration harvest, the most common silvicultural management approach in the 1970's and 1980's (**Table 2-8**). The practice declined following implementation of the Northwest Forest Plan in the 1990's. About a quarter of the plantations on BLM land in the planning area that resulted from these harvest practices have been thinned since the year 2000. Areas of recent harvest and densely stocked plantations less than 50 years old dominate private ownerships in the analysis area (Figure 10). Most existing young stands across multiple ownerships are the result of intensive reforestation following large block clearcut harvesting. Structural and tree species diversity has decreased due to forest management practices that emphasize high yield Douglas fir timber production over late-successional habitat values. Dispersed areas of structurally diverse older forest exist on federal lands that were reserved from previous harvest schedules.

47

AR 02350

Figure 9. Private Timberlands in the Big Weekly Elk Project Area



Most private forest lands in and around the Big Weekly Elk project area are intensively managed even aged Douglas fir plantations, as pictured in Figure 10.

48

AR 02351

**Table 2-8. Acres of Previous Commercial Harvests in the BWE Project Area (three watersheds that the proposed units overlap) on BLM Managed Land[4]**

| Decade | Silvicultural Management | | | Total by Decade |
|---|---|---|---|---|
| | Clearcut/ Regeneration[5] | Selective Cut[6] | Thinning[7] | |
| Prior to 1960 | 1,424 | 15 | -- | |
| 1960-1969 | 56 | 59 | -- | 115 |
| 1970-1979 | 3,793 | -- | -- | 3,793 |
| 1980-1989 | 4,951 | -- | -- | 4,951 |
| 1990-1999 | 1,657 | -- | 35 | 1,692 |
| 2000-2009 | 283 | -- | 488 | 771 |
| 2010- Present | 3 | -- | 2,385 | 2,388 |
| *Total by Type* | *12,167* | *74* | *2,908* | *13,710* |

Densely stocked stands, such as those proposed for thinning in the Late Successional Reserve of the Big Weekly Elk project area, do not exhibit the characteristics of stands in later stages of stand development, (Oliver 1980) such as understory reinitiation; nor the maturation, or the vertical diversification stage of structural development as described by Franklin et al. (2002). For the later stages of stand development to occur, closed canopy conditions undergo disturbance such as insects and disease mortality, fire, windthrow or harvest, which allows accelerated diameter growth of residual trees and canopy layering through understory tree re-establishment. Maturation is typified by a shift from density dependent to density independent overstory tree mortality (Franklin et al. 2002). Douglas-fir trees complete most of their growth in height and crown spread during the maturation stage, and at 100 years have typically achieved only 60–65% of their eventual height (Franklin et al. 2002). The characteristics of vertical diversification would include increased tree height diversity, presence of large shade-tolerant trees, deciduous shrub layer, large snags, and large down woody material. **Table 2-9**

---

[4] This is data is from the BLM's Micro*Storms database. While it is the best available, it may be incomplete.
[5] Clearcut refers to the removal of all trees on a site, and is followed up by planting a new cohort, leading to an even aged stand. Regeneration also refers to a timber harvest resulting in a new cohort of trees, often overstory trees are left on site to act as a seed source and provide shade as the new stand develops. These overstory trees may or may not be removed once a new cohort is established leading to an even aged or two aged stand.
[6] Selective cut refers to the removal of only some trees, generally the largest in a stand or the dead and dying to redistribute resources and stimulate growth in the remaining trees
[7] Thinning refers to the partial harvest of a stand, intending to redistribute resources to residual trees.

49

offers a general characterization of structural development stages in relation to stand age. This will be discussed in more detail below in section 3.0 Environmental Effects.

**Table 2-9. Comparison of stand stages by stand age as referenced by Oliver and Larson (1990), Franklin et al. (2002).**

| Typical stand age* (years) | Oliver and Larson (1990) Stand Development Stages | Franklin et al. (2002) Structural Stage |
|---|---|---|
| 0 | Disturbance and legacy creation | |
| 20 | Stand Initiation | Cohort establishment |
| | | Canopy closure |
| 30 | Stem Exclusion | |
| 50 | | Biomass accumulation/ competitive exclusion |
| 80 | Understory Reinitiation | |
| | | Maturation |
| 150 | | Vertical diversification |
| 300 | Old Growth | |
| | | Horizontal diversification |
| 800-1200 | | Pioneer cohort loss |

\* Stand ages provided as references. However, stands can achieve structural classes at different stand ages depending on disturbance and site conditions.

50

ER-718

**Figure 10. Timber Harvest Practices, 1955-Present in the Big Weekly Elk Project Area**



51

AR 02354

### 2.5.1  Harvest Land Base

The stands proposed for treatment have regenerated following timber harvest activities ranging from post-fire salvage harvest, opportunistic selection harvest, and conventional clear-cutting of mature or old-growth forests. Some stands show no signs of being previously harvested.  The timing of these harvests was largely dependent on the development and improvement of the haul road network both on private and BLM lands. These early harvests and subsequent reforestation have directly contributed to the Project Area age class distribution for HLB. Commercial thinning treatments occurred throughout the Project Area over the past two decades which adjusted stand composition and density but did not modify stand age. Roughly 427 acres of regeneration harvest occurred on BLM lands in the Project Area 15-25 years ago, contributing to the acres shown in the 0-20 age class**.** Stand examinations identified current vegetation stand attributes (Table 2-10).

The proposed action would change harvested areas from a tall, predominantly single-story canopy with occasional gaps and understory trees to a stand providing complex early-successional habitat with small patches (generally less than 1 acre) of older forest in the form of aggregate retention, occasional legacy trees and large down wood, and dense cover by shrub and tree species. Where possible, aggregate retention patches within portions of the harvest area would protect existing high-quality structures, providing small patches with legacy features while the individual tree retention would add structural diversity in the regenerating stand.

Douglas-fir (*Pseudotsuga menziesii*) is the predominant overstory tree species. Treatment units in the 40-70-year age classes may have remnant trees of an older age class, but are not present in sufficient numbers to affect structural classification. Treatment units in age classes ≥80 years old have remnant trees of an older age class that do affect the structural classification of the stand.

