

AR 02473

# Appendix C: Coos Bay District managed block area methods and Analysis (MBAs) for Coastal Marten

Managed block Areas (MBAs) are defined as areas on the district supporting more than 70 percent federal or state managed lands within a 500 ha (2.53 km diameter) home range area located within the historical range but outside the known population areas. Our GIS analysis did a nearest neighbor analysis to identify areas of managed blocks areas within the marten analysis area.

Martens are sensitive to a highly fragmented, logged landscape. As described in Slauson et al. (2019a), a majority (> 70 percent) of marten detections of Humboldt marten detections have occurred in large patches (> 80 ha, 197 acres) of mature Douglas fir stands with a dense shrub understory. Coastal martens in Oregon have been detected in serpentine and shorepine habitats with dense shrub layers (Moriarty et al. 2016a). Martens rely on the dense shrub layers to provide cover while hunting and for protection from predators (USDI-USFWS 2018).

Gabriel et al. (2012) found that American martens select for home ranges supporting 70 percent or more suitable habitat, with a strong connection between home range habitat quality and individual fitness. While suitable habitat can vary from Doulas-fir dominated to serpentine and coastal shorepine forest, all habitat types used by marten support shrub cover and an abundant prey base (Slauson et al. 2007). In California, a small telemetry study indicates the Humboldt marten selected for home ranges with large patches (>150 ha) of older forests with a dense (>70 percent) ericaceous shrub cover and selected against stands in earlier successional states (Slauson et al. 2007). Home range size varies depending on the quality of available habitats, with the largest home ranges in highly fragmented landscapes (Slauson et al. 2019a).

Fragmentation appears to increase the risk of marten predation and requires a higher energetic output during foraging (Moriarty et al. 2016b). Martens avoid openings and recently thinned stands (Moriarty et al. 2016b), including regenerating stands. As the Conservation Assessment summarizes, "where clearcut harvesting is practiced, reduced populations can be expected for ≥40 years if >25 to 30 percent of the forest is composed of regenerating stands (Slauson et al. 2019a)". Additionally, North American martens dispersing in a fragmented, logged landscape have increased dispersal distances and higher predation rates (Slauson et al. 2019a). Slauson *et al*., (2007) found a 10 percent increase in logging reduced marten detections by 23 percent.

The Coos Bay BLM developed Managed Block Areas (MBAs) to highlight portions of the district with higher federal or state management; thus, these areas would have a higher likelihood of support a marten home range. This analysis comprises a "first cut" look at the district. MBAs require further habitat analysis to determine project effects on coastal martens.

Martens in a fragmented landscape have larger home ranges than those in contiguous, unlogged stands. The largest recorded marten home range (1,000 ha) in coastal Oregon and California occurred in a landscape extensively fragmented by logging (Slauson et al. 2019a). In comparison, the average male home range in unlogged, contiguous stands is 300-500 ha. While most of the Coos Bay district is highly fragmented (individual section patches, further fragmented through past harvest regimes), contiguous blocks do exists. To identify these areas with potentially less fragmentation, the BLM completed a raster analysis based on the 500 ha home range (2.53 km diameter circle). This represents the large end of marten home ranges in a less fragmented landscape.

The Coos Bay BLM completed a fragmentation analysis of the district based on the following assumptions:

1) Private, industrial timber lands do not support marten habitat due to intensive regeneration harvest management.

AR 02474

2) Martens select for home ranges supporting at least 70 percent habitat (Slauson et al. 2019a)
3) Federal and State protected lands (Elliot State Forest, State Parks, etc.) have the potential to support marten habitat
4) Managed Block Areas (MBAs) are the only locations outside known populations and documented detections with the potential to support a marten home range on the Coos Bay District.
5) MBAs are identified by areas supporting > 70 percent state or federal management within a 500 ha home range scale, a conservative estimate for identifying home ranges in a highly fragmented landscape. Further habitat and fragmentation analysis of the state and federal managed lands is required to determine if a portion of an MBA is actually suitable for a marten.

The Coos Bay BLM completed a nearest neighbor raster analysis of ownership on the Coos Bay district. The analysis was based on a 30-meter raster of federal/state lands (1's) and private lands (0's). Similar to the district's Potential Owl Core Area analysis, cells were averaged in a 1.26 km radius circle (500 ha circle). Raster cells with a greater than 0.7 mean in the neighbor analysis support 70 percent or more federal and state managed lands. These areas are defined as Managed Block Areas.
This analysis will likely improve over time, as the model does not currently include habitat conditions or patch size and arrangement; however, at this time the Coos Bay BLM is conservatively assuming that these blocks have the potential to support martens. Proposed and on-going projects within the Managed Block Areas warrant further habitat review.

Projects outside these MBAs do not have enough federal or state managed lands to support a marten home range.

172

AR 02475

## Appendix D: Murrelet Table of Occupied sites within Action Area

This table includes all occupied murrelet sites within the footprint or action area of proposed LSR and RR actions, and within 150 feet of proposed commercial thinning and within 300 feet of proposed regeneration harvest. The table totals do not include overlap in the edge effects between the regeneration and commercial harvests.

**Occupied murrelet sites overlapping the action area.**

| | Occupied sites | 1)Total* Acres of Occupied sites that overlap AA | 2)Total Acres in AA** | 3) Acres[†] w/in 300ft of Regeneration Harvest (outside of units) | 4) Acres[†] w/in 150ft of CT (outside of units) | 5) Occupied sites intersect CT units, Acres |
|---|---|---|---|---|---|---|
| | 55 Sites | 7362 | 4774 | 64.05 | 350 | 0 |
| Occupied Site Name | Occupied MSNO | Total* Acres | Acres in AA** | Acres[†] w/in 300ft | Acres[†] w/in 150ft | Acres within units |
| AXE CR | C3006 | 330 | 221 | | 16 | |
| AXE CR HDWTR | C3015 | 63 | 83 | | 3 | |
| AXE CR S | C3016 | 21 | 156 | | 6 | |
| BEAR PEN CR | C3017 | 195 | 22 | | 18 | |
| BEAR PEN CR BOOT | C3018 | 61 | 41 | | 16 | |
| BEAR PEN CR U | C3019 | 110 | 73 | 6.86 | 11 | |
| BEAR PEN HDWTR | C3020 | 423 | 27 | | 16 | |
| BEAR PEN MAINSTEM | C3021 | 447 | 195 | | 4 | |
| BIG BROWNSON RIDGE | C3022 | 8 | 249 | | | |
| BIG CR M | C3023 | 35 | 63 | | | |
| BIG CR MAIN | C3036 | 66 | 21 | | 14 | |
| BIG CR MID NORTH | C3039 | 57 | 53 | | | |
| BIG CR TRIB | C3040 | 84 | 111 | | 7 | |
| BIG CR TRIBS WEST | C3041 | 176 | 159 | | 4 | |
| BIG CR UPPER W | C3042 | 176 | 248 | | 8 | |
| BIG KING TRIBS | C3043 | 199 | 204 | | 10 | |
| BRIDGE SHOP | C3047 | 180 | 24 | | | |
| BROWNSON CR | C3049 | 74 | 28 | | 22 | |
| BROWNSON CR N | C3050 | 277 | 71 | | 16 | |
| BROWNSON CR U | C3052 | 41 | 170 | | 15 | |
| BUZZARD ROCK | C3053 | 22 | | | | |
| CROSBY RD SE | C3054 | 35 | 145 | | | |
| ELK BIG RIDGE A | C3058 | 330 | 132 | | 3 | |

173

ER-841

| | | | | | |
|---|---|---|---|---|---|
| ELK BIG RIDGE B | C3059 | 182 | 40 | | |
| ELK CR L E | C3060 | 9 | 61 | | 4 |
| ELK CR L NE | C3061 | 68 | 30 | | 8 |
| ELK CR L S | C3062 | 208 | 9 | | 18 |
| ELK CR M E | C3063 | 45 | 49 | | 1 |
| ELK CR M NW | C3064 | 104 | 25 | 7.27 | 4 |
| ELK CR M SE | C3066 | 214 | 48 | | 7 |
| ELK CR M SW | C3072 | 113 | 102 | | 7 |
| ELK CR MOUTH | C3073 | 31 | 77 | | 4 |
| ELK CR RDG RD | C3075 | 50 | 45 | | 6 |
| ELK CR S FK | C3076 | 43 | 138 | | 1 |
| ELK CR U N A | C3079 | 176 | 1 | | 10 |
| ELK CR U N B | C3080 | 250 | 2 | | 7 |
| ELK CR U N C | C3086 | 146 | 81 | | 6 |
| ELK CR UPPER HOOK | C3093 | 102 | 249 | | |
| Elk Loop | C3097 | 67 | 116 | | 1 |
| ELK LOOP RD A | C3101 | 217 | 59 | | |
| ELK LOOP RD B | C3116 | 116 | 11 | | |
| FALL CR | C3117 | 158 | 103 | | 11 |
| FALL CR L | C3118 | 94 | 86 | | 10 |
| FALL CR S | C3120 | 176 | 5 | | |
| FALL CR TRIB | C3121 | 91 | 66 | | 4 |
| FALL KING TRIBS | C3122 | 89 | 8 | | 5 |
| JONES CR RD | C3123 | 40 | 364 | | 9 |
| MID FK COQUILLE | C3124 | 119 | 137 | 26.77 | 3 |
| MILL CR TRIB | C3125 | 27 | 63 | 23.15 | 4 |
| STEEL CR W | C3126 | 157 | 59 | | |
| WEEKLY CR SW A | C3134 | 220 | 27 | | |
| WEEKLY CR SW B | C3135 | 128 | 76 | | |
| WEEKLY CR SW C | C3136 | 193 | 44 | | 26 |
| WEEKLY CR SW D | C3147 | 199 | 31 | | |
| WEEKLY ELK RDG | C3165 | 120 | 67 | | 3 |
| **TOTALS** | | **7362** | **4774** | **64.05** | **350** |

*Total acres of the entire occupied sites that overlap action area, including acres of the occupied site outside of the murrelet action area.

**Acres of the occupied site within the murrelet action area.

†Acres of occupied sites that were identified prior to the 2016 RMP within 300 feet of proposed harvest.

174

## Appendix E: Murrelet Occupied sites and New Road Construction

Maps illustrate new road construction (highlighted in orange and buffered for visual highlight) in occupied murrelet sites, by page. Each page has a base map with murrelet habitat, ownership, and BWE planned units, bottom left is a liDAR photo of tree heights, and bottom right is a 2018 air photograph.

### BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name: ELK CR U N A



## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name: ELK CR L S



AR 02479

## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
### Occupied Site Name: BIG KING TRIBS



## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
### Occupied Site Name: ELK CR M SW



178

ER-846

AR 02481

# BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
## Occupied Site Name:



## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name:



# BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
## Occupied Site Name:



181

AR 02484

## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name:



182

ER-850

AR 02485

# BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
## Occupied Site Name:



183

AR 02486

## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name:



AR 02487

## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name: MILL CR TRIB



185

AR 02488

## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name: BEAR PEN CR U



## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name: BEAR PEN CR U



187

AR 02490

# BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
## Occupied Site Name: MILL CR TRIB



188

AR 02491

## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name:



189

AR 02492

## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
### Occupied Site Name:



190

ER-858

AR 02493

## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name:



191

AR 02494

## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name:



AR 02495

# BWE ROADS (New Construction or Heavy Reno)- MAMU habitat

## Occupied Site Name:



## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name:



194

AR 02497

# BWE ROADS (New Construction or Heavy Reno)- MAMU habitat

## Occupied Site Name: ELK CR M SW



AR 02498

## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat

Occupied Site Name: BIG KING TRIBS



# BWE ROADS (New Construction or Heavy Reno)- MAMU habitat

Occupied Site Name: ELK CR L S



197

AR 02500

## BWE ROADS (New Construction or Heavy Reno)- MAMU habitat
Occupied Site Name: ELK CR U N A



AR 02501

## Appendix G: Spotted Owl Sites Detail Maps



199

AR 02502



200

AR 02503



201

AR 02504







204

AR 02507





**Appendix H: Murrelet prescription table by LUA**

Table H: Effects to Murrelet Habitat by LUA and age class

| | Stand Age Class | Unsurveyed and Surveyed Unoccupied Suitable* | Designated Occupied Habitat that is Suitable | Designated Occupied Habitat that is **not** Suitable | Non-habitat | Total Acres | CHU |
|---|---|---|---|---|---|---|---|
| **Land Use Allocation** | | **Acres** | | | | | |
| **Project Size All LUA's Combined** | | 254 | 0 | 1 | 3,353 | **3,607** | 58 |
| *Commercial* | 40 | 0 | 0 | 0 | 780 | **781** | 0 |
| | 50 | 4 | 0 | 0 | 546 | **550** | 0 |
| | 60 | 44 | 0 | 0 | 802 | **846** | 13 |
| | 70+ | 194 | 0 | 0 | 408 | **602** | 44 |
| *Non-Commercial* | 40 | 0 | 0 | 0 | 244 | **244** | 0 |
| | 50 | 1 | 0 | 0 | 141 | **142** | 0 |
| | 60 | 5 | 0 | 0 | 171 | **176** | 1 |
| | 70-90 | 6 | 0 | 0 | 260 | **266** | 0 |
| **Harvest Land Base Total Acres** | | 228 | 0 | 0 | 498 | **727** | 57 |
| *Regeneration Harvest LITA* | 40 | 0 | 0 | 0 | 0 | **0** | 0 |
| | 50 | 0 | 0 | 0 | 0 | **0** | 0 |
| | 60 | 24 | 0 | 0 | 209 | **232** | 13 |
| | 70+ | 50 | 0 | 0 | 5 | **55** | 44 |
| *Regeneration Harvest MITA* | 40 | 0 | 0 | 0 | 0 | **0** | 0 |
| | 50 | 2 | 0 | 0 | 55 | **57** | 0 |
| | 60 | 15 | 0 | 0 | 81 | **97** | 0 |
| | 70+ | 137 | 0 | 0 | 136 | **274** | 0 |
| *Commercial Thin LITA* | 40 | 0 | 0 | 0 | 10 | **10** | 0 |
| | 50 | 0 | 0 | 0 | 0 | **0** | 0 |
| | 60 | 0 | 0 | 0 | 0 | **0** | 0 |
| | 70+ | 0 | 0 | 0 | 0 | **0** | 0 |
| *Commercial Thin MITA* | 40 | 0 | 0 | 0 | 2 | **2** | 0 |
| | 50 | 0 | 0 | 0 | 0 | **0** | 0 |
| | 60 | 0 | 0 | 0 | 0 | **0** | 0 |
| | 70+ | 0 | 0 | 0 | 0 | **0** | 0 |
| **Late Successional Reserve Total Acres** | | 0 | 0 | 0 | 1,822 | **1,823** | 0 |

207

ER-875

| | Stand Age Class | Unsurveyed and Surveyed Unoccupied Suitable* | Designated Occupied Habitat that is Suitable | Designated Occupied Habitat that is **not** Suitable | Non-habitat | Total Acres | CHU |
|---|---|---|---|---|---|---|---|
| LSR Commercial Thin*Prescription #1 | 40 | 0 | 0 | 0 | 564 | **564** | 0 |
| | 50 | 0 | 0 | 0 | 376 | **376** | 0 |
| | 60 | 0 | 0 | 0 | 357 | **357** | 0 |
| | 70-90 | 0 | 0 | 0 | 152 | **152** | 0 |
| LSR Commercial Thin Prescription #2 | 40 | 0 | 0 | 0 | 8 | **8** | 0 |
| | 50 | 0 | 0 | 0 | 0 | **0** | 0 |
| | 60 | 0 | 0 | 0 | 0 | **0** | 0 |
| | 70-90 | 0 | 0 | 0 | 68 | **68** | 0 |
| LSR Non-Commercial Thin Prescription #3 | 40 | 0 | 0 | 0 | 68 | **68** | 0 |
| | 50 | 0 | 0 | 0 | 31 | **31** | 0 |
| | 60 | 0 | 0 | 0 | 20 | **20** | 0 |
| | 70-90 | 0 | 0 | 0 | 178 | **178** | 0 |
| **Riparian Reserve Total Acres** | | 25 | 0 | 0 | 1,029 | **1,054** | 1 |
| RR Commercial Thin | 40 | 0 | 0 | 0 | 196 | **196** | 0 |
| | 50 | 2 | 0 | 0 | 116 | **117** | 0 |
| | 60 | 5 | 0 | 0 | 155 | **160** | 1 |
| | 70-90 | 6 | 0 | 0 | 47 | **53** | 0 |
| RR Non-Commercial Thin | 40 | 0 | 0 | 0 | 176 | **176** | 0 |
| | 50 | 1 | 0 | 0 | 108 | **109** | 0 |
| | 60 | 5 | 0 | 0 | 150 | **155** | 0 |
| | 70-90 | 6 | 0 | 0 | 68 | **74** | 0 |
| Tree Tipping | 40 | 0 | 0 | 0 | 0 | **0** | 0 |
| | 50 | 0 | 0 | 0 | 2 | **2** | 0 |
| | 60 | 0 | 0 | 0 | 1 | **1** | 0 |
| | 70-90 | 0 | 0 | 0 | 12 | **12** | 0 |

* All suitable habitat in HLB stands are being surveyed.

208

AR 02511

## Appendix I: Spotted owl prescription table by LUA

Table I: effects by LUA and age class. A "0" indicates a fraction of an acre would be impacted, a "-" indicates no acres would be impacted altogether.

| Land Use Allocation | Stand Age Class | NRF | RF | Disp. | Other | Total Acres |
|---|---|---|---|---|---|---|
| **Project Size All LUA's Combined** | | **72** | **153** | **3,365** | **13** | **3,604** |
| *Commercial* | *40* | 0 | 1 | 780 | 0 | **781** |
| | *50* | 0 | 0 | 548 | 2 | **550** |
| | *60* | 0 | 0 | 851 | 1 | **853** |
| | *70+* | 72 | 134 | 423 | 3 | **633** |
| *Non-Commercial* | *40* | 0 | 0 | 237 | 7 | **244** |
| | *50* | 0 | 0 | 142 | 0 | **142** |
| | *60* | 0 | 0 | 169 | 0 | **169** |
| | *70-90* | 0 | 18 | 214 | 0 | **232** |
| **Harvest Land Base Total Acres** | | **72** | **116** | **539** | **1** | **727** |
| *Regeneration LITA* | *40* | 0 | 0 | 0 | 0 | **0** |
| | *50* | 0 | 0 | 0 | 0 | **0** |
| | *60* | 0 | 0 | 232 | 0 | **232** |
| | *70+* | 0 | 45 | 10 | 0 | **55** |
| *Regeneration MITA* | *40* | 0 | 0 | 0 | 0 | **0** |
| | *50* | 0 | 0 | 57 | 0 | **57** |
| | *60* | 0 | 0 | 97 | 0 | **97** |
| | *70+* | 72 | 71 | 130 | 1 | **274** |
| *Commercial Thin LITA* | *40* | 0 | 0 | 10 | 0 | **10** |
| | *50* | 0 | 0 | 0 | 0 | **0** |
| | *60* | 0 | 0 | 0 | 0 | **0** |
| | *70+* | 0 | 0 | 0 | 0 | **0** |
| *Commercial Thin MITA* | *40* | 0 | 0 | 2 | 0 | **2** |
| | *50* | 0 | 0 | 0 | 0 | **0** |
| | *60* | 0 | 0 | 0 | 0 | **0** |
| | *70+* | 0 | 0 | 0 | 0 | **0** |
| **Late Successional Reserve Total Acres** | | **0** | **33** | **1,782** | **11** | **1,827** |
| *LSR Commercial Thin - prescription #1* | *40* | 0 | 1 | 504 | 0 | **505** |
| | *50* | 0 | 0 | 374 | 2 | **376** |
| | *60* | 0 | 0 | 362 | 1 | **364** |
| | *70-90* | 0 | 20 | 220 | 2 | **241** |
| *LSR Commercial Thin - prescription #2* | *40* | 0 | 0 | 68 | 0 | **68** |
| | *50* | 0 | 0 | 0 | 0 | **0** |
| | *60* | 0 | 0 | 0 | 0 | **0** |
| | *70-90* | 0 | 0 | 8 | 0 | **8** |
| *LSR Non-Commercial Thin* | *40* | 0 | 0 | 61.34 | 6.77 | **68** |

209

ER-877

AR 02512

| | | NRF | RF | Disp. | Other | Total Acres |
|---|---|---|---|---|---|---|
| | *50* | 0 | 0 | 31.22 | 0 | **31** |
| | *60* | 0 | 0 | 13.67 | 0 | **14** |
| | *70-90* | 0 | 12.64 | 139.23 | 0 | **152** |
| **Riparian Reserve Total Acres** | | 0 | 8 | 1044 | 0 | **1,052** |
| *RR Commercial Thin* | *40* | 0 | 0 | 196 | 0 | **196** |
| | *50* | 0 | 0 | 117 | 0 | **117** |
| | *60* | 0 | 0 | 160 | 0 | **160** |
| | *70+* | 0 | 3 | 55 | 0 | **58** |
| *RR Non-Commercial Thin* | *40* | 0 | 0 | 176 | 0 | **176** |
| | *50* | 0 | 0 | 108 | 0 | **108** |
| | *60* | 0 | 0 | 155 | 0 | **155** |
| | *70-90* | 0 | 2 | 66 | 0 | **69** |
| *Tree Tipping Total Acres* | *40* | 0 | 0 | 0 | 0 | **0** |
| | *50* | 0 | 0 | 2 | 0 | **2** |
| | *60* | 0 | 3 | 0 | 0 | **3** |
| | *70+* | 0 | 0 | 9 | 0 | **9** |

210

ER-878

AR 02513

## 6.0 Attachments List

1. **Spotted owl survey data: BLM 2019, CIT 2019**
2. **MAMU survey data 2019**

211

# 7.0 LITERATURE CITED

**Andrews, L.S., J.P. Perkins, J.A. Thrailkill, N.J. Poage and J.C. Tappeiner II**. 2005. Silvicultural approaches to develop Northern Spotted owl nesting sites, central coast ranges, Oregon. Western Journal of Applied Forestry. **20**(1): p. 13-27.

**Andruskiw, M., J.M. Fryxell, I.D. Thompson and J.A. Baker**. 2008. Habitat-mediated variation in predation risk by the American marten. Ecology. **89**(8): p. 2273-2280.

**Anthony, R.G., E.D. Forsman, A.B. Franklin, D.R. Anderson, K.P. Burnham, G.C. White, C.J. Schwarz, J.D. Nichols, J.E. Hines, G.S. Olson, S.H. Ackers, L.S. Andrews, B.L. Biswell, P.C. Carlson, L.V. Diller, K.M. Dugger, K.E. Fehring, T.L. Fleming, R.P. Gerhardt, S.A. Gremel, R.J. Gutierrez, P.J. Happe, D.R. Herter, J.M. Higley, R.B. Horn, L.L. Irwin, P.J. Loschl, J.A. Reid and S.G. Sovern**. 2006. Status and trends in demgraphy of northern spotted owls, 1985-2003. Wildlife Monographs. **163**(1): 1-48.

**Aron, C. and M. Bailey**. 2020. Road maintenance, renovation, construction, and improvement definitions. 4.

**Benda, L.E., S.E. Litschert, G.H. Reeves and R. Pabst**. 2015. Thinning and in-stream wood recruitment in riparian second growth forests in coastal Oregon and the use of buffers and tree tipping as mitigation. Journal of Foresty Restoration.

**Betts, M.G.** Question about Cahall et. al. 2013 *Personal Communication to* Aron, C. November 1, 2020.

**Burger, A.E.** 2001. Using radar to estimate populations and assess habitat associations of marbeld murrelets. Journal of Wildlife Management. **65**(4): p. 696–715.

**Burger, A.E.** 2002. Conservation assessment of marbled murrelets in British Columbia, a review of the biology, populations, habitat associations and conservation. Technical Report Series No. 387, Minister of Environment-Canadian Wildlife Service, Pacific and Yukon Region, British Columbia. 194 pp.

**Burger, A.E., M.M. Masselink, A.R. Tillmans, Szabo, Andrew R., M. Farnholtz and M.J. Krkosek**. 2004. Effects of habitat fragmentation and forest edges on predators of marbled murrelets and other forest birds on southwest Vancouver Island. p. 1-19 *in* Hooper, T. D., editor. Species at Risk 2004 Pathways to Recovery Conference. Victoria, BC. March 2-6, 2004.

**Burnett, K.M., G.H. Reeves, D.J. Miller, S. Clarke, K. Vance-Borland and K. Christiansen**. 20017. Distribution of salmon-habitat potential relative to landscape characterisitics and implications for conservation. Ecological Applications. **17**(1): 66-80. http://www.jstor.org/stable/40061977.

**Cahall, R.E.** Question about Cahall et. al. 2013 *Personal Communication to* Aron, C. November 15, 2020.

**Cahall, R.E., J.P. Hayes and M.G. Betts**. 2013. Will they come? Long-term response by forest cirds to experimental thinning supports the 'Field of Dreams' hypothesis. Forest Ecology and Management. **304**: 137-149.

**Carey, A.B., S.P. Horton and B.L. Biswell**. 1992. Northern Spotted Owls: Influence of Prey Base and Landscape Character. Ecological Monographs. **62**(2): p. 223-250.

**Chen, J., J.F. Franklin and T.A. Spies**. 1995. Growing-Season Microclimate Gradients from Clearcut Edges into Old-Growth Douglas-Fir Forests. Ecological Applications. **5**(1): p 74-86.

**Courtney, S.P., J.A. Blakesley, R.E. Bigley, M.L. Cody, J.P. Dumbacher, R.C. Fleischer, A.B. Franklin, J.F. Franklin, R.J. Gutierrez, J.M. Marzluff and L. Sztukowski** 2004. Scientific evaluation of the status of the northern spotted owl. Sustainable Ecosystems Institute, Portland, Oregon. 508 pp.