**Table 2-10. Current Vegetation Attributes for Proposed Units based on 2020 Stand Exam Data**

| EA Unit | Units (ac) | BH[2] Age | Basal Area (Ft²/Ac.) | Trees per Acre | Quadratic Mean Dia. (In.) | Height (Ft.) | Volume (Mbf/Ac.) | Canopy Cover (%) | Relative Density (Curtis RD) |
|---|---|---|---|---|---|---|---|---|---|
| 100 | 71 | 59 | 275 | 132 | 20 | 125 | 76 | 68% | 61 |
| 102 | 114 | 47 | 227 | 175 | 16 | 99 | 43 | 71% | 58 |
| 103 | 40 | 105 | 315 | 134 | 21 | 154 | 93 | 74% | 69 |
| 104 | 85 | 61 | 255 | 179 | 17 | 124 | 63 | 78% | 63 |
| 105 | 230 | 53 | 255 | 189 | 16 | 121 | 62 | 83% | 64 |
| 106[1] | 12 | 34 | 253 | 249 | 14 | 137 | 57 | 84% | 69 |
| 107 | 58 | 82 | 327 | 260 | 15 | 137 | 99 | 80% | 84 |
| 108 | 30 | 68 | 294 | 193 | 17 | 130 | 78 | 81% | 72 |
| 109 | 24 | 119 | 420 | 177 | 21 | 160 | 69 | 77% | 92 |
| 110 | 9 | 106 | 307 | 123 | 21 | 150 | 91 | 81% | 66 |
| 111 | 20 | 174 | 467 | 94 | 30 | 150 | 137 | 67% | 85 |
| Total[3] | 693 | | | | | | | | |

*Commercial Thinning Units – Shaded row indicates commercial thinning units and information derived from 2020 stand exams.

** Breast Height (BH) is the age of the tree measured at DBH.

52

AR 02355

## 2.5.2  LSR Commercial treatments (Prescription 1 & 2)

The effect of past management practices including timber harvest and fire suppression on BLM administered lands and at the proposed treatment unit scales is a continuation of closed canopy, simplified stand conditions. When an even-aged stand grows for many years within this zone of imminent competition mortality, mortality will occur and individual tree growth is reduced compared to the growth rates found in open growing conditions (Drew and Flewelling 1979, Tappeiner et al. 2007, pg. 124). Without treatment, stand growth would remain stagnant as stands would be left in overly dense conditions, and because trees growing in dense conditions grow in height, but very little in diameter, stand stability will decline (Oliver and Larson 1996b, Tappeiner et al. 2007). As a result of the limited resources for tree growth in the stands, diameter growth will lag behind height growth (O'Hara 2014), and the risk for windthrow will increase over time as height to diameter ratios continue to increase and crown ratios decrease. In dense stands, large trees are unlikely to persist or develop and a stagnant stand is unlikely to develop large diameter snags or down wood. Forest floors would continue accumulating fuel as trees continue to self-prune. Current densities threaten the persistence of minor species composition both directly by fire risk and indirectly by the effects of competition mortality.

After several FVS modelling efforts and field review, the preferred results were achieved through thinning from below at variable densities with group selection in younger stands (age 40-50).  Because the stands are comprised of a single cohort of trees, smaller trees in the stands tend to be suppressed stems rather than new recruitment. This was not always the case in the stands from 60-90 years old, which occasionally displayed hardwood recruitment and small inclusions of younger trees. As a result, the FVS model was altered to selection/ free -thinning with group selection while retaining the largest trees in the stands in order to preserve and promote these components. The full range of allowable Relative Densities have been modelled for all proposed stand age groups with the resulting stand composition and structure at 20 year intervals over 60 years into the future in Tables 2-11, 2-12 and 2-13, to achieve the desired NRF habitat described in the selection of the project area. Based on the modeled outcomes shown in tables, individual units have been assigned to a "Light Thinning" or "Heavy Thinning" density target as shown on Tables 2-12 and 2-13 to best achieve NRF habitat. However, some units were assigned to a lighter thinning based on murrelet occupied habitat instead of forestry metrics.

The modelled results found in the tables show that thinning these stands as early as possible is the best way to achieve the desired stand conditions over time, and that no action in these densely stocked plantations does not achieve the desired conditions. These sampled stands are already within the zone of competition mortality.

In general the stands from 40-50 years old respond better to heavier thinning than do the older stands within the analysis area. Note that the younger stands would not achieve the desired metrics even with a heavy thinning (**Table 2-12**). These young stands would likely need a second thinning in the future to achieve optimal NRF conditions. Older stands that have not previously undergone a thinning responded better to a somewhat lighter thinning because they have already grown in overly dense conditions for several decades and they tended to benefit from moderate course corrections. For example, 40 and 50 year old stands attain many of the key structural characteristics of nesting habitat by age 80-90 when they are thinned heavily now. The heavy thinning with group selections allowed the stand to differentiate into multi-layered canopies and recruit new cohorts of trees, whereas the no-action retains an even aged, single story structure and dense canopies that restrict seedling recruitment. The year post-thinning when the stands are modelled to achieve the goal mid story conifer numbers in the 21-32" dbh size class and the overstory conifer numbers in the 32-48" dbh size class is bolded and underlined. Because overstory trees take longer to develop and are more important to support spotted owl nesting,

53

AR 02356

we weighted achieving the overstory metric higher than the mid-story metric. Therefore, in some cases, we would consider the stand successful if the overstory numbers are at or slightly over the target, even though the mid-story metric is farther from the desired outcome.

**Figure 11. Examples of a 40 year stand With and Without Treatment**



Figure 12 displays the example of a 40 year old stand with the current condition (Dugger et al.) at the top. The same 40 year old stand after 60 years (total age 100), on the bottom left with no action and on the right under the proposed action. Thinning the stand to lower relative densities early allowed the stand to develop a second cohort. The residual trees develop higher live crown ratios, and larger diameters relative to their heights when compared to No Action.

In summary the effects to forestry stands of active management as described are:

- A reduction in stand densities that promote growth and vigor; living vegetation must expand in size and a tree cannot grow larger unless its growing space is increased; residual trees are expected to increase in diameter growth, including the diameter of the largest trees(Oliver and Larson 1996a, Tappeiner et al. 2007).
- Tree species diversity would be increased through planting group selections and openings, ensuring that RMP species diversity goals could be met (RMP/ROD 2016, pg. 66). This diversity in tree species and sizes is important for ecosystem function (Franklin et al. 2002).
- Risk of windthrow could be increased in the short term when opening up a stand, however windthrow occurs in both managed and unmanaged stands and low levels of windthrow may be desirable for wildlife habitat and stand complexity. Silvicultural prescriptions proposed are designed to remove trees that are most susceptible, such as those with low vigor, poor crown ratios and those with high height:diameter ratios.

54

AR 02357

- The proposed LSR commercial treatments would allow for 2,080 acres of dense, over stocked stands to attain these habitat features within 40 to 60 years.

**Figure 12. Stand Visualization System Images**



Stand Visualization System overhead images of the No Action Alternative and the Proposed Action post treatment and in 60 years. The image depicts approximately 10 acres of forest, which undergoes a variable density thin and group selection harvest as described in the Proposed Action.