**Curtis, R.O.** 1982a. A simple index of stand density for Douglas-fir. Forest Science. **28**(No. 1): pp. 92-94.

**Curtis, R.O.** 1982b. A simple index of stand density for Douglas-fir. Forest Science. **28**(No. 1): pp.92-94.

**Davis, L.R., K.J. Puettman and G.F. Tucker**. 2007. Overstory response to alternative thinning treatments in young Douglas-fir forests of Western Oregon. Northwest Science. **81**(1): p. 1-14.

**Davis, R.J., K.M. Dugger, S. Mohoric, L. Evers and W.C. Aney**. 2011a. Northwest Forest Plan - the first 15 years (1994-2008) status and trends of northern spotted owl populations and habitats. US Department of Agriculture: Forest Service-Pacific Northwest Research Station. 147 pp.

**Davis, R.J., K.M. Dugger, S. Mohoric, L. Evers and W.C. Aney** 2011b. Northwest Forest Plan - the first 15 years (2994-2008) status and trends of northern spotted owl populations and habitats. U.S. Department of Agriculture, F. S., Pacific Northwest Research Station. 147 pp.

**Davis, R.J., B. Hollen, J. Hobson, J.E. Gower and D. Keenum**. 2016. Status and trends of northern spotted owl habitats; the first 20 Years (1994-2013). US Department of Agriculture: Forest Service-Pacific Northwest Research Station. 62 pp.

**Davis, R.J., J.L. Ohmann, R.E. Kennedy, W.B. Cohen, M.J. Gregory, Z. Yang, H.M. Roberts, A.N. Gray and T.A. Spies**. 2015. Northwest Forest Plan: The first 20 years (1994-2013): status and trends of late-successional and old-growth forests. Gen. Tech. Rep. PNW-GTR-911, Portland, OR. 112 pp.

**Drew, T.J. and J.W. Flewelling**. 1979. Stand density management: an alternative approach and its application to Douglas-fir plantations. Forest Science. **25**(No. 3): pp. 518-532.

**Dugger, K.M., R.G. Anthony and L.S. Andrews**. 2011a. Transient dynamics of invasive competition: bared owls, spotted owls, habitat , and the demons of competition present. Ecological Applications. **21**(7): 2459-2468.

**Dugger, K.M., R.G. Anthony and L.S. Andrews**. 2011b. Transient dynamics of invasive competition: Barred Owls, Spotted Owls, habitat, and the deomns of competition present. Ecological Applications. **21**(7): 2459-2468.

**Dugger, K.M., E.D. Forsman, A.B. Franklin, R.J. Davis, G.C. White, C.J. Schwarz, K.P. Burnham, J.D. Nichols, J.E. Hines, Y.C. B., P.F.J. Doherty, L. Bailey, D.A. Clark, S.H. Ackers, L.S. Andrews, B. Augustine, B.L. Biswell, J. Blakesley, P.C. Carlson, M.J. Clement, L.V. Diller, E.M. Glenn, A. Green, S.A. Gremel, D.R. Herter, J.M. Higley, J. Hobson, R.B. Horn, K.P. Huyvaert, C. McCafferty, T. McDonald, K. McDonnell,**

AR 02516

**G.S. Olson, J.A. Reid, J. Rockweit, V. Ruiz, J. Saenz and S.G. Sovern**. 2016a. The effects of habitat, climate, and barred owls on long-term demography of northern spotted owls. The Condor. **118**(1): 57-116. http://www.aoucospubs.org/doi/abs/10.1650/CONDOR-15-24.1.

**Dugger, K.M., E.D. Forsman, A.B. Franklin, R.J. Davis, G.C. White, C.J. Schwarz, K.P. Burnham, J.D. Nichols, J.E. Hines, C.B. Yackulic, P.F.J. Doherty, J. Bailey, D.A. Clark, S.H. Ackers, L.S. Andrews, B. Augustine, B.L. Biswell, J.A. Blakesley, P.C. Carlson, M.J. Clement, L.V. Diller, E.M. Glenn, A. Green, S.A. Gremel, D.R. Herter, J.M. Higley, J. Hobson, R.B. Horn, K.P. Huyvaert, C. McCafferty, T. McDonald, K. McDonnell, G.S. Olson, J.A. Reid, J. Rockweit, V. Ruiz, J. Saenz and S.G. Sovern**. 2016b. The effects of habitat, climate, and barred owls on long-term demography of northern spotted owls. The Condor. **118**(1): 57-116.

**Dugger, K.M., E.D. Forsman, A.B. Franklin, R.J. Davis, G.C. White, C.J. Schwarz, K.P. Burnham, J.D. Nichols, J.E. Hines, C.B. Yackulic, P.F.J. Doherty, J. Bailey, D.A. Clark, S.H. Ackers, L.S. Andrews, B. Augustine, B.L. Biswell, J.A. Blakesley, P.C. Carlson, M.J. Clement, L.V. Diller, E.M. Glenn, A. Green, S.A. Gremel, D.R. Herter, J.M. Higley, J. Hobson, R.B. Horn, K.P. Huyvaert, C. McCafferty, T. McDonald, K. McDonnell, G.S. Olson, J.A. Reid, J. Rockweit, V. Ruiz, J. Saenz and S.G. Sovern**. 2016c. The effects of habitat, climate, and barred owls on long-term demography of northern spotted owls. The Condor. **118**(1): p. 57-116.

**Dugger, K.M., F. Wagner, R.G. Anthony and G.S. Olson**. 2005. The relationship between habitat characteristics and demographic performance of northern spotted owls in southern Oregon. The Condor. **107**: p. 863-878.

**Esseen, P.-A. and K.-E. Renhorn**. 1998. Edge Effects on an Epiphytic Lichen in Fragmented Forests. Conservation Biology. **12**(6): p 1307-1317.

**Evans Mack, D., W.P. Ritchie, S.K. Nelson, P. Kuo-Harrison and T.E. Hamer** 2003. Methods for surveying marbled murrelets in forests: a revised protocol for land management and research. Pacific Seabird Group Technical Publication 2, http://www.pacificseabirdgroup.org/publications/PSG_TechPub2_MAMU_ISP.pdf. 81 pp.

**Falxa, G.A. and M.G. Raphael**. 2016. Northwest Forest Plan-the first 20 years (1994-2013): status and trend of marbled murrelet populations and nesting habitat. US Department of Agriculture: Forest Service-Pacific Northwest Research Station, Portland, OR. https://www.fs.usda.gov/treesearch/pubs/51058. 132 pp.

**Folliard, L.B., K.P. Reese and L.V. Diller**. 2000. Landscape characteristics of northern spotted owl nest sites in managed forests of Northwestern California. Journal of Raptor Research. **34**(2): p. 75-84.

**Forsman, E.D., R.G. Anthony, K.M. Dugger, E.M. Glenn, A.B. Franklin, G.C. White, C.J. Schwarz, K.P. Burnham, D.R. Anderson, J.D. Nichols, J.E. Hines, J.B. Lint, R.J. Davis, S.H. Ackers, L.S. Andrews, B.L. Biswell, P.C. Carlson, L.V. Diller, S.A. Gremel, D.R. Herter, J.M. Higley, R.B. Horn, J.A. Reid, J. Rockweit, J.P. Schaberl, T.J. Snetsinger and S.G. Sovern**. 2011. *Population demography of northern spotted owls*, University of California Press. Berkley, CA.

**Forsman, E.D., R.G. Anthony, E.C. Meslow and C.J. Zabel**. 2004. Diets and foraging behavior of northern spotted owls in Oregon. Journal of Raptor Research. **3**(3): p. 214-230.

214

AR 02517

Forsman, E.D., R.G. Anthony, J.A. Reid, P.J. Loschl, S.G. Sovern, M. Taylor, B.L. Biswell, A. Ellingson, E.C. Meslow, G.S. Miller, K.A. Swindle, J.A. Thrailkill, F.F. Wagner and D.E. Seaman. 2002. Natal and breeding dispersal of northern spotted owls. Wildlife Monographs. **149**: p. 1-35.

Forsman, E.D., E.C. Meslow and H.M. Wight. 1984. Distribution and biology of the spotted owl in Oregon. Wildlife Monographs. **87**: p. 1-64.

Franklin, A.B., D.R. Anderson, R.J. Gutierrez and K.P. Burnham. 2000. Climate, habitat quality, and fitness in northern spotted owl populations in northwestern California. Ecological Monographs. **70**(4): p. 539-590.

Franklin, J.F., T.A. Spies, R. Van Pelt, A.B. Carey, D.A. Thornburgh, D.R. Berg, D.B. Lindenmayer, M.E. Harmon, W. Keeton, D.C. Shaw, K. Bible and J. Chen. 2002. Disturbances and stuctural develeopment of natural forest ecosystems with silvicultural impications, using Douglas-fir forests as an example. Forest Ecology and Management. **155**: p. 399-423.

Gabriel, M.W., L.W. Woods, R. Poppenga, R.A. Sweitzer, C. Thompson, S.M. Matthews, J.M. Higley, S.M. Keller, K. Purcell, R.H. Barrett, G.M. Wengert, B.N. Sacks and D.L. Clifford. 2012. Anticoagulant rodenticides on our public and community lands: spatial distribution of exposure and poisoning of a rare forest carnivore. PLoS ONE. **7**(7): 15 pp.

Garman, S.L., J.H. Cissel and J.H. Mayo. 2003. Accelerating development of late-successional conditions in young managed Douglas-fir stands: A simulation study. PNW-GTR-557, USDA-Forest Service, Pacific Northwest Research Station, Portland, OR. 57 pp.

Glenn, E.M., M.C. Hansen and R.G. Anthony. 2004. Spotted owl home-range and habitat use in young forests of Western Oregon. The Journal of Wildlife Management. **68**(1): pp. 33-50.

Hamer, T.E., W.P. Ritchie, E.B. Cummins and C.W. Turley. 1994. Forest habitat relationships of marbled murrelets in western Washington. Washington Department of Wildlife: Wildlife Managment Division-Nongame Program, Olympia, WA. 51 pp.

Hansen, D.L. and J.R. Dunk. 2016. Ecology and management of prey for northern spotted owls in the Klamath Provinces. Prepared for US Department of the Interior: Fish and Wildlife Service- Yreka Office, Yreka, CA. 83 pp.

Harmon, M.E., N.H. Anderson, J.F. Franklin, S.P. Cline, F.J. Swanson, N.G. Aumen, P. Sollins, J.R. Sedell, S.V. Gregory, G.W. Lienkaemper, J.D. Lattin, J.K. Cromack and K.W. Cummins. 1986. *Advances in ecological research: ecology of coarse woody debrid in temperate ecosystems*.

Heithecker, T., D and C.B. Halpern. 2007. Edge-related gradients in microclimate in forest aggregates following structural retention harvests in western Washington. Forest Ecology and Management. **248**: p 163-173.

Hersey, K., E. Maslow and F. Ramsey. 1998. Characteristics of forest at spottel owl nest sites in the Pacific Northwest. The Journal of Wildlife Management. **62**(4): p. 1398-1410.

215

AR 02518

**Hollenbeck, J.P., S.M. Haig, E.D. Forsman and J.D. Wiens**. 2018. Geographic variation in natal dispersal of northern spotted owls over 28 years. The Condor. **120**(3): p. 530-542.

**Holloway, G.L., W.P. Smith, C.B. Halpern, R.A. Gitzen, C.C. Maguire and S.D. West**. 2012. Influence of forest structure and experimental green-tree retention on northern flying squirrel (*Glaucomys Sabrina*) abundance. Forest Ecology and Management. **285**: p. 187-194.

**Irwin, L.L., D.F. Rock and G.P. Miller**. 2000. Stand structures used by northern spotted owls in managed forests. Journal of Raptor Research. **34**(3): p. 175-186.

**Jennings, S.B., N.D. Brown and D. Sheil**. 1999. Assessing forest canopies and understorey illumination: canopy closure, canopy cover and their measures. Forestry. **72**(1): p. 59-73.

**Johnson, C.A., J.M. Fryxell, I.D. Thompson and J.A. Baker**. 2009. Mortality risk increases with natal dispersal distance in American martens. Proceedings of the Royal Society of Biological Science. **276**: p. 3361-3367.

**Kerns, B.K., S.J. Alexander and J.D. Bailey**. 2004. Hucklebery abundance, stand conditions, and use in western Oregon: evaluating the role of forest management. Economic Botany. **58**(4): 668-678.

**Lawrence, J.** 2020. Fuel Effects Analysis Big Weekly Elk Project.  14.

**Lehmkuhl, J. and L.F. Ruggiero**. 1991. Wildlife and vegetation of unmanaged Douglas-fir forests. PNW-GTR-285, Portland, OR.  35-44.

**Lesmeister, D. and R. Horn**. 2018. Demographic characteristics of northern spotted owls (Strix occidentalis carina) in the Klamath Montain Province of Oregon, 1990-2017. US Department of the Interior: Bureau of Land Management.  21 pp.