55

AR 02358

**Table 2-11. Stand Metrics: No Action**

| Stand Metric | Basal Area (ft²/ac) | | | | | Quadratic Mean Diameter (inches) | | | | | Relative Density (RD) | | | | | Canopy Cover (%) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | Current | Post - Treat | Year 20 | Year 40 | Year 60 | Current | Post - Treat | Year 20 | Year 40 | Year 60 | Current | Post - Treat | Year 20 | Year 40 | Year 60 | Current | Post - Treat | Year 20 | Year 40 | Year 60 |
| 40 | 200 (±40) | N/A | 290 (±30) | 340 (±40) | 380 (±50) | 12 (±3) | N/A | 18 (±4) | 22 (±5) | 26 (±6) | 60 (± 10) | N/A | 70 (±10) | 75 (±10) | 75 (±10) | 75 (±10) | N/A | 75 (±10) | 75 (±10) | 75 (±10) |
| 50 | 220 (±40) | N/A | 285 (±30) | 330 (±40) | 370 (±50) | 14 (±3) | N/A | 18 (±4) | 22 (±5) | 26 (±6) | 60 (± 10) | N/A | 65 (±10) | 70 (±10) | 75 (±10) | 75 (±10) | N/A | 75 (±10) | 75 (±10) | 75 (±10) |
| 60 | 260 (±40) | N/A | 330 (±30) | 370 (±40) | 400 (±50) | 12 (±3) | N/A | 16 (±4) | 20 (±5) | 24 (±6) | 80 (± 10) | N/A | 80 (±10) | 80 (±10) | 80 (±10) | 80 (±10) | N/A | 80 (±10) | 80 (±10) | 80 (±10) |
| 70 - 90 | 260 (±40) | N/A | 300 (±30) | 340 (±40) | 370 (±50) | 15 (±3) | N/A | 19 (±4) | 23 (±5) | 27 (±6) | 70 (± 10) | N/A | 70 (±10) | 70 (±10) | 70 (±10) | 80 (±10) | N/A | 80 (±10) | 80 (±10) | 80 (±10) |

**Table 2-12. Stand Metrics Following Thinning to 20-30 RDI (Heavy Thinning)**

| Stand Metric | Basal Area (ft²/ac) | | | | | Quadratic Mean Diameter (inches) | | | | | Relative Density (RD) | | | | | Canopy Cover (%) | | | | | Estimated MBF/ac |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | Current | Post - Treat | Year 20 | Year 40 | Year 60 | Current | Post - Treat | Year 20 | Year 40 | Year 60 | Current | Post - Treat | Year 20 | Year 40 | Year 60 | Current | Post - Treat | Year 20 | Year 40 | Year 60 | |
| 40 | 200 (±40) | 100 (±20) | 175 (±30) | 260 (±40) | 330 (±50) | 12 (±3) | 17 (±3) | 16 (±4) | 21 (±5) | 26 (±6) | 60 (± 10) | 25 (±5) | 40 (±10) | 60 (±10) | 70 (±10) | 75 (±10) | 50 (±10) | 55 (±10) | 70 (±10) | 80 (±10) | 15 |
| 50 | 220 (±40) | 100 (±20) | 160 (±30) | 240 (±40) | 310 (±50) | 14 (±3) | 15 (±3) | 15 (±4) | 20 (±5) | 24 (±6) | 60 (± 10) | 25 (±5) | 40 (±10) | 55 (±10) | 65 (±10) | 75 (±10) | 45 (±10) | 65 (±10) | 75 (±10) | 80 (±10) | 20 |
| 60 | 260 (±40) | 90 (±20) | 130 (±30) | 210 (±40) | 280 (±50) | 12 (±3) | 13 (±3) | 11 (±4) | 15 (±5) | 19 (±6) | 80 (± 10) | 25 (±5) | 40 (±10) | 55 (±10) | 65 (±10) | 80 (±10) | 50 (±10) | 65 (±10) | 75 (±10) | 80 (±10) | 36 |
| 70 - 90 | 260 (±40) | 85 (±20) | 130 (±30) | 190 (±40) | 250 (±50) | 15 (±3) | 16 (±3) | 13 (±4) | 18 (±5) | 22 (±6) | 70 (± 10) | 25 (±5) | 35 (±10) | 45 (±10) | 55 (±10) | 80 (±10) | 40 (±10) | 55 (±10) | 65 (±10) | 70 (±10) | 36 |

**Table 2-13. Stand Metrics Following Thinning to 30-40 RDI (Light Thinning)**

| Stand Metric | Basal Area (ft²/ac) | | | | | Quadratic Mean Diameter (inches)* | | | | | Relative Density (RD) | | | | | Canopy Cover (%) | | | | | Estimated MBF/ac |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Age | Current | Post - Treat | Year 20 | Year 40 | Year 60 | Current | Post - Treat | Year 20 | Year 40 | Year 60 | Current | Post - Treat | Year 20 | Year 40 | Year 60 | Current | Post - Treat | Year 20 | Year 40 | Year 60 | |
| 40 | 200 (±40) | 140 (±20) | 200 (±30) | 290 (±40) | 350 (±50) | 12 (±3) | 16 (±3) | 17 (±4) | 22 (±5) | 26 (±6) | 60 (± 10) | 35 (±5) | 55 (±10) | 70 (±10) | 75 (±10) | 75 (±10) | 65 (±10) | 70 (±10) | 75 (±10) | 80 (±10) | 9 |
| 50 | 220 (±40) | 140 (±20) | 200 (±30) | 280 (±40) | 350 (±50) | 14 (±3) | 16 (±3) | 17 (±4) | 21 (±5) | 25 (±6) | 60 (± 10) | 35 (±5) | 50 (±10) | 60 (±10) | 70 (±10) | 75 (±10) | 65 (±10) | 70 (±10) | 75 (±10) | 80 (±10) | 12 |
| 60 | 260 (±40) | 110 (±20) | 170 (±30) | 250 (±40) | 320 (±50) | 12 (±3) | 13 (±3) | 12 (±4) | 16 (±5) | 20 (±6) | 80 (± 10) | 35 (±5) | 50 (±10) | 60 (±10) | 70 (±10) | 80 (±10) | 60 (±10) | 65 (±10) | 75 (±10) | 80 (±10) | 30 |
| 70 - 90 | 260 (±40) | 120 (±20) | 170 (±30) | 230 (±40) | 290 (±50) | 15 (±3) | 15 | 14 | 19 | 23 | 70 (± 10) | 35 (±5) | 45 (±10) | 55 (±10) | 60 (±10) | 80 (±10) | 55 (±10) | 60 (±10) | 70 (±10) | 75 (±10) | 28 |

*As a forestry tool, Quadratic Mean Diameter (QMD) is a great metric for simplified, even-aged stands, which is what it was designed for. In older, or more complex stands it is not a useful tool because it provides an average of the existing diameters. As a stand develops layering and recruits new cohorts of trees, this average may decline even as overstory dominant trees increase in diameter. A "thin from below" prescription will increase the residual QMD while a "selection harvest" or "free-thinning" will generally maintain something close to the pre-harvest QMD as it retains trees from all size classes in the stand and allows for a greater degree of tree species and composition adjustment.