**Lesmeister, D., R.B. Horn, R. Crutchley, E. Fliegel, K. Fukuda, T. Kaufmann, C. Larson, A. Price and H. Wise**. 2018. Demographic characteristics of northern spotted owls (*Strix occidentalis caurina*) in the Klamath Mountain Province of Oregon, 1990-2018. US Department of the Interior: Bureau of Land Management.  21 p.

**Lesmeister, D. and C. McCafferty**. 2018. Demographic characteristics of spotted owls in the Oregon Coast Range, 1990-2017. US Department of Agriculture: Forest Service-Pacific Northwest Research Station.  25 pp.

**Lesmeister, D., J.A. Reid, J. Burgher, J. Dewar and A. Munes**. 2017. Demographic characteristics of northern spotted owls (Strix occidentalis) on the Tyee Density Study Area, Roseburg, Oregon: 1985–2016. US Department of Agriculture: Forest Service-Pacific Northwest Research Station, Corvallis, OR. 13 p.

**Lesmeister, D.B., R. Horn, R. Crutchley, K. Fukuda, T. Kaufmann, C. Larson, A. Price and H. Wise**. 2016. Demographic characteristics of northern spotted owls (*Strix occidentalis caurina*) in the Klamath Mountain Province of Oregon, 1990-2016. US Department of the Interior: Bureau of Land Managmement, Portland, OR. https://www.fs.fed.us/r6/reo/monitoring/reports/.  19 pp.

216

**Lesmeister, D.B., J.A. Reid and J. Burgher**. 2019a. Demographic characterisitics of northern spotted owls on the Tyee Density Study Area 2018 Annual report. US Department of Agriculture, Forest Service, Pacific Northwest Research Station.

**Lesmeister, D.B., S.G. Sovern, R.J. Davis, D.M. Bell, M.J. Gregory and J.C. Vogeler**. 2019b. Mixed-severity wildfire and habitat of an old-forest obligate. Ecosphere. **10**(4): 22 p.

**Manley, I.A.** 1992. Behaviour and habitat selection of marbled murrelets nesting on the Sunshine Coast. Simon Fraser University, British Columbia, Canada. 163 pp.

**Manley, I.A.** 1999. Behaviour and habitat selection of marbled murrelets nesting on the Sunshine Coast. Simon Fraser University. 163 pp.

**Manning, T., J.C. Hagar and B.C. McComb**. 2012. Thinning of young Douglas-fir forests decreases density of northern flying squirrels in the Oregon Cascades. Forest Ecology and Management. **264**: p 115-124.

**Marzluff, J.M., J.J. Millspaugh, P. Hurvitz and M.S. Handcock**. 2004. Relating resources to a probabilistic measure of space use: forest fragments and Stellar's jays. Ecology. **85**(5): 1411-1427.

**McIver, W.R., D. Lynch, J. Baldwin, N. Johnson, M.M. Lance, S.F. Pearson, M.G. Raphael, C. Strong and R. Young**. 2020. Marbled murerlet effectiveness monitoring, Northwest Forest Plan: At-sea monitoring-2019 Summary Report. 23 p.

**McShane, C., T. Hamer, H. Carter, G. Swartzman, V. Friesen, D. Ainley, R. Tressler, K. Nelson, A. Burger, L. Spear, T. Mohagen, R. Martin, L. Henkel, K. Prindle, C. Strong and J. Keany** 2004a. Evaluation report for the 5-year status review of the marbled murrelet in Washington, Oregon, and California. Prepared by EDAS and Hamer Environmental for the U.S. Fish and Wildlife Service, Region 1, Contract No: 101813C046. 370 pp.

**McShane, C., T.E. Hamer, H. Carter, G. Swartzman, V. Friesen, D. Ainley, R. Tressler, K. Nelson, A. Burger, L. Spear, T. Mohagen, R. Martin, L. Henkel, K. Prindle, C. Strong and J. Keany**. 2004b. Evaluation report for the 5-year status review of the marbled murrelet in Washington, Oregon, and California. Prepared for U.S. Fish and Wildlife Service, Region 1, Portland, Oregon by EDAW, Inc., Seatle, Washington. 370 pp.

**Meyer, C.B., L.L. Irwin and M.S. Boyce**. 1998. Influence of habitat abundance and fragmentation on northern spotted owls in Western Oregon. Wildlife Monographs. **139**: 1-51.

**Meyer, C.B. and S.L. Miller**. 2002. Use of fragmented landscapes by marbled murrelets for nesting in southern Oregon. Conservation Biology. **16**(3): 755-766.

**Meyer, C.B., S.L. Miller and C.J. Ralph**. 2002. Multi-scale landscape and seascape patterns associated with marbled murrelet nesting areas on the U.S. West Coast. Landscape Ecology. **17**: 95-115.

**Miller, G.S., R.J. Small and E.C. Meslow**. 1997. Habitat selection by spotted owls during natal dispersal in Western Oregon. Journal of Wildlife Management. **61**(1): 140-150.

217

AR 02520

**Miller, S.L. and C.J. Ralph**. 1995. Relationship of marbled murrelets with habitat characteristics at inland sites. Albany, CA. 205-215.

**Moriarty, K.** Discussion on potential marten den site on the Oregon Coast *Personal Communication to* Clayton, D.

**Moriarty, K. and M.S. Delheimer**. 2019. Humboldt marten data summary and report for the Northern Coastal California Population: Distribution and population paramter estimates. U.S. Department of Agriculture: Forest Service- Pacific Southwest Research Station, U.S Department of the Interior: Fish and Wildlife Service. 33 p.

**Moriarty, K.M., J.D. Bailey, S.E. Smythe and J. Verschuyl**. 2016a. Distribution of Pacific marten in coastal Oregon. Northwestern Naturalist. **97**: 71-81.

**Moriarty, K.M., C.W. Epps and W.J. Zielinski**. 2016b. Forest thinning changes movement patterns and habitat use by Pacific marten. The Journal of Wildlife Management. **80**(4): 621-233.

**Moriarty, K.M., M.A. Linnell, J.E. Thornton and G.W. Watts**. 2018. Seeking efficiency with carnivore survey methods: a case study with elusive martens. Wildlife Society Bulletin. **42**(3): 403-413.

**Moriarty, K.M., J. Verschuyl, A.J. Kroll, R. Davis, J. Chapman and B. Hollen**. 2019. Describing vegetation characteristics used by two rare forest-dwelling species: will established reserved provide for coastal marten in Oregon. PLOS ONE. **14**(1): 25 pp. https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0210865#references.

**Nelson, K.S. and A.K. Wilson**. 2002. Marbled Murrelet habitat characteristics on state lands in western Oregon. Oregon Cooperative Fish and Wildlife Research Unit, Oregon State University, Department of Fisheries and Wildlife, Corvalis, OR. 151 pp.

**Nelson, S.K. and T.E. Hamer**. 1995. Nesting biology and behavior of the marbled murrelet. *in* Ralph, C. J., G. L. J. Hunt, M. G. Raphael and J. F. Piatt, editors. *Ecology and conservation of the marbled murrelet*. Pacific Southwest Research Station, USDA Forest Service Gen. Tech. Rep. PSW-152. Albany, CA.

*Northwestern and Coastal Oregon Record of Decision and Approved Resource Managment Plan*. 2016. Bureau of Land Management.

**O'Hara, K.** 2014. *Multiaged silviculture: managing for complex forest stand structures*, Oxford University Press.

**ODFW**. 2018. Status review of the marbled murrelet (*Brachyramphus marmoratus*) in Oregon and evaluation of criteria to reclassify the species from threatened to endangered under the Oregon Endangered Species Act. Oregon Department of Fish and Wildlife, Salem, OR. 121 pp.

**Oliver, C.D.** 1980. Forest development in North America following major disturbances. Forest Ecology and Management. **3**: 153-168.

**Oliver, C.D. and B.A. Larson**. 1996a. *Forest stand dynamics, Updated Edition*, John Riley & Sons. New York.

218

AR 02521

**Oliver, C.D. and B.A. Larson**. 1996b. *Forest stand dynamics, Updated edition*, John Wiley and Sons. New York.

**Oliver, C.D. and B.C. Larson**. 1990. *Forest stand dynamics*, McGraw-Hill, Inc. New York, USA.

**Olson, G.S., E.M. Glenn, R.G. Anthony, E.D. Forsman, J.A. Reid, P.J. Loschl and W.J. Ripple**. 2004. Modeling demographic performance of northern spotted owls relative to forest habitat in Oregon. Journal of Wildlife Management. **68**(4): 1039-1053.

**Piatt, J.F., K.J. Kuletz, A.E. Burger, S.A. Hatch, V.L. Friesen, T.P. Birt, M.L. Arimitsu, G.S. Drew, A.M.A. Harding and K.S. Bixler**. 2006. Status review of the marbled murrelet (*Brachyramphus marmoratus*) in Alaska and British Columbia. 276 pp.

**Poage, N.J. and J.C. Tappeiner II**. 2004. Tree species and size structure of old-growth Douglas -fir forests in central western Oregon, USA. Forest Ecology and Management. **204**: 329-343.

**Rambo, T.R. and M.P. North**. 2008. Spatial and temporal variabiliy of canopy microclimate in a Sierra Nevada riparian forest. Northwest Science. **82**(4): p 529-568.

**Raphael, M.G., D. Evans Mack and B.A. Cooper**. 2002a. Landscape-scale relationships between abundance of marbled murrelets and distribution of nesting habitat. The Condor. **104**: 331-342.

**Raphael, M.G., D. Evans Mack, J.M. Marzluff and J.M. Luginbuhl**. 2002b. Effects of forest fragmentation on populations of the marbled murrelet. Studies in Avian Biology. **25**: 221-235.

**Raphael, M.G., G.A. Falxa and A.E. Burger**. 2018. Marbled murrelet. p. 301-371 *in* Spies, T. A., P. A. Stine, R. Gravenmier, J. W. Long and M. J. Reilly, editors. *Synthesis of science to inform land management within the Northwest Forest Plan area*. U.S. Department of Agriculture: Forest Service-Pacific Northwest Research Station. Portland, OR. p. 301-371.

**Raphael, M.G., G.A. Falxa, K.M. Dugger, B.M. Galleher, D. Lynch, S.L. Miller, S.K. Nelson and R.D. Young** 2011. Northwest Forest Plan- the first 15 years (1994-2008): status and trend of nesting habitat for the marbled murrelet. U.S. Department of Agriculture: Forest Service-Pacific Northwest Research Station. 52 pp.

**Reeves, G.H., K.M. Burrnett and E.V. McGarry**. 2003. Sources of large wood in the main stem of a fourth-order watershed in coastal Oregon. Canadian Journal Forest Restoration. **33**: 1363-1370.

**Reeves, G.H., B.R. Pickard and J.N. Johnson**. 2016. An initial evaluation of potential options for managing riparian reserves of the Aquatic Conservation Strategy of the Northwest Forest Plan. Gen. Tech. Rep. PNW-GTR-937, Pacific Northwest Research Station. p. 97.

**Reineke, L.H.** 1933. Perfecting a stand-density index for even-aged forests. Journal of Agriculture Research. **46**(No. 7): 627-638.

AR 02522

Rose, C.L., B.G. Marcot, T.K. Mellen, J.L. Ohmann, K.L. Waddell, D.L. Lindley and B. Schreiber. 2001. Decaying wood in the Pacific Northwest forests: concepts and tools for habitat management. 550-623 *in Wildlife-habitat Relationships in Oregon and Washington*550-623.

Rosenberg, D.K. and R.G. Anthony. 1992. Characteristics of northern flying squirrel populations in young second- and old-growth forests in western Oregon. Canadian Journal of Zoology. **70**: 161-166.

Rosenberg, D.K. and K.M. McKelvey. 1999. Estimation of habitat selection for central-place foraging animals. Journal of Wildlife Management. **63**(3): 1028-1038.

Ruggiero, L.F., D.E. Pearson and S.E. Henry. 1998. Characteristics of American Marten Den Sites in Wyoming. Journal of Wildlife Management. **62**(2): 663-673.

Sakai, H.F. and B.R. Noon. 1997. Between-habitat movement of dusky-footed woodrats and vulnerability to predation. Journal of Wildlife Management. **61**(2): 343-350.

Schieck, J., K. Lertzman, B. Nyberg and R. Page. 1995. Effects of patch size on birds in old-growth Montane forests. Conservation Biology. **9**: 1072-1084.

Schrott, G.R. and J. Shinn. 2020. A landscape connectivity analysis for the coastal maren (*Martes caurina humboldtensis*). U. S. Fish and Wildlife Service, Arcata, CA. https://www.fws.gov/arcata/shc/marten. 123 pp.

Service, U.-F. 1993. Region 6 Interim old growth definitions for forest type series. 124.

Singleton, P.H., J.F. Lehmkuhl, W.L. Gaines and S.A. Graham. 2010. Barred owl space use and habitat selection in the Eastern Cascades, Washington. The Journal of Wildlife Management. **74**(2): 285-294.