ER-724

AR 02359

**Table 2-14. Key-Nesting Habitat Metrics for Northern Spotted Owls**

| 40 Year Old Stands | Year 20 | | Year 40 | | Year 60 | |
|---|---|---|---|---|---|---|
| Desired Stand Component: | Mid Story Conifer 21-32" DBH (8-22TPA Target) | Overstory Conifers 32-48" DBH (8-13 TPA Target) | Mid Story Conifer 21-32" DBH (8-22TPA Target) | Overstory Conifers 32-48" DBH (8-13 TPA Target) | Mid Story Conifer 21-32" DBH (8-22TPA Target) | Overstory Conifers 32-48" DBH (8-13 TPA Target) |
| 20 RD | 38 | < 1 | **37** | **9** | 21 | 24 |
| 30 RD | 39 | < 1 | 63 | 6 | 50 | 19 |
| 40 RD | 38 | < 1 | 70 | 4 | 68 | 15 |
| No Action | 36 | < 1 | 64 | 3 | 68 | 11 |

| 50 Year Old Stands | Year 20 | | Year 40 | | Year 60 | |
|---|---|---|---|---|---|---|
| Desired Stand Component: | Mid Story Conifer 21-32" DBH (8-22TPA Target) | Overstory Conifers 32-48" DBH (8-13 TPA Target) | Mid Story Conifer 21-32" DBH (8-22TPA Target) | Overstory Conifers 32-48" DBH (8-13 TPA Target) | Mid Story Conifer 21-32" DBH (8-22TPA Target) | Overstory Conifers 32-48" DBH (8-13 TPA Target) |
| 20 RD | 25 | 1 | **19** | **10** | 18 | 22 |
| 30 RD | 42 | 1 | 41 | 8 | 32 | 22 |
| 40 RD | 46 | 1 | 60 | 6 | 51 | 19 |
| No Action | 44 | < 1 | 62 | 4 | 59 | 15 |

| 60 Year Old Stands | Year 20 | | Year 40 | | Year 60 | |
|---|---|---|---|---|---|---|
| Desired Stand Component: | Mid Story Conifer 21-32" DBH (8-22TPA Target) | Overstory Conifers 32-48" DBH (8-13 TPA Target) | Mid Story Conifer 21-32" DBH (8-22TPA Target) | Overstory Conifers 32-48" DBH (8-13 TPA Target) | Mid Story Conifer 21-32" DBH (8-22TPA Target) | Overstory Conifers 32-48" DBH (8-13 TPA Target) |
| 20 RD | 13 | 3 | 16 | 7 | 19 | 11 |
| 30 RD | 19 | 3 | **23** | **8** | 25 | 15 |
| 40 RD | 24 | 4 | 30 | 9 | 32 | 17 |
| No Action | 47 | 5 | 54 | 12 | 51 | 20 |

| 70-90 Year Old Stands | Year 20 | | Year 40 | | Year 60 | |
|---|---|---|---|---|---|---|
| Desired Stand Component: | Mid Story Conifer 21-32" DBH (8-22TPA Target) | Overstory Conifers 32-48" DBH (8-13 TPA Target) | Mid Story Conifer 21-32" DBH (8-22TPA Target) | Overstory Conifers 32-48" DBH (8-13 TPA Target) | Mid Story Conifer 21-32" DBH (8-22TPA Target) | Overstory Conifers 32-48" DBH (8-13 TPA Target) |
| 20 RD | 9 | 5 | **12** | **8** | 18 | 10 |
| 30 RD | 15 | 5 | **19** | **10** | 22 | 13 |
| 40 RD | 21 | 6 | 25 | 12 | 24 | 16 |
| No Action | 41 | 7 | 40 | 15 | 38 | 22 |

The key nesting habitat metrics for Northern Spotted Owls Owls at 20 year intervals at three thinning intensities compared to no action are displayed in Table 2-14. The bold, underlined values in each table

57

AR 02360

indicate the year and thinning intensity that first attains the desired values for each stand age. Refer to Results and Discussion in section 3.2 of this report for details.

## 2.5.3  LSR Non-Commercial treatments (prescription #3)

A BLM wildlife biologist will field-review proposed LSR non-commercial stands to verify that they are not currently nesting habitat for NSO (as defined in habitat definitions). The field review would include a determination that an adequate number of snags are present in the stand, as well as multi-layered canopy. In stands that lack these complex features, treatment options could include snag creation, individual tree felling and the creation of small gaps (0-1 acre, averaging 0.25 acre) to encourage the development of a more robust understory layer and overall canopy heterogeneity.

As discussed above, snag would be created using a variety of methods to create long-lasting snags that provide habitat for a variety of species as decay progresses. Individual tree felling or small gaps created in the stands (0-1 acres, averaging 0.25 acres) would not decrease canopy cover by more than 10%. In addition, the treatments would not drop below the required 60% canopy cover for the stand. The overall effect of treatment would increase canopy heterogeneity and understory development, which is preferred for spotted owl activity centers (Sovern et al. 2019). Individual tree felling will not exceed 20in dbh (based on 15 +/- 3 QMD for age classes), since larger trees are preferred for snag creation and would not exceed 10% of the stand to stay within canopy cover guidelines.

While available literature describes the benefits of available snags for spotted owl nesting (Forsman et al. 1984, Hersey et al. 1998, Irwin et al. 2000, Andrews et al. 2005) and flying squirrel presence (Carey et al. 1992, Rosenberg and Anthony 1992, Irwin et al. 2000, Holloway et al. 2012, Manning et al. 2012), ideal thresholds are not included.  Thus, for evaluating the stands for snag level suitability, the BLM is deferring to literature that summarizes average snag level size classes associated with mature and old growth stands. The Region 6 interim old growth definitions for specific forest types within the project area (Service 1993) describe the ecologically important structural features of old-growth stands based on forest types and stand exam data, including snag distribution. Rose et al. (2001) describe late successional forest conditions for specific forest stands and the ecological importance of snags for a variety of species based on a compilation of snag data derived from stand exam and vegetation plot data collected across the Pacific Northwest.

The combination of Rose et al. (2001) and the USFS (1993), as well as snag summaries with in the RMP/FEIS (p. 843 or 1659) help guide the desired conditions of snag size class and quantities for late successional Douglas fir and/or Western Hemlock dominated stands that are similar to the Big Weekly Elk proposed LSR non-commercial units. Table 2-15 displays the desired quantities of snags per acre within two size class distributions. Stands with snag quantities that fall below this desired range would be considered for snag creation treatments as described above. Treatment would be implemented to fill the deficit of snags based on the following desired conditions to maximize development of nesting, and foraging habitat for spotted owls in Douglas fir and/or Western Hemlock dominated stands as shown in Table 2-15.