Slauson, K.M., G.A. Schmidt, W.J. Zielinski, P.J. Detrich, R.L. Callas, J. Thrailkill, B. Devlin-Craig, D.A. Early, K.A. Hamm, K.N. Schmidt, A.N. Transou and C.J. West. 2019a. A Conservation assessment and strategy for the Humboldt marten in California and Oregon. US Department of Agriculture: Forest Service-Pacific Southwest Reserach Station. 124 p.

Slauson, K.M., W.J. Zielinski and J.P. Hayes. 2007. Habitat selection by American martens in coastal California. Journal of Wildlife Management. **71**(2): 458-468.

Slauson, K.M., W.J. Zielinski, T.A. Kirk and D.W. LaPlante. 2019b. A landscape habitat suitability model for the Humboldt marten (Martes caurina humboldtensis) in Coastal California and Coastal Oregon. Northwest Science. **93**(1): 30-51.

Solicitor. 2017. The Migratory Bird Treaty Act does not prohibit incidental take. 41 pp.

Sovern, S.G., E.D. Forsman, K.M. Dugger and M. Taylor. 2015. Roosting habitat use and selection by northern spotted owls during natal dispersal. Journal of Wildlife Management. **79**(2): 254-262.

Sovern, S.G., D. Lesmeister, K.M. Dugger, M.S. Pruett, R.J. Davis and J.M. Jenkins. 2019. Activity center selection by Northern Spotted Owls. The Journal of Wildlife Management. **83**(2): 714-727.

220

AR 02523

**Spies, T.A., P.A. Stine, R. Gravenmier, J.W. Long and M.J. Reilly**. 2018a. Sythesis of science to inform land management within the Northwest Forest Plan area. US Department of Agriculture: Forest Service-Pacific Northwest Research Station, Portland, OR.  1020 pp.

**Spies, T.A., P.A. Stine, R. Gravenmier, J.W. Long, M.J. Reilly and t. coords.** 2018b. Sythesis of Science to Inform Land Management Within the Northwest Forest Plan Area. Gen. Tech. Rep. PNW-GTR-966, Pacific Northwest Research Station, Portland, OR.  1020 p.

**Taki, H., R. Murao, K. Mitai and Y. Yamaura**. 2018. The species richness/abundance-area relationship of bees in an early successional tree plantation. Basic and Applied Ecology. **26**: 64-70. https://doi.org/10.1016/j.baae.2017.09.002.

**Tappeiner, J.C., J.D. Bailey, T.B. Harrrington and D.A. Maguire**. 2007. *Silviculture and ecology of western U.S. forest*, Oregon State University Press. Corvallis, OR.

**Thomas, J.W., E.D. Forsman, J.B. Lint, E.C. Meslow, B.B. Noon and J. Verner**  1990. A conservation strategy for the northern spotted owl. Interagency Scientific Committee to Address the Conservation of the Northern Spotted Owl,  Portland, OR. 427 pp.

**USDA-FS and USDI-BLM**. 1994. Northwest Forest Plan Record of Decision.  78 pp.

**USDI-BLM**. 2009. Canopy cover estimation. US Department of the Interior: Bureau of Land Management. 89 pp.

**USDI-BLM**. 2016a. Biological Assessment of the Proposed Resource Management Plan for Western Oregon. US Department of the Interior: Bureau of Land Management-Oregon/Washington State Office, Portland, OR.  376 pp.

**USDI-BLM**. 2016b. Forest Product Sale Procedure Handbook H-5400 through H-5490-1, BLM Manual Supplement REL. 5-251. US Department of the Interior: Bureau of Land Management-Oregon State Office, Portland, OR.

**USDI-BLM**. 2016c. Northwestern and Coastal Oregon Record of Decision and Resource Management Plan. US Department of the Interior: Bureau of Land Management-Oregon/Washington State Office, Portland, OR. https://www.blm.gov/or/plans/rmpswesternoregon/rod/index.php.  320 pp.

**USDI-BLM**. 2016d. Proposed Resource Management Plan/final Environmental Impact Statement, Western Oregon. US Department of the Interior: Bureau of Land Management-Oregon/Washington State Office, Portland, OR.  2010 pp.

**USDI-BLM**. 2016e. Proposed resource management plan/final Environmental Impact Statement, Western Oregon: Volume 2.  562 pp.

**USDI-BLM**. 2017. Biological Assessment Coos Bay BLM District, FY2017-2021 land management activities, hazard tree removal, salvage blowdown recover, manual maintenance. US Department of the Interior: Bureau of Land Management-Coos Bay District, North Bend, OR.  112 pp.

221

AR 02524

**USDI-BLM**. 2019a. Geographic Biotic Observations (GeoBOB). US Department of the Interior: Bureau of Land Management. January 2019.

**USDI-BLM**. 2019b. RMPs for Western Oregon Implementation: Implementation Questions and Answers. Accessed on: 8/20/2019. http://teamspace/or/sites/rmpwoimp/SitePages/QandA.aspx.

**USDI-BLM and USDI-FWS**. 2017. Recovery plan implementation guidance: interim recovery action 10. Coos Bay, OR. 42 pp.

**USDI-BLM and USDI-USFWS**. 2012. Revised policy for the management of marbled murrelet nesting structure within younger stands for Roseburg and Coos Bay BLM Districts. US Department of the Interior: Bureau of Land Management, Unpublished Document. 7 pp.

**USDI-BLM and USDI-USFWS**. 2017. Recovery plan implementation guidance: interim recovery action 10. US Department of the Interior: Bureau of Land Management-Coos Bay District, Coos Bay, OR. 42 pp.

**USDI-FWS**. 2009. Regulatory and scientific basis for U.S. Fish and Wildlife Service guidance for evaluation of take for northern spotted owls on private timberlands in California's northern interior region. 78 pp.

**USDI-FWS**. 2011. Revised Recovery Plan for the Northern Spotted Owl (*Strix occidentalis caurina*). Portland, Oregon. XVI + 258 pp.

**USDI-FWS**. 2012. Protocol for surveying proposed management activities that may impact northern spotted owls. 42 pp.

**USDI-FWS**. 2017. Biological Opinion Addressing Manual Maintenance, Hazard Tree Removal and Blowdown Salvage Activities Proposed by Coos Bay District of the Bureau of Land Management. FWS 01EOFW00-2017-F-0074, Roseburg, OR. 123 p.

**USDI-USFWS**. 1997. Recovery plan for the marbled murrelet (Washington, Oregon, and California Populations). US Department of the Interior: Fish and Wildlife Service, Portland, Oregon. 286 pp.

**USDI-USFWS**. 2009a. Marbled murrelet (*Brachyramphus marmoratus*) 5-year review. US Department of the Interior: Fish and Wildlife Service, Lacey, WA. 18 pp.

**USDI-USFWS**. 2009b. Regulatory and scientific basis for U.S. Fish and Wildlife Service guidance for evaluation of take for northern spotted owls on private timberlands in California's northern interior region. US Department of the Interior: Fish and Wildlife Service. 78 pp.

**USDI-USFWS**. 2011a. Endangered and threatened wildlife and plants; Revised criticial habitat for the marbled murrelet. Final Rule. 5 October 2011. 77 FR 61599: US Department of the Interior: Fish and Wildlife Service.

**USDI-USFWS**. 2011b. Revised Recovery Plan for the Northern Spotted Owl (*Strix occidentalis caurina*). US Department of the Interior: Fish and Wildlife Service, Portland, OR. XVI + 258 pp.

222

AR 02525

**USDI-USFWS**. 2012a. Endangered and threatened wildlife and plants; Designation of revised critical habitat for the northern spotted owl. Final Rule. 4 December 2012. 77 FR 71876: US Department of the Interior: Fish and Wildlife Service.

**USDI-USFWS**. 2012b. Protocol for surveying proposed management activities that may impact northern spotted owls. US Department of Interior: US Fish and Wildlife Service. 42 pp.

**USDI-USFWS**. 2013. Programmatic biological opinion for aquatic restoration activities in Oregon, Washington and portions of California, Idaho and Nevada (ARBO II). FWS reference: 01EOOFW00-2013-F-0090, US Department of the Interior: Fish and Wildlife Service, Portland, OR. 465 pp.

**USDI-USFWS**. 2015. Coastal Oregon and Northern Coastal California populations of the Pacific marten-Species report. USDI-FWS. 143 pp.

**USDI-USFWS**. 2016. Biological Opinion on the Bureau of Land Management's approval of the proposed Resource Management Plan for Western Oregon. Portland, Oregon. 1,083 pp.

**USDI-USFWS**. 2018. Species Status Assessment for the Coastal Marten (*Martes caurina*) Version 2.0. Department of the Interior-U.S. Fish and Wildlife Service, Arcata, CA. https://www.fws.gov/arcata/es/mammals/HumboldtMarten/documents/2018%2012%20Month%20Finding/20181009_Coastal_Marten_SSA_v2.0.pdf. 141 pp.

**USDI-USFWS**. 2019a. Interpretation of the Bureau of Land Management's (BLM) management direction for marbled murrelet. Portland, OR. 18 pp.

**USDI-USFWS**. 2019b. Spatial data polygons for revised coastal marten estimated population areas. US Department of Interior- Fish and Wildlife Service. *Subject line: Revised Coastal Marten Polygons*. June 27, 2019.

**van Rooyen, J.C., J.M. Malt and D.B. Lank**. 2011. Relating Microclimate to Epiphyte Availability: Edge Effects on Nesting Habitat Availability for the Marbled Murrelet. Northwest Science. **85**(4): p 549-561.

**Wiens, J.D.** 2012. Competitive Interactions and Resource Partitioning Between Northern Spotted Owls and Barred Owls in Western Oregon. Ph.D. Oregon State University. 156 pp.

**Wiens, J.D., R.G. Anthony and E.D. Forsman**. 2011. Barred owl occupancy surveys within the range of the northern spotted owl. Journal of Wildlife Management. **75**(3): 531-538.

**Wiens, J.D., R.G. Anthony and E.D. Forsman**. 2014. Competative interactions and resource partitioning between northern spotted owls and barred owls in western Oregon. Wildlife Monographs. **185**: 1-50.

**Wiens, J.D., K.M. Dugger, D.B. Lesmeister, K.E. Dilione and D.C. Simon** 2019. Effects of barred owl (*Strix varia*) removal on population demography of northern spotted owls (*Strix occidentalis caurina*) in Washington and Oregon, 2015-18. U.S. Geological Survey Open-File Report 2019-1074, Reston, VA. https://doi.org/10.3133/ofr20191074. 17 pp.

**Wiens, J.D., K.M. Dugger, K.E. Lewicki and D.C. Simon** 2017. Effects of experimental removal of barred owls on population demography of northern spotted owls in Washington and Oregon - 2016 progress

AR 02526

report. U.S. Geological Survey Open-File Report 2017-1040. U.S. Geological Survey Open-File Report 2017-1040, https://pubs.er.usgs.gov/publication/ofr20171040. 23 pp.

**Wilk RJ, Lesmeister DB and E. Forsman**. 2018. Nest trees of northern spotted owls (Strix occidentalis caurina) in Washington and Oregon, USA. PLoS ONE. **13**(5). https://doi.org/10.1371/journal.pone.0197887.

**Yackulic, C.B., R. Chandler, E.F. Zipkin, J.A. Royle, J.D. Nichols, E.H. Campbell Grant and S. Veran**. 2013. Presence-only modelling using MAXENT: when can we trust the inferences? Methods in Ecology and Evolution.(4): 236-243.

**York, R. and J. Battles**. 2008. Growth response of mature trees versus seedlings to gaps associated with group selection management in the Sierra Nevada, California. Western Journal of Applied Forestry. **23**(2): 5.

**York, R.A., R.C. Heald, J.J. Battles and J.D. York**. 2004. Group selection management in conifer forests: relationships between opening size and tree growth. Canadian Journal Forest Restoration. **34**: 12.

**Zabel, C.J., K.M. McKelvey and J. Ward, P, Jr.** 1995. Influence of primary prey on home-range size and habitat-use patterns of northern spotted owls (Strix occidentalis caurina). Canadian Journal of Zoology. **73**: 433-439.

**Zharikov, Y., D.B. Lank, F. Huettmann, R.W. Bradley, N. Parker, P.P.-W. Yen, L.A. Mcfarland-Tranquilla and F. Cooke**. 2006. Habitat selection and breeding success in a forest-nesting Alcid, the marbled murrelet, in two landscapes with different degrees of forest fragmentation. Landscape Ecology. **21**: 107-120.

**Zielinski, W.J., K.M. Slauson and A.E. Bowles**. 2008. Effects of Off-Highway Vehicle Use on the American Marten. Journal of Wildlife Management. **72**(7): 1558-1571.