58

AR 02361

**Table 2-15. Desired Quantities of Snags Per Acres to Provide Habitat for Spotted Owl Prey Species and Spotted Owl Nesting Structures**

| Size Class | Desired Quantities of Snags per Acre | Total Basal Area (ft²/ac) |
|---|---|---|
| 13" -20" DBH | 5-10 | 10-20 |
| 20" + | 4 | 10-20 |

The proposed non-commercial treatments would retain the majority of dominant or legacy trees alive, which may result in a lower quantity of snags within the stand, with the intent of balancing the need for large trees, both large alive and dead. Created snag amounts would not exceed 40ft²/ac. Snags would place placed throughout the stands or in small groups. No murrelet platform trees would be considered for snag creation, or any trees with interlocking branches. Gaps larger than 0.25 acre will be farther then 150 ft from murrelet platform trees. No work is planned within murrelet critical habitat.

Once treatment is complete the stands will be inspected by fuels specialists, and if fuels are a concern then hand piling and burning may occur in limited situations, and PDFs would apply. After 3 to 5 years, activity fuels would break down, begin to decay and surface loading would return to pre-harvest levels (Lawrence 2020). The removal of trees from the thinning units would result in wider tree spacing, lower crown bulk densities and less fuel continuity.

## 2.5.4  Riparian Reserves

The stands proposed for RR treatment are in the same over stocked conditions described in the LSR; however, the final goal of treating the RR is to deliver larger stable wood in comparison to the complex stand conditions desired in the LSR. To achieve this, the proposed thinning in the outer zone of RR would reduce suppression and competition mortality; therefore, releasing the remaining conifers to increase in size more quickly. Trees left in the harvested portions of the outer zone would remain available for instream wood recruitment by the same mortality processes as before harvest, such as wind, fire, insects or disease (Harmon et al. 1986). As with the LSR, the greatest benefit in the RR thinning is observed when stands are thinned earlier than later. For example 20 years after thinning a 40 year old stand, outer zones attain approximately 6,800 cubic feet of wood in trees greater than 20" DBH compared to 6,200 cubic feet under No Action, and over time a greater proportion is coming from trees over 30" DBH when thinning has occurred. While the total cubic feet following thinning in stands age 60 and older is modelled as less than not thinning, the percentage of trees larger than 30' dbh would increase in the decades following thinning. Since the goal is for large structure to reach the stream, in some cases following field review, fisheries biologists determined that this trade-off was warranted. The current average trees per acre (TPA) across all stand types in RRs selected for treatment ranges is from 113 to 243. Following commercial and non-commercial treatment in RRs in selected units, the average RD across all stand types would range from 20 to 40. The average post vegetation treatment tree height in RRs would remain unchanged.

Table 2-16 displays the total volume of wood in cubic feet available for recruitment to streams from the outer zone of riparian reserves from trees greater than 20" DBH and 30" DBH. They are presented at 20 year intervals under a thinning and no action scenario. The percentages shown in the CU Ft over 30" shows how much of the wood greater than 20" is available in trees over 30" DBH. Refer to section 3.2 of this report and the fisheries specialist report (reference) for more discussion.

59

**Table 2-16. Total Volume of Wood Available for Recruitment to Streams from the Outer Zone Riparian Reserves**

| 40 Year Old Stands | No Action | | Thinning (30 RD, Mid-Range) | |
|---|---|---|---|---|
| | CU Ft over 20" | CU Ft over 30" | CU Ft over 20" | CU Ft over 30" |
| Year 0 | 900 | 200 (22%) | 900 | 200 (22%) |
| Year 20 | 6,200 | 400 (6%) | 6,800 | 400 (6%) |
| Year 40 | 13,100 | 2,100 (16%) | 14,100 | 3,800 (27%) |
| Year 60 | 18,400 | 6,800 (37%) | 19,000 | 10,500 (55%) |

| 50 Year Old Stands | No Action | | Thinning (30 RD, Mid-Range) | |
|---|---|---|---|---|
| | CU Ft over 20" | CU Ft over 30" | CU Ft over 20" | CU Ft over 30" |
| Year 0 | 2300 | 0 (0%) | 2300 | 0 (0%) |
| Year 20 | 7,700 | 400 (5%) | 7300 | 600 (8%) |
| Year 40 | 13,300 | 3,000 (23%) | 11,700 | 5,000 (43%) |
| Year 60 | 18,000 | 7,700 (43%) | 17,000 | 11,700 (69%) |

| 60 Year Old Stands | No Action | | Thinning (30 RD, Mid-Range) | |
|---|---|---|---|---|
| | CU Ft over 20" | CU Ft over 30" | CU Ft over 20" | CU Ft over 30" |
| Year 0 | 4,800 | 800 (17%) | 2300 | 800 (17%) |
| Year 20 | 10,300 | 2,700 (26%) | 4,800 | 1,900 (40%) |
| Year 40 | 15,700 | 6,300 (40%) | 8,200 | 4,400 (54%) |
| Year 60 | 19,800 | 11,500 (58%) | 12,500 | 8,600 (69%) |

| 70-90 Year Old Stands | No Action | | Thinning (30 RD, Mid-Range) | |
|---|---|---|---|---|
| | CU Ft over 20" | CU Ft over 30" | CU Ft over 20" | CU Ft over 30" |
| Year 0 | 6,000 | 1,100 (18%) | 6,000 | 1,100 (18%) |
| Year 20 | 10,100 | 3,900 (39%) | 5,000 | 2,600 (52%) |
| Year 40 | 14,200 | 7,500 (53%) | 8,000 | 5,200 (65%) |
| Year 60 | 17,700 | 11,800 (67%) | 11,600 | 8,000 (69%) |

60

### 2.5.5 Roads

All new road construction to access LSRs will be decommissioned (about 75% of new road construction); however, roads to access HLB will remain open post-project completion (about 25% of new road construction).

## 2.6 INTERRELATED AND INTERDEPENDENT ACTIONS

No actions would be interrelated to the proposed action. Future access and hauling along existing roads within the planning area would be interdependent to road renovation/improvement and new road construction activities of the proposed action.

## 2.7 CONTEMPORANEOUS FEDERAL ACTIONS

There is one known contemporaneous federal action within the project area; the Pacific Gas Connector Pipeline (Pipeline). Federal Energy Regulatory Commission (FERC) issued an Environmental Impact Statement on the environmental impacts of the Jordan Cove Energy Project to build a liquefied natural gas export terminal on the North Spit of Coos Bay. The 36-inch pipeline designed to transport natural gas between two terminals will cross approximately 40 miles of BLM-managed lands. The EIS prepared by FERC describes the proposed project, existing environmental conditions, potential impacts from the pipeline, and the requirements to mitigate the impacts.

The pipeline will intersect the project area of BWE and BLM evaluated the impacts by action area for marten, murrelets, and owls. The marten action area intersect 302 acres of pipeline ROW, and intersects with proposed treatment units (project footprint), which was used as a proxy for habitat, 15 acres or 5% of 302 acres.