224

AR 02527

 **United States Department of the Interior** 

FISH AND WILDLIFE SERVICE
Oregon Fish and Wildlife Office
2600 SE 98th Avenue, Suite 100
Portland, Oregon 97266
Phone: (503) 231-6179 FAX: (503) 231-6195

Reply To: 01EOFW00-2015-F-0279
File Name: RMP effects Mamu memo.docx
TS Number: 19-552
Doc Type: Final

SEP 2 3 2019

**Memorandum**

To: Acting State Director, Oregon/Washington Bureau of Land Management
Portland, Oregon

From: State Supervisor, Oregon Fish and Wildlife Office
Portland, Oregon

Subject: Interpretation of the Bureau of Land Management's (BLM) management direction
for marbled murrelet

In the course of implementing the Bureau of Land Management's) (BLM) 2016 *Northwestern
and Coastal Oregon Record of Decision* and *Approved Resource Management Plan* (RMP), the
Fish and Wildlife Service (FWS) became aware of a difference in agency interpretation of
BLM's management direction for the marbled murrelet (*Brachyramphus marmoratus*). This
memorandum is intended to clarify our recommendation for how the management direction is
implemented in the future and to provide the additional analysis necessary if our
recommendations are not implemented.

*Background*
The issue is whether the marbled murrelet biological conclusion in the FWS's RMP Biological
Opinion (USDI FWS July 20, 2016) would be the same if the BLM conducts harvest activities
(thinning and regeneration harvest) directly adjacent to stands mapped as occupied under the
Northwest Forest Plan as implemented under the BLM's 1994 RMP (i.e. prior to March 26,
2015) (USDA and USDI 1994). The FWS analyzed potential impacts to murrelets with the
understanding that a 300-foot buffer would be protected (see definition below) adjacent to all
occupied murrelet habitat, not just adjacent to newly occupied murrelet habitat as described in
the RMP's *Management Direction for Wildlife - Marbled Murrelet* (USDI-BLM 2016b, pp. 97-
100).

Differences in management direction for occupied murrelet habitat are found in two locations
within the RMP; the Late Successional Reserve (LSR) management direction and the wildlife
management direction for murrelet.

Printed on 100 percent chlorine-free/100 percent post-consumer content recycled paper

AR 04492

Specific to the LSR management direction, all murrelet habitat designated as occupied under the 1994 RMP was designated as LSR under the 2016 RMP (USDI-BLM 2016a, p. 83). The management direction for LSR (USDI-BLM 2016b, p. 65) states: "Protect marbled murrelet occupied stands. In this context, ***protect marbled murrelet occupied stands*** means to prohibit activities **in the occupied stand**, except for the following: felling of live or dead hazard trees, felling and removal of trees for habitat restoration, and the construction or maintenance of linear and nonlinear rights-of-way, spur roads, yarding corridors or other facilities, as long as the occupied stand continues to support marble murrelet nesting." BLM evaluated potential effects on these previously occupied stands without including a 300-foot buffer around occupied stands.

Management direction described for resource programs, such as the wildlife management program, apply across the land use allocations (USDI-BLM 2016b, p. 47). The murrelet management section of the RMP requires the BLM to analyze the area surrounding a proposed project (within 726 feet) for nesting structure, prior to implementing an action that would modify nesting habitat (USDI-BLM 2016b, p. 98). If habitat is located, the RMP includes four management options, including the initiation of surveys. The management direction requires that "if occupancy is determined, do not conduct activities **within the *occupied* stand and all forest within 300-feet of the occupied stand**" (USDI-BLM 2016b, p. 98). BLM's interpretation is that this direction only included "newly" delineated occupied sites, as such, only those sites had the 300-foot buffer applied in their effects analysis.

***Implications***
The RMP (and supporting documents – Proposed RMP and the FWS Biological Opinion on the RMP) highlight potential differences in management direction as it relates to the issue of a 300-foot buffer around occupied and/or newly occupied murrelet sites. Resolution on this issue has important management implications on the ground.

Integral to the management issue is the underlying analytical approach for murrelet conservation in the BLM's RMP and the FWS's Biological Opinion on the RMP. For example, the BLM modeled the volume of timber output based on harvesting up to the previously occupied murrelet habitat, which would not include a 300-foot buffer, and cites the RMP (p. 98) that demonstrates the modeling approach. The BLM intended modification to refer only to direct impacts on murrelet habitat, and did not consider that actions adjacent to an occupied stand would modify habitat.

Contrastingly, the FWS conducted analysis for the Biological Opinion to include a 300-foot buffer on all occupied habitat, including previously occupied stands, based on BLM's direction to evaluate an analysis area defined as "…the proposed project and lands within 726-feet of the project boundary. The analysis area includes all nesting structures that could be affected by habitat modification" (USDI-BLM 2016b, p. 98). The FWS defined modifying habitat as: "Modify nesting habitat includes affecting adjacent stands that would modify the nesting structures wind firmness, microclimate and/or predation risks" (USDI-FWS 2016, p. 286). Accordingly, the Opinion does not include a likely to adversely affect determination on most habitat modification within Zone 1, as may be expected when removing habitat adjacent to an occupied site. A likely to adversely affect determination from habitat modification within Zone 1, was only included for treating sudden oak death (option 3) and for exemptions that would occur only if the stand continues to support nesting (option 1). If habitat modification within the

AR 04493

300-foot buffer within Harvest Lane Base and Zone 1 occurs, those actions may also be likely to adversely affect the marbled murrelet.

The BLM has since clarified their intent for this management direction as follows (USDI-BLM 2019, p. 6):

> *"modifying nesting habitat" refers to direct alteration of nesting habitat; that is, habitat-altering activities occurring within a polygon that BLM identifies as marbled murrelet habitat. The BLM's delineation of nesting habitat may contain an entire stand, multiple stands, or a portion of a stand, and is based on a site-specific evaluation of forest conditions. The management direction related to "modifying nesting habitat" applies only to actions that take place within nesting habitat in all land use allocations within 35 miles of the Pacific Coast, and within nesting habitat in Late-Successional Reserve and Riparian Reserve between 35–50 miles from the Pacific Coast and outside of exclusion Areas C and D. The requirement to "assess the analysis area for marbled murrelet nesting structure" is not triggered by actions outside of nesting habitat unless the action would remove nesting structure.*

### Recommendation

The FWS recommends that BLM implement the management direction for the marbled murrelet as analyzed in the Biological Opinion by providing a 300-foot buffer for all occupied marbled murrelet sites located in Zone 1. This includes areas previously identified as occupied and designated as LSR under the 2016 RMP and "newly" delineated occupied sites. However, the FWS recognizes that the BLM modeled Allowable Sale Quantity (ASQ) from the Harvest Land Base (HLB) assuming that harvest would occur up to the edge of occupied sites identified under the Northwest Forest Plan. Therefore, the FWS has provided an additional effects analysis and 7(a)(2) analysis for those activities as well as for actions in the LSR adjacent to occupied stands mapped under the Northwest Forest Plan. As a result of these analyses, the FWS has determined that either interpretation does not alter the conclusions in the jeopardy analysis conducted for the RMP (see attached).

### Literature Cited

**USDI-BLM**. 2016a. Biological Assessment of the Proposed Resource Management Plan for Western Oregon. Oregon/Washington State Office. 376 pp.

**USDI-BLM**. 2016b. Northwestern and Coastal Oregon Record of Decision and Resource Management Plan. Portland, OR. https://www.blm.gov/or/plans/rmpswesternoregon/rod/index.php. 320 pp.

**USDI-BLM**. 2019. RMPs for Western Oregon Implementation: Implementation Questions and Answers. Accessed on: 8/19/2019. http://teamspace/or/sites/rmpwoimp/SitePages/QandA.aspx.

**USDI-FWS**. 2016. Biological Opinion on the Bureau of Land Management's approval of the proposed Resource Management Plan for Western Oregon. Portland, Oregon. 1,083 pp.

**Attachment 1**

**Effects analysis**

Within Bureau of Land Management (BLM) lands within the range of the murrelet, Table 1, there will be a rotation of stands being harvested. Stands previously identified as occupied under the Northwest Forest Plan (NWFP) continued to be identified as occupied and designated as Late-successional Reserves (LSR) under the new Resource Management Plans (RMP). The BLM does not plan on buffering these stands when conducting timber harvest in the HLB or LSR. This will affect murrelet habitat usage up to 300 feet into occupied habitat due to edge effects (see next section for potential effects from harvesting buffer habitat). The murrelet recovery plan states that buffer habitat widths should be a minimum of 300 feet (US Fish and Wildlife Service (FWS) 1997, p. 140); therefore, to analyze impacts to adjacent occupied habitat, the BLM provided estimates of impacted for harvest within the HLB, Tables 2-4, and within LSR, Tables 5-9. Table 10 summarizes a worst-case estimate for harvest within buffer habitat by decade and conservation zone. In Conservation Zone 3 the yearly average is 2.1 pairs affected by removal of buffer habitat with a range from 2.7 to 1 pair. In Conservation Zone 4 the yearly average is 2.2 pairs affected by removal of buffer habitat with a range from 2.5 to 1.5 pairs.

Actual impacts maybe be less than expected due to 1) planned harvest in stands that have murrelet platforms and will be surveyed before harvest, which may cause the harvest to be dropped if the stand is occupied, 2) some timber harvests may have only insignificant or minimal impacts to the buffers habitat (i.e. light thinning treatments or small patch cuts), and 3) not all LSR stands will be treated as a subset of them will be already on a trajectory to develop late-successional conditions and not need any silviculture help. At this time, we do not have enough site-specific information to say what percent of the expected thinning sales may be not likely to adversely affect murrelets.

When the canopy of the occupied stand and an adjacent harvested stand is not interconnected, such as when there is a significant age difference in the two stands, the primary impact is an increase in predation risk for breeding pairs. The extent of the effect of an increase predation risk to a pair breeding adjacent to a timber harvest is expected to vary over time with the increased risk being eliminated when the harvested stand's canopy closes in upon regrowth of planted trees.

**Potential effect from harvesting buffer habitat**

Removing or modifying buffer habitat may adversely affect murrelets by increasing predation levels, increase wind throw risks and changes to microclimate (USFWS 1997, p 140).

The occurrence of edge, the type of edge and fragmented habitats may directly and/or indirectly impact murrelet reproduction and occupancy (Manley and Nelson 1999, p. 40; Marzluff et al. 2004, pp. 1422-1424; Luginbuhl et al. 2001, p. 570; Bradley 2002, p. 44-45; Burger 2002, pp. 91-104, Raphael et al. 2002, p.228-233; Zharikov et al. 2006, p. 113-117; Malt and Lank 2007, pp. 165-171; Malt and Lank 2009, p. 1278). Openings created by harvest may influence or modify the microclimate along the edges of remaining stands by changing humidity and

AR 04495

temperature through sun exposure. Regeneration harvest can also exacerbate an area's vulnerability to windthrow during winter storms, especially for trees along the clearcut margin and perpendicular to the wind direction; the retention of buffer strips such as along riparian corridors can mitigate this (Ruel 1995, p. 438). Factors such as forest type, topography, exposure to wind, can influence the degree to which edge effects occur (Raphael et al. 2018, p. 319). See summary for implications of management in Raphael et al. 2016a (pp. 113-114) and the effects of habitat fragmentation and forest edges on marbled murrelet nesting success in Raphael et al. 2018 (p. 319).

The correlation of nest predation and habitat fragmentation is widely discussed in the literature, but there are no conclusive findings. This relationship can depend upon the spatial scale analyzed, the context of the landscape, the type of predator, and the geographic region which all influence the degree of effects nest predators have on their prey (Chalfoun et al. 2002, p. 314; Malt and Lank 2009 pp. 1279-1281). Generalist corvid predators generally increase with fragmentation and cause elevated predation risk in more fragmented landscapes, but the spatial context of remaining forests may modify that risk (Andren 1992, pp. 800-801). Some authors have suggested fragmentation and edge effects may not be so influential on predation rates (as reviewed in Bradley 2002, p. 50). In somewhat contrast, numbers of corvids as a whole were found relatively constant in fragmented verses more continuous habitat (Raphael et al. 2002, p. 231). The type of edges may also influence predation rates. Nests in hard edges had 2.5 times the probability of predation disturbance compared to nests in adjacent interiors whereas nests in soft edges were one-third as likely to be disturbed as nests in adjacent interiors (Malt and Lank 2009, p. 1278). The risk of predation at edge habitats may be ameliorated, as forests are re-established (Malt and Lank 2007, p. 171).

Relationships appear to exist between forest fragmentation, edge, and marbled murrelet occupancy and nesting success, though research findings are somewhat variable. The amount of landscape fragmentation can influence murrelet occupancy and nesting success. Offshore abundance was negatively correlated with inland forest fragmentation (Raphael et al. 2016b, p. 101, 103, 106, 115). Similarly, Meyer and others (2002, p. 102) found that murrelet occupancy was most related to availability of low elevation, unfragmented old-growth forests within the fog zone in proximity to highly productive marine areas. While murrelet nests were reported adjacent to hard-edges and within areas with higher amounts of edge or fragmentation than expected (Zharikov et al. 2006, pp. 113-114), overall long term impacts to populations are likely. Long-term impacts to populations may result. Over a ten year period, Meyer and others (2002, p.103) described a time lag effect of fragmentation on occupancy.