The murrelet nesting action area intersects with 74 acres of the pipeline ROW; of which 18 acres (24%) are suitable habitat and 17 acres (23%) are occupied acres. The spotted owl nesting action area intersected with 383 acres of the pipeline ROW; of which 66 acres are NRF or RF, 17% of the total 383 acres. Table 2-17 summarizes the amount of acres that could be removed for each species and their specified action areas(AA) by the pipeline Right-of-Way (Row) within the BWE project area (see **Error! Reference source not found.** for map of areas). Analysis could be the same acres repeated because they are overlapping.

**Table 2-17. Summary of Habitat Acres by Species Impacted by the Pipeline ROW Within the BWE Project Area**

| Species | Analysis Area | Total Acres Intersect with Pipeline ROW per AA | Habitat type | Habitat Acres intersecting pipeline | % Habitat acres/total acres intersecting pipeline |
|---|---|---|---|---|---|
| Coastal Marten | Home Range (1.57 miles) | 302 | Project Footprint | 15 | 5% |
| Marbled Murrelet | Nesting (0.25 miles) | 74 | Suitable | 18 | 24% |
| | | | Occupied | 17 | 23% |
| Spotted owl | Nesting (1.5 miles) | 383 | NRF, RF | 66 | 17% |

61

AR 02364

**Figure 13. Wildlife Analysis Area and Pipeline**



## 2.8   MANAGEMENT STANDARDS

AR 02365

Project design features (or design features) are site-specific mandatory measures, restrictions, requirements, or mitigations included in the design of a project to reduce, if not eliminate, adverse environmental impacts. This section describes the design features the BLM would implement as part of the proposed project; the BLM would include these design features as contract provisions in contracts associated with the timber sale to avoid, minimize, or mitigate impacts on resources. The following design features are included as part of the proposed project and are in additional to the required best management practices (BMPs)

Unless otherwise noted, or not applicable, all standards would apply during the entire life of the proposed action of approximately (but not limited to) 3-6 years. In coordination with the authorized officer, the unit biologist would ensure any single or collective changes in management standards would not result in a change in the manner or extent of effects to listed species analyzed in this assessment. *Species-specific management is discussed under the standards for each species.*

## 2.8.1  General Standards

A complete list of Standards can be found in the Environmental Assessment.  Below we list only those standards that relate specifically to the spotted owl, murrelet, or coastal marten.

**Note**: we include references to no-treatment buffers and no-touch buffers.  These are defined as follows.

*No-treatment* buffers means that no harvest would be conducted in the buffer including tree felling or snag creation.  However, roads or yarding corridors may be located within no-treatment buffers within the parameters of the relevant Standards below.

*No-touch* buffers means that no work associated with the timber activity would occur within the buffer, including roads and yarding corridors.

**Standards Common to all Activities**
1. Per the RMP (pg. 62), trees ≥40" DBH and established before 1850 will be retained, except where falling is necessary for safety or operational reasons and no alternative harvesting method is economically viable or practically feasible. If such trees need to be cut for safety or operational reasons, retain cut trees in the stand. Trees which do not meet this criterion but which have structure that may support murrelet nesting may be removed, although these trees, and the trees surrounding them that maintain their microclimate, will be prioritized for retention when possible.
2. The BLM will evaluate all proposed units and up to 110 yards (330 feet) outside of proposed units to identify murrelet trees prior to treatment.  (If the nearest murrelet tree is closer to the unit, evaluating the full 110 yards may not be necessary.)
3. Secure or remove food, food trash, and garbage generated by workers daily in project areas to minimize attraction of predators, specifically corvids.

**Standards Common to all Harvest Land Base Harvest Activities**
4. Murrelet survey protocols would be conducted prior to the <u>removal of trees</u> with murrelet nesting platforms, or the direct modification of murrelet nesting habitat.

63

AR 02366

    a. If the survey results in a no occupancy determination: HLB regeneration and commercial thinning would continue as proposed in this assessment.

    b. If the survey results indicate stand occupancy: The stand would be delineated per the 2016 RMP (p. 98) and no HLB treatments would occur in the occupied stand, or within 300-feet of the occupied stand.

5. <u>Adjacent to murrelet *stands* occupied prior to 2016:</u> No-treatment buffers are not required.

6. Adjacent to murrelet stands occupied after 2016: No HLB treatments would occur within 300 feet when adjacent to regeneration harvest.  A 150 ft. no-treatment buffer will be maintained when adjacent to commercial thinning of the delineated stand, regardless of habitat conditions.

7. If surveys are not conducted on individual murrelet trees (that will not be removed) or groups of six or less murrelet trees within a 5-acre portion of the stand, a 300-ft no treatment buffer around regeneration harvest and 150 ft. no-treatment buffer around commercial thinning will be maintained.  Seasonal and daily timing seasonal restrictions would be required.

    a. Buffer could be used for basal area retention.

        i. Yarding Corridors could be approved within the buffer, but

        ii. Murrelet tree and trees with interlocking branches have a no-touch protection within the buffer

8. <u>Adjacent to surveyed unoccupied murrelet *nesting structure*:</u> No-treatment buffers would not be required.

9. A portion of the retention will be located preferentially adjacent to trees with murrelet structure in adjacent stands that were designated as occupied prior to the 2016 RMP when feasible.

10. Seasonal and daily timing restrictions are required as described in Section 1.6 and PDFS, for all work that may cause disruption of an occupied spotted owl nest patch, occupied murrelet nesting habitat, or unsurveyed murrelet or spotted owl nesting habitat.

11. If a single murrelet tree is identified during project implementation, the tree and trees with interlocking branches will be retained.  All work would have seasonal and daily timing restrictions.  This PDF would apply to no more than three trees for the entire project included in this BA (including LSR).  If more than three trees are identified additional consultation with the USFWS would be required.

**Standards Common to All Late Successional and Riparian Reserve Commercial Harvest Activities**

12. A biologist will field review all units prior to layout to verify on-the-ground conditions and ensure that treatments occur in stands that meet model descriptions and will benefit from thinning.

13. Application of no-treatment buffers adjacent to (within 150 feet of) murrelet nesting structures, either inside or outside the harvest unit boundary:

    a. <u>Adjacent to occupied (either previous or current surveys) or unsurveyed nesting structures</u>: No timber harvest will occur within 150 ft of murrelet nesting structure, unless the biologist reviews the buffer and determines that the proposed treated and occupied or unsuitable surveyed habitat do not interact, for instance due to topography or canopy height.

    b. <u>Adjacent to occupied (either previous or current surveys) or unsurveyed suitable habitat, proposed harvest units with an FOI age of 70 or older: a</u> 150 foot buffer will be applied based on the actual location of the suitable occupied stand edge based on a LiDAR analysis and field verification.  A no treatment buffer will be placed within 150 ft of <u>occupied (either previous or current surveys) or unsurveyed suitable</u> murrelet nesting

64

AR 02367

habitat, unless the biologist reviews the buffer and determines that the proposed treated and occupied or unsuitable surveyed habitat do not interact, for instance due to topography or canopy height.

    c. <u>Adjacent to surveyed unoccupied nesting structures</u>: Thinning could occur directly adjacent to trees with nesting habitat; however, the murrelet tree and trees with interlocking branches will not be removed.