As summarized in the murrelet recovery plan, increased edges from clear-cut harvest and selective harvest of suitable habitat potentially increases murrelet susceptibility to predation and nest failure (USFWS 1997, pp. 48-49). More recently by Raphael et al. 2018 (pp. 321-326) summarized the "Nesting habitat configuration and risk of nest predation—" and concluded "nesting near (<150 ft [46 m]) "hard" edges (i.e., the bordering regenerating forest is less than 20 to 40 years old) will increase predation risk" (Raphael et al. 2018, p. 326). Marbled murrelet nest success is reduced along forested edges because of higher rates of nest depredation near edges (Malt and Lank 2007, entire; Manley and Nelson 1999, p. 40; Raphael et al. 2002, p. 339). Nest predation in any system is a natural process, but research on murrelet nest predation suggests that anthropogenic factors can negatively influence reproductive success, yet many factors can influence the abundance of predators including age and structure of regenerating forests (see

AR 04496

review in Raphael et al. 2002, p. 231). In a simulated predation study, at the stand scale, nest disturbances by mammalian and avian predators combined were found to be higher at forest edges relative to interiors, with no significant edge-type interaction; however, avian predation on eggs was strongly influenced by hard edges. At the landscape scale, predation disturbance increased in areas containing higher amounts of complex forests due to the ecological complexity and diversity of potential predators (Malt and Lank 2007, p. 165-167). Current breeding success in murrelets tends to be low, typically less than 35 percent of nests fledge chicks (Raphael et al. 2018 p. 321). Predation is the highest known cause of nest failure in recent decades and attributed to corvids such as crows, raven and jays but also other predators such as arboreal mammals (squirrels and mice) (Bradley et al. 2004, p. 321 and Malt and Lank 2007, p. 169-170; and 2009, p. 1280-1281). Predation by birds and squirrels is higher at edges than interior forest (Malt and Lank 2009, p. 1280-1281). Predation by squirrels is contrary to the general belief that squirrels are less attracted to edges than birds such as corvids (Marzluff and Restani 1999, pp. 8-10; Raphael et al. 2018, p. 321).

Adult murrelets are likely capable of moving away from predator activities without injuring themselves, the young, which are only capable of flight once fledged, remain vulnerable. Risk to predation may be scale dependent and may be confounded by a number of factors including corvid densities (Luginbuhl et al. 2001, p. 569). Additionally, logging activity and presence of workers can be expected to increase corvid interest. Predation was attributed to nest failure in 43 percent of nests studied in the Pacific Northwest (Nelson and Hamer 1995, p. 92). Of nest failures, small mammals were most frequently observed attempting to predate artificial eggs or chicks (Luginbuhl et al. 2001, p. 563).

### 7(a)(2) analysis

These additional impacts do not change the jeopardy determination in the Biological Opinion (BO) for the BLM's RMP which concluded the proposed action was not likely to jeopardize the continued existence of the murrelet. Specifically, RMP murrelet buffers are a local consideration, not included in the habitat modeling. Additionally, the population trend was based on habitat modeled and did not include a reproduction variable. The jeopardy analysis was based on (USFWS 2016, p. 463):

- The number of occupied murrelet nest sites is anticipated to increase in every decade of the Proposed RMP (PRMP), which is expected to adequately provide for BLM's contribution to murrelet recovery in Oregon.
- The PRMP will include more acres of murrelet nesting habitat within the reserves than are currently provided in the NWFP.
- The PRMP will greatly minimize nest disturbance by applying protective measures to activities in all LUAs in inland zone 1 and to activities in the reserve LUAs in inland zone 2 to allow for undisrupted murrelet nesting.
- The PRMP will improve the amount, quality and distribution of BLM nesting habitat over the 50 year life of the PRMP, offsetting short term impacts during the early years of the PRMP.
- The PRMP will potentially support an increase in habitat for the murrelet population every decade, with a potential 52 percent increase in the population in the action area over 50 years.

AR 04497

The analyzed additional edge impacts to occupied murrelet habitat do not change the original data nor the analysis for the above bullets, including the expectation that habitat patch size will continue to increase over the life of the plan that is summarized in bullet four as an improvement in quality of murrelet habitat.

Although BLM provided an estimate, the harvest of buffer habitat is similar to other projects that the BLM was not able to provide a precise estimate of treatments for (e.g. sudden oak death treatments, non-timber sale activities) that may occur over the next 50 years as part of the RMP. We understand that edge effects will contribute to harassment, but as with all projects, the BLM will complete project-specific and site-specific section 7 consultations, which will provide a quantitative and localized analysis of the effects on listed species.

Furthermore, jeopardy is not anticipated as the populations in these two conservation zones, both estimated above 8,000 birds each, appear stable, conservation zone 3, or increasing, conservation zone 4 (McIver at al. 2019, pp. 9, 15, 19) and the effects to lower reproduction are believed to be an overestimate at 2 to 3 pairs per year per conservation zone. As stated above, the overestimate is because much of the thinning treatments are expected to maintain some buffer function post harvest. Project-specific and site-specific section 7 consultations will be completed, which will look at the current status of the murrelet and its CH, the environmental baseline for the action area, the effects of the proposed action, together with the cumulative effects, to determine a project specific jeopardize and adversely modify analysis.

AR 04498

### Analysis of Acres within 300 feet of pre-2016 RMP Occupied Murrelet Zones

Table 1. Acres of BLM land use allocations within pre-2016 MAMU occupied sites by MAMU zone. Zone 1: 0-35 miles from Pacific Ocean, Zone 2: 35-50 miles from Pacific Ocean

| Land Use Allocation | MAMU Zone | |
|---|---|---|
| | Zone 1 | Zone 2 |
| Congressionally Reserved Land and National Conservation Land | 1,134 | 0 |
| District-Designated Reserve | 166 | 2 |
| District-Designated Reserve - Area of Critical Environmental Concern | 2,672 | 0 |
| Harvest Land Base - Low Intensity Timber Area | 0 | 0 |
| Harvest Land Base - Moderate Intensity Timber Area | 0 | 0 |
| Late-Successional Reserve | 40,759 | 4,729 |
| Dry Late-Successional Reserve | 0 | 599 |
| Not BLM-Administered Land | 1,243 | 38 |
| Grand Total | 45,974 | 5,367 |

**HARVEST LAND BASE:**

Table 2. Acres of pre-2016 MAMU occupied sites within 300' of HLB.   These are acres within Late-Successional Reserve pre-2016 MAMU occupied stands that would be "modified" per the USFWS definition in the Recovery Plan by work in the adjacent HLB units.

| HLB | Acres 300' within MAMU Site (in MAMU occupied site) | | | Count of impacted sites | Mean # acres, Min/Max acres (SD) |
|---|---|---|---|---|---|
| | Zone 3 | Zone 4 | Total | | |
| Zone 1 | 2,009 | 3,858 | 5,867 | 311 | 19, 0/118 (22) |
| Zone 2 | 296 | 340 | 636 | 32 | 20, 2/78 (21) |
| Total | 2,305 | 4,190 | 6,195 | | |

AR 04499

Table 3. Acres of HLB within 300' of pre-2016 MAMU occupied. These acres are *adjacent to* the occupied stand.

| HLB | Acres 300' outside of MAMU Site (in HLB adjacent to MAMU site) | | |
|---|---|---|---|
| | Zone 3 | Zone 4 | Total |
| Zone 1 | 1,089 | 2,185 | 3,275 |
| Zone 2 | 128 | 189 | 317 |
| Total | 3,591 | 2,374 | 5,965 |

ER-901

AR 04500

Table 4: Acres of HLB in the adjacent 300' of pre-2016 MAMU occupied sites projected to be harvested by decade for the first 50 years[1]. Key assumptions: The harvest estimates were generated at the RMP level. They are not specific to the actual acres adjacent to pre-2016 MAMU occupied stands. We assume that the acres adjacent to MAMU pre-2016 occupied sites will be harvested at approximately the same rates as modelled for the RMP as a whole.

| | 2023 | 2033 | 2043 | 2053 | 2063 | 2023 | 2033 | 2043 | 2053 | 2063 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Thin | Thin | Thin | Thin | Thin | Regen | Regen | Regen | Regen | Regen |
| **Zone 1** | **329** | **799** | **407** | **393** | **414** | **504** | **433** | **760** | **431** | **298** |
| CZ3 | 135 | 313 | 131 | 131 | 121 | 166 | 158 | 292 | 150 | 100 |
| CZ4 | 118 | 343 | 290 | 259 | 344 | 344 | 232 | 347 | 259 | 195 |
| **Zone 2** | **19** | **31** | **20** | **18** | **32** | **45** | **18** | **30** | **22** | **20** |
| CZ3 | 13 | 23 | 12 | 11 | 21 | 30 | 12 | 22 | 15 | 12 |
| CZ4 | 5 | 7 | 7 | 6 | 10 | 14 | 5 | 8 | 6 | 8 |
| CZ3 | | | | | | | | | | |
| **CZ3 Acres of occupied habitat effected** –estimate of occupied acres based on ratio of Table 2 /Table 3 | 143 | 328 | 139 | 138 | 134 | 185 | 166 | 306 | 160 | 108 |
| **CZ3 Pairs effected** - occupancy at 1 pair per 55.6 acres | 2.6 | 5.9 | 2.5 | 2.5 | 2.4 | 3.3 | 3.0 | 5.5 | 2.9 | 1.9 |
| CZ4 | | | | | | | | | | |
| **CZ4 Acres of occupied habitat effected** - estimate of occupied acres based on ratio of Table 2 /Table 3 | 127 | 355 | 302 | 270 | 362 | 369 | 241 | 361 | 270 | 209 |
| **CZ4 Pairs effected** - occupancy at 1 pair per 55.6 acres | 2.3 | 6.4 | 5.4 | 4.8 | 6.5 | 6.6 | 4.3 | 6.5 | 4.8 | 3.8 |

[1] The BLM has made these assumptions and estimations solely for analytical purposes. These acreages of silvicultural treatments by district office and by Late Successional Reserve or Harvest Land Base sub-allocation for each decade do not represent management direction or restrictions on silvicultural treatments under the RMP. Silvicultural treatments will be implemented consistent with the management direction and consistent with project level analysis and decision-making.

AR 04501

**LATE SUCCESSIONAL RESERVE:**

Table 5. Acres of pre-2016 MAMU occupied sites within 300' of LSR stands ≤ 80 years old . These are acres within Late-Successional Reserve pre-2016 MAMU occupied stands that would be "modified" per the USFWS definition in the Recovery Plan by work in the adjacent LSR stand.  For this analysis, we only included LSR stands ≤ 80 years old.

| LSR | Acres 300' within MAMU Site | | | Count of impacted sites | Mean # acres, Min/Max (SD) |
|---|---|---|---|---|---|
| | Zone 3 | Zone 4 | Total | | |
| Zone 1 | 10,257 | 8,081 | 18,338 | 451 | 41, 0/341 (43) |
| Zone 2 | 599 | 677 | 1,276 | 24 | 52, 2/136 (37) |
| Total | 10,856 | 8,758 | 19,614 | | |

Table 6.  Acres of LSR stands ≤ 80 years old within 300' of pre-2016 MAMU occupied sites.  These acres are *adjacent to* the occupied stand.

| LSR | Acres 300' outside of MAMU Site | | |
|---|---|---|---|
| | Zone 3 | Zone 4 | Total |
| Zone 1 | 9,910 | 7,776 | 17,685 |
| Zone 2 | 445 | 564 | 1,009 |
| Total | 10,355 | 8,340 | 18,694 |

Table 7. Modeled percent of LSR stands ≤ 80 years old that would be thinned decadally using Coos Bay as the representative District for Zone 1 and Roseburg as the representative District for Zone 2

| | **2023** | **2033** | **2043** | **2053** | **2063** |
|---|---|---|---|---|---|
| Zone 1 | 21.7% | 21.1% | 19.6% | 16.5% | 11.6% |
| Zone 2 | 22.0% | 20.7% | 19.2% | 16.0% | 11.6% |

AR 04502

Table 8. Acres of LSR stands ≤ 80 years old within 300' of pre-2016 MAMU occupied sites modelled by decade based on FOI using Coos Bay as the representative District for Zone 1 and Roseburg as the representative District for Zone 2. Acres decline over time due to the cap of work occurring in stands ≤ 80 years and stands being managed for late-successional conditions.

|  | **2023** | **2033** | **2043** | **2053** | **2063** |
|---|---|---|---|---|---|
| Zone 1 | 17,685 | 16,009 | 15,032 | 13,754 | 9,728 |
| Zone 2 | 1009 | 963 | 936 | 645 | 509 |
| **Total** | **18,694** | **16,972** | **15,968** | **14,399** | **10,237** |

AR 04503

Table 9. Acres of LSR ≤ 80 years old within the 300' buffer zone of pre-2016 delineated MAMU sites projected to be thinned by decade[2].