14. The BLM will attempt to place yarding corridors farther than 150 feet from trees with murrelet structure, but this may not be possible in all cases. Yarding corridors will be located as to avoid murrelet trees and interlocking trees with murrelet structure as practicable. The BLM will attempt to place yarding corridors so that the tree with murrelet structure and trees with interlocking branches are not removed. In rare cases, the corridor may be placed directly adjacent to a murrelet tree or even require murrelet tree removal. Any cut murrelet trees will be left on-site. Should a tree with nesting structure, or a tree with interlocking branches, need to be removed the following would apply:

    a. Felling would be restricted to outside the full breeding season (April 1- Sept 15) unless protocol surveys have determined the stand to be unoccupied.

    b. The stand with nesting habitat would continue to support future murrelet nesting.

    c. Yarding corridors would not be placed through stands of 6 or more murrelet trees in a 5-acre area. The yarding corridor may be placed so that it transects the buffer on the edge of a patch of 6 trees in 5-acres.

15. Seasonal and daily timing restrictions are required as described in Section 1.6 and PDFS, for all work that may cause disruption of an occupied spotted owl nest patch, occupied murrelet nesting habitat, or unsurveyed murrelet or spotted owl nesting habitat.

16. If a single murrelet tree is identified during project implementation, the tree and trees with interlocking branches would be retained. All work would have seasonal and daily timing restrictions. This PDF would apply to no more than three trees for the entire project included in this BA (including HLB).

## Standards Common to all Late Successional Reserve Non-Commercial Harvest Activities

17. A biologist will field review all units prior to layout to verify on-the-ground conditions and ensure that treatments occur in stands that meet model descriptions and will benefit from treatment.

18. All trees cut will remain on site unless the fuels specialist determines that the downed material represents a fire risk, in which case it would be hand-piled and burned following fire PDF's to avoid disruption.

19. All stands would retain at a minimum 60% canopy cover at the stand level, with no more than a 10% reduction over pre-treatment conditions.

20. Individual tree felling is limited to 1 acre or smaller openings.

21. Group selects, gaps, and/or individual tree felling of a ¼ acre or larger will be at least 150 ft from trees with murrelet nesting structure.

22. Seasonal and daily timing restrictions are required as described in Section 1.6 and PDFS, for all work that may cause disruption of an occupied spotted owl nest patch, occupied murrelet nesting habitat, or unsurveyed murrelet or spotted owl nesting habitat.

## Standards Common to All Riparian Reserve Tree Tipping

23. All RR restoration work will be in compliance with ARBO II (pp. 28-30).

24. Seasonal and daily timing restrictions are required as described in Section 1.6 and PDFS, for all

65

AR 02368

work that may cause disruption of an occupied spotted owl nest patch, occupied murrelet nesting habitat, or unsurveyed murrelet or spotted owl nesting habitat.

**Road Management**

25. All currently open roads or roads planned for light renovation would not be seasonally restricted since vehicles can currently pass on these roads.
26. When possible, new roads will be designed to avoid removal of remnant trees, trees with platforms for murrelets, or with large cavities that may support spotted owl nesting. Should a tree with murrelet nesting structure, or an adjacent tree with interlocking branches need to be removed, the following restrictions would apply:
    a. Removal would be restricted to outside the full breeding season (April 1- Sept 15) unless protocol surveys have determined the stand to be unoccupied.
    b. The stand with nesting habitat would continue to support future murrelet nesting.
27. Seasonal restrictions are required for construction activities and haul on new roads or roads that received heavy renovation through murrelet occupied or unsurveyed suitable habitat as described in Section 1.6.

**Standards for Burning Activities**

28. Burning would be seasonally restricted for units that are within 0.25 mile of un-surveyed suitable or occupied murrelet habitat during the critical breeding period. Daily timing restrictions would be implemented for the remainder of the breeding season (Section 1.6).
29. Should the BLM determine the presence of an occupied spotted owl nest patch or activity center through protocol survey efforts, burning would be seasonally restricted within 0.25 miles of spotted owl NRF and/or RF habitat within the occupied nest patch or activity center of the known site for the critical breeding period.
30. Seasonal restrictions are required as described in Section 1.6.

## 2.8.2  Standards Specific to Coastal Marten

a. If a marten is observed in the BWE marten action area, by a reliable source as verified by BLM, the USFWS will be notified and additional camera traps may be utilized to confirm sighting, and if possible, to determine denning. If denning is determined, additional consultation will be coordinated between BLM and USFWS.

## 2.8.3  Standards Specific to Marbled Murrelet

31. Avoid disruption by seasonally restricting activities within the appropriate disruption distance of *occupied or unsurveyed nesting habitat*, as described in Table 2. This includes chainsaw and heavy equipment use, and prescribed burning. Habitat surveyed determined unoccupied does not require seasonal restrictions.
32. Tailhold use in murrelet occupied or unsurveyed suitable sites:
    Seasonal and daily timing restrictions would be applied to any use of tailhold, guyline, or lift trees within a murrelet occupied site.
    Selection of tailhold trees would be subject to the following specifications:
    o Select the smallest acceptable trees.
    o As operationally feasible, avoid trees that:
        ▪ Have a DBH > 34 inches

66

ER-734

AR 02369

- ▪ Have visible nests, or nesting structures (e.g., platforms).
- ▪ Are the only large conifer present in a visible area.
- o If the tailhold tree(s) would remain standing, prevent damage by using appropriate protection (i.e., tree plates, tires, or nylon straps) where possible to avoid girdling of the tree. Girdling or notching should not exceed 60 percent of the trees circumference.