*Key Assumptions:* These estimates for percent thinned by decade were generated using the Coos Bay District for Zone 1, and Roseburg District for Zone 2 because those Districts most closely mirrored the Zone 1 and Zone 2 boundaries. The estimates for percent thinned by decade were similar for all Districts. Only stands 80 or under would be treated. Thinning would occur directly adjacent to the pre-2016 occupied MAMU stands with no buffers or retention adjacent to the occupied stand. Only 50% of the available stands would be treated in each decade. Treatment would occur in the percentages shown in Table 7.

|  | 2023 | 2033 | 2043 | 2053 | 2063 |
|---|---|---|---|---|---|
| Zone 1 | 1,920 | 1,690 | 1,471 | 1,131 | 565 |
| CZ3 | 1,076 | 965 | 852 | 641 | 313 |
| CZ4 | 844 | 725 | 618 | 490 | 252 |
| Zone 2 | 111 | 100 | 90 | 52 | 29 |
| CZ3 | 49 | 43 | 37 | 20 | 10 |
| CZ4 | 62 | 57 | 38 | 32 | 19 |
| **CZ3** |  |  |  |  |  |
| **Acres of occupied habitat effected -** Assuming one to one ratio of impacted acres based on Table 5/ Table 6 for this CZ | 1,125 | 1,008 | 889 | 661 | 323 |
| **Pairs effected -** Assuming occupancy at 1 pair per 55.6 acres | 20.2 | 18.1 | 16.0 | 11.9 | 5.8 |
| **CZ4** |  |  |  |  |  |
| **Acres of occupied habitat effected -** Assuming one to one ratio of impacted acres based on Table 5/ Table 6 for this CZ | 906 | 782 | 656 | 522 | 271 |
| **Pairs effected -** Assuming occupancy at 1 pair per 55.6 acres | 16.3 | 14.1 | 11.8 | 9.4 | 4.9 |

---

[2] The BLM has made these assumptions and estimations solely for analytical purposes. These acreages of silvicultural treatments by district office and by Late Successional Reserve or Harvest Land Base sub-allocation for each decade do not represent management direction or restrictions on silvicultural treatments under the RMP. Silvicultural treatments will be implemented consistent with the management direction and consistent with project level analysis and decision-making.

AR 04504

Table 10. Potential murrelet pairs effected by decade and inland zone. Not all thinning treatments are expected to remove buffer habitat, but until site-specific information is available the assumption is thinning treatments will remove buffer habitat.

| Decade: | 2023 | 2033 | 2043 | 2053 | 2063 |
|---|---|---|---|---|---|
| CZ3 Pairs effected -LSR treatments | 20.2 | 18.1 | 16 | 11.9 | 5.8 |
| CZ3 Pairs effected-regen | 3.3 | 3 | 5.5 | 2.9 | 1.9 |
| CZ3 Pairs effected-thin | 2.6 | 5.9 | 2.5 | 2.5 | 2.4 |
| **Total CZ3 Pairs impacted** | **26.1** | **27** | **24** | **17.3** | **10.1** |
| **CZ3 Pairs impacted by year within decade** | **2.6** | **2.7** | **2.4** | **1.7** | **1.0** |
| CZ4 Pairs effected-LSR treatments | 16.3 | 14.1 | 11.8 | 9.4 | 4.9 |
| CZ4 Pairs effected-thin | 2.3 | 6.4 | 5.4 | 4.8 | 6.5 |
| CZ4 Pairs effected-regen | 6.6 | 4.3 | 6.5 | 4.8 | 3.8 |
| **Total CZ4 Pairs impacted** | **25.2** | **24.8** | **23.7** | **19** | **15.2** |
| **CZ4 Pairs impacted by year within decade** | **2.5** | **2.5** | **2.4** | **1.9** | **1.5** |

AR 04505

## Literature Cited

Andrén, Hendrik. 1992. Corvid Density and Nest Predation in Relation to Forest Fragmentation: A Landscape Perspective. Ecology, Vol. 73, No. 3, pp. 794-804

Bradley, R.W. 2002. Breeding ecology of radio-marked marbled murrelets (*Brachyramphus marmoratus*) in Desolation Sound, British Columbia. Department of Biological Sciences. Burnaby, BC, Simon Fraser University, 86 pp.

Bradley, R. W., F. Cook, L. W. Lougheed, and W S. Boyd. 2004. Inferring breeding success through radiotelemetry in the marbled murrelet. Journal of Wildlife Management 68(2): 318-331.

Burger, A.E. 2002. Conservation assessment of Marbled Murrelets in British Columbia: a review of the biology, populations, habitat associations, and conservation Technical Report Series No. 387. Canadian Wildlife Service, Pacific and Yukon Region, British Columbia. Issued under the Authority of the Minister of Environment Canadian Wildlife Service. 168 pp.

Chalfoun, A.D., F.R. Thompson, and M.J. Ratnaswamy. 2002. Nest Predators and Fragmentation: a Review and Meta-Analysis. Conservation Biology Volume 16, No 2, April 2002, 306-318.

Luginbuhl, J. M., J. M. Marzluff, J. E. Bradley, M. G. Raphael, and D. E. Varland. 2001. Corvid survey techniques and the relationship between corvid relative abundance and nest predation. Journal of Field Ornithology 72(4):556-572.

Malt, J., and D. Lank. 2007. Temporal dynamics of edge effects on nest predation risk for the marbled murrelet. Biological Conservation. 140(1–2): 160–173.

Malt, J, and D. Lank. 2009. Marbled murrelet nest predation risk in managed forest landscapes: dynamic fragmentation effects at multiple scales. Ecological Applications, 19(5), 2009, pp. 1274–1287.

Manley, I.A., and Nelson, S.K. 1999. Habitat characteristics associated with nest success and predation at marbled murrelet nest trees. Pacific Seabirds. 26: 40.

Marzluff J.M. and M. Restani. 1999. The effects of forest fragmentation on rates of avian nest predation and parasitism. Unpublished report. College of Forest Resources, University of Washington. 30 pp.

Marzluff, J.M., J.J. Millspaugh, P. Hurvitz, and M.S. Handcock. 2004. Relating resources to a probabilistic measure of space use: forest fragments and Stellar's Jays. *Ecology,* 85(5), 2004, pp. 1411–1427.

Meyer, C.B., S.L. Miller, and C.J. Ralph. 2002. Multi-scale landscape and seascape patterns associated with marbled murrelet nesting areas on the U.S. west coast. Landscape Ecology 17: 95-115.

McIver, W., J. Baldwin, M.M. Lance, S.F. Pearson, C. Strong, N. Johnson, D. Lynch, M.G. Raphael, R. Young, T. Lorenz and K. Nelson. 2019. Marbled murrelet effectiveness monitoring, Northwest Forest Plan: 2018 summary report. 22 p.

Nelson, K. and T.E. Hamer. 1995. Chapter 8: Nest success and effects of predation on marbled murrelets. *In* Ralph, C.J., G.L. Hunt, M.G. Raphael, J.F. Piatt, tech. eds. 1995. Ecology

AR 04506

and conservation of the marbled murrelet. Gen. Tech. Rep. PSW-GTR-152. Albany, CA: Pacific Southwest Research Station, Forest Service, U.S. Department of Agriculture. p. 89-98.

Raphael, M. G., D. E. Mack, J. M. Marzluff, and J. M. Luginbuhl. 2002. Effects of forest fragmentation on populations of the Marbled Murrelet. Studies in Avian Biology 25: 221–235.

Raphael, M. G., G. A. Falxa, D. Lynch, S. K. Nelson, S.F. Pearson, A. J. Shirk, and R. D. Young. 2016a. Chapter 2: Status and Trend of Nesting Habitat for the Marbled Murrelet Under the Northwest Forest Plan. *In* Falxa, G.A.; Raphael, M.G., technical editors. 2016. Northwest Forest Plan—The first 20years (1994-2013): status and trend of marbled murrelet populations and nesting habitat. Gen. Tech. Rep. PNW-GTR-933. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. A-136. 148 pp.

Raphael, M. G., A. J. Shirk, G. A. Falxa, D. Lynch, S. K. Nelson, S.F. Pearson, C. Strong, and R. D. Young. 2016b. Chapter 3: Factors influencing status and trend of marbled murrelet populations: an integrated perspective. *In* Falxa, G.A.; Raphael, M.G., technical editors. 2016. Northwest Forest Plan—The first 20years (1994-2013): status and trend of marbled murrelet populations and nesting habitat. Gen. Tech. Rep. PNW-GTR-933. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. A-136. 148 pp.

Raphael, M.G., G. A. Falxa, and A.E. Burger. 2018. Chapter 5: Marbled Murrelet. *In* Spies, T.A.; Stine, P.A.; Gravenmier, R.; Long, J.W.; Reilly, M.J., tech. coords. 2018. Synthesis of science to inform land management within the Northwest Forest Plan area. Gen. Tech. Rep. PNW-GTR-966. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 1020 p. 3 vol. 301-350.

Ruel, J.C. 1995. Understanding windthrow: silvicultural implications. The Forestry Chronicle. Vol. 71, No. 4.

USFWS (U.S. Fish and Wildlife Service). 1997. Recovery Plan for the Threatened Marbled Murrelet (*Brachyramphus marmoratus*) in Washington, Oregon, and California. Portland, Oregon 203pp.

USFWS (U.S. Fish and Wildlife Service). 2016. Biological Opinion on the Bureau of Land Management's Approval of the Proposed Resource Management Plan for Western Oregon. (FWS Reference Number 01EOFW00-2015-F-0279). Prepared by the Oregon Fish and Wildlife Office. U.S. Fish and Wildlife Service. Portland, Oregon. 1083pp.

Zharikov, Y., D.B. Lank, F. Huettmann, R.W. Bradley, N. Parker, P. Yen, L.A. Mcfarlane-Tranquilla, and F. Cooke. 2006. Habitat selection and breeding success in a forest-nesting Alcid, the marbled murrelet, in two landscapes with different degrees of forest fragmentation. Landscape Ecology. 21:107-120.

AR 04507

**Personal Communications**

B. Holland, September 17, 2018 email attachment to email: RMP for WO: edge metrics. From Bruce to Bridgette Tuerler, Kim Garner and Jim Thrailkill. Word file 5pp.

B. Holland, November 5, 2018 email attachment to email: Re: Need an estimate of the rate of harvest. From Bruce to Bridgette Tuerler. Excel sheet 1p.

AR 04508

**Modification Clarification from the State office, June 19, 2018**
By Bruce Hollen and the RMP Team

Question:
What is the interpretation of "modify" in the management direction, "Before modifying nesting habitat or removing nesting structure in (1) all land use allocations within 35 miles of the Pacific Coast, and (2) Late-Successional Reserve and Riparian Reserve between 35–50 miles from the Pacific Coast and outside of exclusion Areas C and D (shown in Figure 2), assess the analysis area for marbled murrelet nesting structure" (NCO ROD/RMP, p. 98; SWO ROD/RMP, p. 119).

Answer:
In this management direction, "modifying nesting habitat" refers to direct alteration of nesting habitat; that is, habitat-altering activities occurring within a polygon that BLM identifies as marbled murrelet habitat. The BLM's delineation of nesting habitat may contain an entire stand, multiple stands, or a portion of a stand, and is based on a site-specific evaluation of forest conditions. The management direction related to "modifying nesting habitat" applies only to actions that take place within nesting habitat in all land use allocations within 35 miles of the Pacific Coast, and within nesting habitat in Late-Successional Reserve and Riparian Reserve between 35–50 miles from the Pacific Coast and outside of exclusion Areas C and D. The requirement to "assess the analysis area for marbled murrelet nesting structure" is not triggered by actions outside of nesting habitat unless the action would remove nesting structure. The U.S. Fish and Wildlife Service's Biological Opinion on the RMP mischaracterized the BLM's action when it stated, "Modify nesting habitat includes affecting adjacent stands that would modify the nesting structures wind firmness, microclimate and/or predation risks." (RMP BO, p. 286).

Indirect effects on nesting habitat of actions outside of nesting habitat may still need to be addressed in NEPA compliance and ESA consultation.

**Exceptions to Option 1 of the Murrelet Section, April 15, 2019**
By Carol Aron, Richard Hardt, and the RMP Team

Question:
Are surveys required to implement Option 1 of the marbled murrelet management direction (Northwestern and Coastal Oregon RMP, pp. 98-99; Southwestern Oregon RMP, p. 119)?

Answer:
Surveys are required to implement Option 1, except for the third bullet:
- The following are exceptions that may be implemented as long as the stand continues to support nesting:
  o Felling of hazard trees and trees for instream restoration projects
  o Construction of linear and nonlinear rights-of-way, spur roads, yarding corridors, or other facilities

For these actions, you may conduct surveys or may assume in the absence of surveys that nesting structure or nesting habitat is occupied. If you assume that nesting structure or nesting habitat is occupied, you may implement these actions as long as the stand continues to support nesting and the action is in

1

AR 06036

conformance with all other applicable management direction, including the prohibition on disruption of marbled murrelets (Northwestern and Coastal Oregon RMP, pp. 97-98; Southwestern Oregon RMP, p. 118). Assuming occupancy in the absence of surveys would not result in a change in the land use allocation; only "occupied sites identified after March 26, 2015, as a result of BLM marbled murrelet surveys" would result in a change in land use allocation (Northwestern and Coastal Oregon ROD/RMP, p. 52; Southwestern Oregon RMP, p. 51). Note that an RMP Core Team response on marbled murrelet management in Zone 2 dated November 14, 2016, did not include this exception to the survey requirement for Option 1 and is updated by this response.

ER-911

AR 06037