### 2.8.4 Standards Specific to Northern Spotted Owl

33. Following two years of full six-visit surveys, spot checks, required per the USFWS protocol (USDI-FWS 2012), will continue within one-quarter mile of the proposed timber sales until the completion of the timber sales (when harvest is complete or a decision has been made not to harvest them). Per the protocol, after two years of spot checks, BLM will discuss with the USFWS annually whether six-visit visits should be reinitiated or whether spot checks can continue. Each year of surveys (either 6 visit or spot checks), known owl activity center will receive an activity center search.
    a. If protocol surveys determine occupancy of a site by a resident single or pair, no treatment units will occur within the nest patch or core. A biologist will review if the unit is within the home range to determine if the treatment can occur.
    b. If future surveys document movement of an owl site center, a change in occupancy status, or a new owl site, the BLM will discuss this change with the USFWS to determine whether additional measures are necessary to ensure that take will not occur. The timber sale will be altered if necessary, to ensure that the timber sale is in compliance with the RMP (i.e. no-take).
34. If a new or moved spotted owl site becomes occupied, the BLM would consult with the USFWS to ensure compliance with section 7 consultation before implementing the proposed actions in this document.
35. If the Bear Pen, Elk Loop, or Brownson Headwaters sites were to be surveyed as occupied, the BLM would not go forward with the proposed actions within the core unless two years of additional six-visit surveys found the site to be unoccupied in the future. Outside of the core, the BLM would implement timing restrictions within the disruption distance of the core during the critical breeding season.
36. If the Kincheloe Quarry or Remote site were to go occupied, the BLM would drop all commercial harvest in these units, with the exception of the proposed regeneration harvest unit The Belieus, which is on the edge of the home range of both sites, separated from BLM land by nearly a mile of private timberland. Because the impact of non-commercial treatments in the inner riparian zone is small due to the limited number of trees cut and the narrow band where it occurs, non-commercial treatments in the riparian zone outside of the core areas could still occur with seasonal timing restrictions.
37. Avoid disruption by seasonally restricting activities within the appropriate disruption distance from an *occupied nest patch or unsurveyed nesting habitat*, as described in Section 1.6. This includes chainsaw and heavy equipment use, and prescribed burning. Habitat surveyed and likely unoccupied does not require seasonal restrictions.

## 2.9    MONITORING

**APPLICABLE TO THE SPOTTED OWL, MARBLED MURRELET, and COASTAL MARTEN**

**NEW INFORMATION**

67

Consistent with direction and authority under BLM "E-3 Special Provisions (USDI-BLM 2016b)" and ESA triggers for re-initiation of consultation; any new spotted owl or murrelet locations or other information (e.g., occupancy, breeding, activity locations) would be immediately considered to ensure that the proposed action does not affect these species in manner or degree not discussed in this assessment. E-3 Special Provisions ensure that BLM retains contractual authority to implement such protections (changes in project design or timing) if applicable.

*Also see below regarding triggers for re-initiation of consultation.*

**REINITIATON OF CONSULTATION**
The USFWS and the Level 1 Team rely on the unit wildlife biologist to ensure that the implemented action implemented remains consistent with this assessment, the biological opinion and does not trigger re-initiation of consultation (see below).

If the unit biologist determines that the effect of a proposed project would exceed the level stated in this assessment, the BLM would discontinue the action, or modify the action to conform to the determination in this assessment, and, if necessary, reinitiate consultation on the action. The biologist would inform the authorized officer of any known modified determination(s) of effect and the aforementioned requirements.

As provided in 50 CFR Part 402, four situations trigger the need to reinitiate consultation on a proposed project:

- The amount or extent of incidental take is exceeded.
- New information reveals effects of the agency action that may affect listed species or critical habitat in a manner or to an extent not considered in this assessment.
- The BLM action is subsequently modified in a manner that causes an effect to listed species or critical habitat not considered in this assessment
- A new species is listed or critical habitat designated that may be affected by the action.

The unit biologist would monitor and, as necessary, review implementation, management standards and new information to inform the authorized officer and the USFWS of any requirement to reinitiate consultation. The USFWS and Level 1 Team would be available to assist in any such review.

The unit biologist also might modify (increase or decrease) a determination of effect or a management standard based on new site-specific information, including current survey data. In all cases, the biologist would document their determination and rationale in the case file. Before any lowering of an effect determination or waiving of a management standard, the biologist would get the approval of their Level 1 Team or USFWS representative.

**APPLICABLE TO TIMBER SALES**
Consistent with standard processes of the South Coast Level 1 team and the USFWS, while the multi-year proposed action is being implemented, annual monitoring would be conducted. Monitoring would report project implementation; confirm that the proposed action is being implemented as intended; and ensure that reinitiation of consultation is not required. Upon project completion, a final monitoring report would document pertinent final details regarding implementation of the proposed action and verify all effects determinations in this assessment.

68

AR 02371

# 3.0  ENVIRONMENTAL BASELINE

Regulations implementing Section 7 of the ESA (50 CFR Part 402) define the environmental baseline as the past and present impacts of all federal, state, or private actions and other human activities in the action area. The action area under 50 CFR Part 402 is defined as "all areas to be affected directly or indirectly by the federal action and not merely the immediate area involved in the action." For the purposes of this assessment, the action area has been identified for each species.

## 3.1    COASTAL MARTEN

The coastal marten is a medium-sized carnivore in the weasel family that is associated with mature complex forests in coastal northern California and coastal Oregon. The Service proposed listing the Coastal Distinct Population Segment (DPS) of marten as threatened on October 9, 2018 (USDI-USFWS), and a final rule was published on October 8, 2020, with the listing effective on November 9, 2020 (85 FR 63806). Critical habitat has not been proposed for coastal marten; therefore, it will not be evaluated in this document. In addition to the proposed rule, information within two comprehensive literature syntheses and evaluations on coastal martens are utilized herein and informs our analyses (Moriarty et al. 2019, Slauson et al. 2019a). In July 2018, a species status assessment was completed by the Service (USDI-USFWS). We relied on the SSA extensively.

### 3.1.1  Regional

Historically, the marten was found in mixed conifer forests throughout coastal Oregon and northern California. The known contemporary populations occur within four distinct areas (Extant Population Areas or EPAs) and are associated with three general vegetation types: 1) Shore pine/dune habitats found in the Central Coast Oregon EPA, 2) mature mesic complex forests, 3) mesic forests with serpentine habitats with dense shrub cover (As reviewed inUSDI-USFWS 2018pp. 79-83, Moriarty et al. 2019pp. 13-14, Slauson et al. 2019bp. 61) both of which are found in the Southern Coastal Oregon, Oregon/California Border and North Coast California EPAs. Population estimates outside the dune forest habitat west of U.S. Highway 101 are unknown, but are estimated to not exceed 100 individuals (Slauson pers. comm, Moriarty pers. comm as cited in USDI-USFWS 2018p. 85, Slauson et al. 2019a, Slauson et al. 2019b).

**Known Extant Populations and Verified Detections**
The proposed project area is located 13 miles north from the Southern coastal Oregon EPA (Dugger et al.), 16 miles east from the Cape Blanco EPA, and 20 miles southeast from the Central Coast Oregon EPA (Manning et al. , USDI-USFWS 2018) , as shown in **Figure 14**

There are six historic detections from 1984-2018 within the marten action area from BLM GeoBOB records (USDI-BLM 2019a) from reliable sources. To evaluate the presence of marten in the action area for this project, the BLM completed three phases of camera trap surveys in 2019 and 2020 with no detections of marten, based on a revised protocol based on recent research; *See section 3.7.2.3 Survey efforts for summary and See* **Error! Reference source not found.**.

69

AR 02372